IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BANCO PANAMERICANO, INC.,** a South Dakota Corporation, | ) ) ) | |
| Plaintiff-counterdefendant, | ) ) | **No. 07 C 15** |
| v. | ) ) | **Judge Rebecca R. Pallmeyer** |
| **CONSORTIUM SERVICE MANAGEMENT GROUP, INC.,** also known as **CONSORTIUM MANAGEMENT GROUP, INC.,** a Texas Corp and **CSMG GASTECH, LLC,** a Texas LLC, | ) ) ) ) ) | |
| Defendants-counterplaintiffs. | ) | |

## BANCO PANAMERICANO, INC.'S MOTION FOR TURNOVER ORDER

Plaintiff and judgment creditor, Banco Panamericano, Inc. ("Banco"), by its attorneys, moves for a turnover order with respect to judgment debtor-defendants Consortium Service Management Group, Inc., also known as Consortium Management Group, Inc. and CSMG Gastech, LLC's (collectively, "CSMG") interest in a carbon dioxide separator ("CO2 Scrubber"), Live Tissue Connect, Inc. ("LTC") stock and patent rights. In support of its motion, Banco states:

1.     On December 16, 2008, the Court entered a judgment in favor of Banco and against CSMG in the amount of **$726,491.91** plus *per diem* interest ("Judgment"). A copy of the Judgment is attached as Exhibit A.

2.     On December 19, 2008, Banco entered into a Forbearance Agreement with CSMG, wherein, in exchange for $30,000 tendered by CSMG to Banco's counsel, Banco would forbear from enforcing the aforementioned judgment for 30 days. A copy of the Forbearance Agreement is attached as Exhibit B.

3.      CSMG breached the Forbearance Agreement, drafted by its own counsel, by leading Banco to believe funds were forthcoming when they were not.

4.      To date, Banco has not received the $30,000 promised by CSMG during mid-December 2008.

5.      Because of CSMG's breach of the Forbearance Agreement, Banco is filing this Motion for Turnover Order at this time.

6.      CSMG owns a CO2 Scrubber which was located at Chastang Landfill, Inc., 17045 Highway 43 in Mr. Vernon, Alabama as of August 13, 2007.  A copy of the Declaration of Donald S. Robbins of CSMG (Docket # 37) is attached as <u>Exhibit C</u> and a copy of the Declaration of Eddie Barnes of CSMG (Docket #38) is attached as <u>Exhibit D</u>.

7.      CSMG owns LTC stock. A copy of CSMG's SEC Form 10-Q for the quarter ended September 30, 2008 reflecting the LTC Stock is attached as <u>Exhibit E</u>.

8.      CSMG also owns of various patent rights.  A copy of CSMG's SEC Form 10-Q for the quarter ended September 30, 2008 reflecting approximately 31 issued or pending worldwide patents is attached as <u>Exhibit E</u>.

9.      On July 25, 2007, the court entered a temporary restraining order (the "TRO") prohibiting CSMG from "disposing of any material or equipment that may be secured by the loan from Plaintiff." *See* Minute Order, attached as <u>Exhibit F</u>.

10.     On August 9, 2007, the court held a status hearing in which it "expanded [the TRO] to include prohibition or [sic] transfer of LTC stock." *See* Minute Order, attached as <u>Exhibit G</u>.

2

11.    On September 7, 2007, the court held a TRO hearing and by agreement of the parties the TRO was "extended to prohibit [CSMG] from disposing of *any* patent rights and to require Defendants to advise the court of any move, and seek approval for any disposition, of the CO2 scrubber." (emphasis added).  *See* Minute Order, attached as <u>Exhibit H</u>.

12.    Since Banco has a judgment against CSMG, Banco is entitled to a turnover of the following: 1) CSMG's CO2 Scrubber; 2) all shares of  LTC stock owned by CSMG, and 3) all CSMG's patents.

**WHEREFORE**, Banco Panamericano, Inc. respectfully requests that the Court enter a turnover order  compelling CSMG to turn over its CO2 Scrubber, the Live Tissue Connect, Inc. stock and the patent rights and for such other relief as is appropriate.

Respectfully submitted,

**BANCO PANAMERICANO, INC.**


By: <u>/s/      James T. Zeas              </u>
         One of Its Attorneys


Louis D. Bernstein (ARDC #6192379)
Jonathan D. Sherman (ARDC #6185114)
James T. Zeas (ARDC # 6288733)
**MUCH SHELIST DENENBERG**
   **AMENT & RUBENSTEIN, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312.521.2000
lbernstein@muchshelist.com
jsherman@muchshelist.com
jzeas@muchshelist.com

3