# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BANCO PANAMERICANO, INC., a South Dakota Corp., | § § § | Case No. 07 C 00015 |
| Plaintiff and Counter-Defendant, | § § | |
| v. | § § | Hon. Rebecca R. Pallmeyer |
| CONSORTIUM SERVICE MANAGEMENT GROUP, INC., a/k/a CONSORTIUM MANAGEMENT GROUP, INC., a Texas Corp., and CSM GASTECH LLC, a Texas Corp., | § § § § § | |
| Defendants and Counter-Plaintiffs. | § § | |

## DECLARATION OF DONALD S. ROBBINS

I, Donald S. Robbins, pursuant to 28 U.S.C. § 1746, depose and state that I have personal knowledge of the following facts, and that if called as a witness to testify in the above-captioned matter, I could competently testify to the following facts:

1.    I am the President and Chief Executive Officer of Consortium Service Management Group, Inc., (hereafter "CSMG").

2.    I understand that at the hearing before the Court on August 9, 2007, Plaintiff's counsel in this action indicated that the carbon dioxide separator (the "Scrubber") located at the landfill in Chastang, Alabama ("Chastang") was missing and that CSMG has somehow "secreted" the Scrubber.

3.    That is not case.

4.    The Scrubber is still in Chastang at the same location it has been since delivery in June 2002 and subsequent full assembly.

5.      Namely, the Scrubber is located Chastang Landfill, Inc., 17045 Highway 43 in Mt. Vernon, Alabama.

6.      Attached hereto <u>Exhibits A, B & C</u> are photographs of the Scrubber taken by Eddie Barnes, plant manager for CSMG at the Chastang Landfill Site on August 9, 2007.   Mr. Barnes took the photos at my direction after I talked with my lawyers about the hearing on August 9, 2007.

7.      I am familiar both with the Scrubber and its location at Chastang.

8.      The Scrubber has two (2) compressor units.  Each of these compressors weights 52,000 pounds.    Photograph A shows one of these compressors in full, and has a partial picture of the second one.   The Chastang landfill is the background of Picture A.

9.      The stacks in Picture B are part of the Scrubber.  The piping laying on the ground beside the stacks are the (absorber-desorber) connecting pipes to process the gas.

10.      Picture C also shows stacks which are part of the Scrubber. The stack with the bonnet is for removing carbon dioxide. The background of Picture C is part of the Chastang landfill.  The 18-wheel tractor-trailer in the picture is delivering trash to the landfill.

11.      On August 8, 2007, CSMG received a letter from Waste Management, operator of Chastang.   Waste Management has demanded that CSMG immediately remove the Scrubber from Chastang. Waste Management also makes claims to ownership of the Scrubber.   A true and correct copy of the letter from Waste Management is attached hereto as <u>Exhibit D.</u>

12.      As one can see from the photographs, the Scrubber is a large, complex network of pipes, machinery, electrical and automation equipment weighing approximately 690,000 pounds. As you can see we are in the process of disassembling the complex at the demand of Waste Management.

2

13.     However no work has been done since the order of 7-25-07. We are looking for a

warehouse space in the Chastang, AL area to store and recondition the equipment after removal

from the Chastang site. Disassembly of the Scrubber is a complicated job, and my estimate is

that such a job would take an additional 20 to 30 days with a crew of 6 to 8 workers in order to

get the Scrubber complex moved from the landfill and into a warehouse where the equipment

can be reconditioned and protected from weather problems.

14.     Though some disassembly has occurred, not one pound of the Scrubber's 690,000

pounds has been removed from Chastang.


I declare under penalty of perjury that the foregoing is true and correct. Executed on

August __, 2007

Donald S. Robbins

8/9/07 10:43am


8/9/07 10:45am