# **EXHIBIT A**



400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

BANCO PANAMERICANO, INC.  
LEON GREENBLATT  
330 S. WELLS, SUITE 711  
CHICAGO, IL 60606

DECEMBER 8, 2006  
CLIENT-MATTER NO. 098952-0002  
INVOICE NO. 1133030

FOR PROFESSIONAL SERVICES RENDERED

**RE: CSMG / CONSORTIUM SERVICE MANAGEMENT GROUP, INC. / CONSORTIUM MANAGEMENT GROUP, INC. / GSM GASTECH LLC**

|   |   |
|---|---|
| FEES..............................................................................$ | 75,843.00 |
| DISBURSEMENTS ..................................................... | 2,285.82 |
| **TOTAL AMOUNT DUE**.............................................$ | **78,128.82** |



### RE: CSMG / CONSORTIUM SERVICE MANAGEMENT GROUP, INC. / CONSORTIUM MANAGEMENT GROUP, INC. / GSM GASTECH LLC

| DATE | ID | DESCRIPTION | TASK | HOURS |
|---|---|---|---|---|
| 10/10/06 | BGB | REVIEW DOCUMENTS. | | 2.00 |
| 10/11/06 | BGB | RESEARCH AND REVIEW DOCUMENTS RE PROCEDURAL POSTURE OF ADVERSARY PROCEEDING. | | 3.60 |
| 10/12/06 | BGB | DRAFTING MEMORANDUM RE STATUS OF LITIGATION, PROCEDURAL POSTURES, AND SUBSTANTIVE ISSUES. | | 1.80 |
| 10/12/06 | PJSC | REVIEW PLEADINGS; REVIEW E-MAIL FROM MR. BEST RE SAME. | | 0.40 |
| 10/13/06 | BGB | CONFERENCE WITH MR. JORDAN AND CLIENT RE FACTS OF LOAN AGREEMENT; REVIEW PLEADINGS RELATED TO TRUSTEES LITIGATION AGAINST BANCO. | | 1.30 |
| 10/13/06 | PJSC | TELEPHONE CONVERSATION WITH MR. JORDAN AND MR. ROSE; REVIEW DOCUMENTS AND TRANSCRIPTS RE NEC LITIGATION. | | 1.10 |
| 10/13/06 | PJSC | REVIEW PLEADINGS AND DISCUSS SAME WITH MR. JORDAN. | | 0.20 |
| 10/17/06 | BGB | RESEARCH RE DEFENDANTS COUNTERCLAIMS AND PLAINTIFFS MOTION TO STRIKE AND DRAFTING MEMORANDUM RE SAME, IN PREPARATION FOR STATUS CONFERENCE. | | 4.60 |
| 10/18/06 | BGB | RESEARCH RE SUBSTANTIVE CONSOLIDATION. | | 4.00 |
| 10/18/06 | GJJ | REVIEW CSMG ISSUES REGARDING SUBSTANTIVE CONSOLIDATION; DISCUSSION WITH MR. PETER SCHMIDT AND REVIEW E-MAIL FROM MR. BRENDAN BEST. | | 0.50 |
| 10/18/06 | GMC | ANALYSIS OF MEMORANDUM RE: LEGAL ISSUES IN CSMG MATTER; MEETING WITH MR. BEST RE: FACTS RELEVANT TO RESEARCH ISSUES; LEGAL RESEARCH RE: CONSPIRACY CLAIMS AND RELEASE. | | 3.20 |
| 10/18/06 | PJSC | ATTEND COURT ON CSMG ADVERSARY; DISCUSSION WITH MR. JORDAN RE SAME; DRAFT E-MAIL TO MR. BEST RE RESEARCH ISSUES; REVIEW CSMG PLEADINGS. | | 2.10 |
| 10/19/06 | BGB | RESEARCH RE SUBSTANTIVE CONSOLIDATION. | | 6.10 |
| 10/19/06 | GMC | LEGAL RESEARCH RE: CONSPIRACY CLAIMS; STANDING ISSUES; PREPARATION OF MEMORANDUM RE: SAME; OFFICE CONFERENCE WITH MR. BEST; REVIEW OF RELEASE AGREEMENTS AND PLEADINGS. | | 5.50 |



| DATE | ID | DESCRIPTION | TASK | HOURS |
|---|---|---|---|---|
| 10/19/06 | PJSC | MEETING WITH MR. ROSE, MR. HORRELL AND MR. CONNOLLY RE NEC LITIGATION AND DOCUMENTS. | | 5.40 |
| 10/20/06 | PJSC | TELEPHONE CONVERSATION WITH MR. VIGANO RE DOCUMENT PRODUCTION; DISCUSSION WITH MR. JORDAN RE SAME. | | 0.40 |
| 10/23/06 | GMC | LEGAL RESEARCH RE: VIABILITY OF CONSPIRACY CLAIM WHEN PARTY DISMISSED; LEGAL RESEARCH RE: ABILITY FILE A MOTION TO WITHDRAW THE REFERENCE. | | 4.10 |
| 10/23/06 | PJSC | TELEPHONE CONVERSATIONS WITH MR. WERNER, MR. VIGANO AND MR. ROSE RE DOCUMENTS; REVIEW E-MAILS RE SAME; TELEPHONE CONVERSATION WITH MR. JORDAN RE CSMG MATTER; REVIEW TRUSTEE'S ESTIMATES OF CH. 7 ADMINISTRATIVE CLAIMS; DRAFT E-MAIL TO MS. STEIN. | | 1.90 |
| 10/24/06 | GMC | FINALIZE MEMORANDUM RE: WITHDRAWAL OF REFERENCE / CONSPIRACY RESEARCH ISSUES. | | 1.20 |
| 10/24/06 | PJSC | TELEPHONE CONVERSATION WITH MR. ROSE RE DISCOVERY; TELEPHONE CONVERSATION WITH MR. VIGANO RE DOCUMENTS; TELEPHONE CONVERSATION WITH MR. CONNOLLY AND MR. JORDAN RE SAME; REVIEW MEMO ON SUBSTANTIVE CONSOLIDATION AND DRAFT E-MAIL RE OPTIONS. | | 3.40 |
| 10/25/06 | PJSC | DISCUSSION WITH MR. JORDAN RE SUBSTANTIVE CONSOLIDATION; DISCUSSION WITH MR. JORDAN RE SUBPOENAS; REVIEW OUTLINE OF NEC DOCUMENTS. | | 1.30 |
| 10/26/06 | PJSC | DISCUSSION WITH MR. JORDAN RE SUBSTANTIVE CONSOLIDATION; TELEPHONE CONVERSATION WITH MS. TOBY RE NEC DOCUMENTS. | | 1.20 |
| 10/26/06 | SLTO | RECEIVE REPORT FROM MR. BEST RE OVERVIEW OF SUBSTANTIVE CONSOLIDATION ISSUES AND ADVICE RE SAME. | | 0.50 |
| 10/27/06 | BGB | CONFERENCE WITH MS. TOBY RE BACKGROUND FACTS AND ISSUES. | | 0.30 |
| 10/27/06 | SLTO | RECEIVE ADDITIONAL FACTS FROM MR. BEST FOR LEGAL STRATEGY. | | 0.40 |
| 10/30/06 | BGB | DRAFTING MOTION TO SEGREGATE MOTION TO DISMISS AND STRIKE AFFIRMATIVE DEFENSES; DRAFTING SUPPLEMENTAL BRIEF; RESEARCH RE SAME. | | 3.90 |
| 10/30/06 | SLTO | REVIEW STACK OF PLEADINGS AND MEMO TO MR. JORDAN RE SUGGESTED PROCEDURE. | | 3.00 |
| 10/31/06 | BGB | RESEARCH AND DRAFTING MOTION TO DISMISS. | | 2.80 |



| DATE | ID | DESCRIPTION | TASK | HOURS |
|---|---|---|---|---|
| 11/01/06 | BGB | RESEARCH AND DRAFTING MOTION TO DISMISS. | | 7.30 |
| 11/01/06 | SLTO | REVIEW MATERIAL FOR CALL WITH MR. JORDAN AND PARTICIPATE IN CALL RE: STRATEGY; DIRECT MR BEST RE: SAME AND DRAFTING PLEADING. | | 2.00 |
| 11/02/06 | BGB | DRAFTING BRIEF IN SUPPORT OF MOTION TO DISMISS. | | 2.20 |
| 11/03/06 | BGB | DRAFTING MEMORANDUM RE LEGAL ISSUES. | | 7.40 |
| 11/03/06 | GJJ | RESEARCH REGARDING SUBSTANTIVE CONSOLIDATION ISSUES. | | 2.50 |
| 11/03/06 | SLTO | MEETING WITH MR. BEST; CONFER WITH MR. JORDAN; REVIEW CASE LAW. | | 2.00 |
| 11/06/06 | BGB | DRAFTING MEMORANDUM RE LEGAL ISSUES. | | 0.00 |
| 11/06/06 | GMC | OFFICE CONFERENCE WITH MR. BEST RE: SUBSTANTIVE CONSOLIDATION. | | 0.20 |
| 11/06/06 | PJSC | EXCHANGE E-MAILS WITH MR. CONNOLLY RE DOCUMENTS; RESEARCH SUBSTANTIVE CONSOLIDATION ISSUES; REVISE RIDERS TO SUBPOENA. | | 5.50 |
| 11/07/06 | BGB | DRAFTING LEGAL MEMORANDUM RE SUBSTANTIVE CONSOLIDATION AND ALTER EGO. | | 4.10 |
| 11/07/06 | PJSC | REVIEW CASE LAW ON SUBSTANTIVE CONSOLIDATION; DRAFT E-MAILS RE NEC DOCUMENTS. | | 2.80 |
| 11/08/06 | BGB | DRAFTING MEMORANDUM RE SUBSTANTIVE CONSOLIDATION. | | 1.10 |
| 11/08/06 | PJSC | RESEARCH SUBSTANTIVE CONSOLIDATION CASE LAW; REVIEW AND REVISE SUBPOENAS TO RANDY SOULE, SOLAR, PAR ELECTRIC; TELEPHONE CONVERSATION WITH MR. CONNOLLY RE SAME. | | 4.60 |
| 11/09/06 | BGB | DRAFTING RESEARCH MEMORANDUM. | | 2.90 |
| 11/09/06 | GJJ | RESEARCH AND DRAFTING RELATING TO SUBSTANTIVE CONSOLIDATION AND ALTER EGO ISSUE. | | 8.00 |
| 11/09/06 | PJSC | DRAFT MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES; CONTINUE RESEARCH ON SUBSTANTIVE CONSOLIDATION ISSUES; TELEPHONE CONVERSATION WITH MR. CONNOLLY. | | 5.60 |
| 11/10/06 | BGB | REVISING MEMORANDUM RE SUBSTANTIVE CONSOLIDATION. | | 5.50 |
| 11/10/06 | GJJ | RESEARCH AND DRAFTING REGARDING CSMG ISSUES. | | 8.00 |



| DATE | ID | DESCRIPTION | TASK | HOURS |
|---|---|---|---|---|
| 11/10/06 | PJSC | CONTINUE SUBSTANTIVE CONSOLIDATION RESEARCH; EXCHANGE E-MAILS WITH MR. JORDAN AND MR. BEST; REVIEW NEC DOCUMENTS FROM CLIENT. | | 4.00 |
| 11/11/06 | BGB | RESEARCH RE CODE PROVISIONS ALLOWING CONSOLIDATION; DRAFTING CORRESPONDENCE TO MR. JORDAN RE IN RE RHN. | | 1.00 |
| 11/11/06 | PJSC | CONTINUE RESEARCH ON SUBSTANTIVE CONSOLIDATION. | | 3.60 |
| 11/12/06 | BGB | REVIEW PITTSBURGH LAW REVIEW ARTICLE RE CONSOLIDATION; DRAFTING MEMORANDUM RE KMART AND SEVENTH CIRCUIT REJECTION OF CONSOLIDATION AND OTHER EQUITABLE REMEDIES. | | 1.50 |
| 11/12/06 | PJSC | CONTINUE RESEARCH ON SUBSTANTIVE CONSOLIDATION; EXCHANGE E-MAILS WITH MR. JORDAN AND MR. BEST. | | 4.10 |
| 11/13/06 | BGB | DRAFTING RESEARCH MEMO RE IN RE KMART. | | 3.00 |
| 11/13/06 | PJSC | CONTINUE SUBSTANTIVE CONSOLIDATION RESEARCH; TELEPHONE CONVERSATION WITH MR. VIGANO RE DOCUMENTS. | | 2.90 |
| 11/14/06 | BGB | DRAFTING MEMO RE KMART; CONFERENCE WITH MR. JORDAN RE 12(B)(6) MOTION. | | 7.00 |
| 11/14/06 | PJSC | CONTINUE RESEARCH ON SUBSTANTIVE CONSOLIDATION; REVIEW CSMG'S BRIEFS; TELEPHONE CONVERSATION WITH MS. TOBY AND MR. BEST RE MOTION TO DISMISS; | | 5.60 |
| 11/14/06 | SLTO | CONFERENCE CALL RE OUTLINING SUBSTANTIVE CONSOLIDATION ARGUMENT STRATEGY; CONTINUE WITH MR. BEST RE ISSUES. | | 1.50 |
| 11/15/06 | BGB | DRAFTING BRIEF IN SUPPORT OF MOTION TO DISMISS. | | 10.10 |
| 11/15/06 | GJJ | RESEARCH AND DRAFTING OF SUBSTANTIVE CONSOLIDATION COMPLAINT. | | 13.80 |
| 11/15/06 | PJSC | TRAVEL TO HOUSTON AND REVIEW DOCUMENT PRODUCTION BY NEC; REVIEW RESEARCH ON SUBSTANTIVE CONSOLIDATION AND DRAFT MOTION TO DISMISS. | | 17.70 |
| 11/15/06 | SLTO | REVIEW AND REVISE SUBSTANTIVE CONSOLIDATION PLEADING. | | 1.00 |
| 11/16/06 | BGB | DRAFTING BRIEF IN SUPPORT OF MOTION TO DISMISS. | | 2.40 |
| 11/16/06 | GJJ | RESEARCH AND DRAFTING OF SUBSTANTIVE CONSOLIDATION AND ALTER EGO BRIEF/MOTION. | | 22.40 |
| 11/16/06 | PJSC | CONTINUE DRAFTING MOTION TO DISMISS ALLEGATIONS OF SUBSTANTIVE CONSOLIDATION; REVIEW CASE LAW AND CSMG COUNTERCLAIM. | | 15.20 |



| DATE | ID | DESCRIPTION | TASK | HOURS |
|---|---|---|---|---|
| 11/16/06 | SLTO | REVIEW AND REVISE BRIEF. | | 0.60 |
| 11/17/06 | PJSC | TELEPHONE CONVERSATION WITH MR. VIGANO RE DOCUMENTS; REVIEW MR. CONNOLLY'S AFFIDAVIT; REVIEW DOCUMENTS FROM CLIENT. | | 1.40 |
| 11/17/06 | SLTO | REVIEW PLEADING. | | 0.20 |
| 11/20/06 | PJSC | REVIEW E-MAIL FROM MR. GEEKIE, DRAFT E-MAIL TO MR. ROSE RE SAME; REVIEW NEC DOCUMENTS. | | 1.80 |
| 11/21/06 | PJSC | TELEPHONE CONVERSATION WITH MR. ROSE RE NEC TRIAL. | | 0.20 |
| 11/22/06 | PJSC | TELEPHONE CONVERSATION WITH MR. ROSE AND MS. TOBY RE SUBPOENAS; REVIEW DOCUMENTS RE NEC. | | 1.30 |
| 11/23/06 | PJSC | REVIEW SUBPOENAS AND E-MAIL FROM MR. JORDAN RE SAME. | | 0.20 |
| 11/25/06 | PJSC | REVIEW E-MAIL RE MOTION TO AMEND; REVIEW AND REVISE MOTION TO AMEND; REVIEW FILINGS IN CSMG ADVERSARY; REVIEW LETTER TO MR. KOHN RE SAME; PREPARE MOTION AND EXHIBITS AND FILE SAME. | | 2.00 |
| 11/27/06 | PJSC | DISCUSSION WITH MR. JORDAN RE MOTION TO AMEND. | | 0.20 |
| 11/30/06 | SLTO | RECEIVE REPORT FROM MR. BEST RE RESEARCH RESULTS; REVIEW AND REVISE FIRST DRAFT OF MEMO; TELEPHONE CALL WITH MR. JORDAN RE SAME. | | 1.20 |

**TOTAL ATTORNEY & PARALEGAL TIME** ............................................................................ **263.80**  
**TOTAL LEGAL FEES** ............................................................................................................ **$ 75,843.00**



| | DISBURSEMENTS | |
|---|---|---:|
| 10/31/06 | PRINTING SERVICES - -VENDOR: DYKEMA GOSSETT LAW OFFICES-DETROIT PETTY CASH TO OBTAIN COPIES OF PLEADINGS FROM BANKRUPTCY | 154.00 |
| 10/12/06 | LEXIS LEGAL SERVICES | 7.00 |
| 10/12/06 | SHEPARD'S SERVICE | 6.25 |
| 10/17/06 | LEXIS LEGAL SERVICES | 37.00 |
| 10/18/06 | LEXIS LEGAL SERVICES | 235.99 |
| 10/18/06 | SHEPARD'S SERVICE | 6.25 |
| 10/19/06 | LEXIS LEGAL SERVICES | 123.00 |
| 10/19/06 | SHEPARD'S SERVICE | 12.50 |
| 10/30/06 | LEXIS LEGAL SERVICES | 74.00 |
| 10/30/06 | SHEPARD'S SERVICE | 6.25 |
| 11/03/06 | LEXIS LEGAL SERVICES | 231.99 |
| 11/03/06 | SHEPARD'S SERVICE | 18.75 |
| 11/06/06 | LEXIS LEGAL SERVICES | 84.00 |
| 11/06/06 | SHEPARD'S SERVICE | 6.25 |
| 11/07/06 | LEXIS LEGAL SERVICES | 112.00 |
| 11/07/06 | SHEPARD'S SERVICE | 87.50 |
| 11/09/06 | LEXIS LEGAL SERVICES | 60.00 |
| 11/10/06 | LEXIS LEGAL SERVICES | 228.99 |
| 11/10/06 | SHEPARD'S SERVICE | 18.75 |
| 11/11/06 | LEXIS LEGAL SERVICES | 164.99 |
| 11/12/06 | LAW REVIEWS | 7.82 |
| 11/12/06 | LEXIS LEGAL SERVICES | 14.94 |
| 11/12/06 | SHEPARD'S SERVICE | 2.13 |
| 11/13/06 | LEXIS LEGAL SERVICES | 191.30 |
| 11/13/06 | SHEPARD'S SERVICE | 8.50 |
| 11/14/06 | LEXIS LEGAL SERVICES | 38.06 |



BANCO PANAMERICANO, INC.
DECEMBER 8, 2006

CLIENT-MATTER NO. 098952-0002
INVOICE NO. 1133030
PAGE NO. 8

| DISBURSEMENTS | | |
|---|---|---|
| 11/14/06 | SHEPARD'S SERVICE | 6.37 |
| 11/15/06 | LEXIS LEGAL SERVICES | 122.68 |
| 11/15/06 | SHEPARD'S SERVICE | 2.13 |
| 11/16/06 | LEXIS LEGAL SERVICES | 75.43 |
| | FAX | 141.00 |

**TOTAL DISBURSEMENTS ................................... $ 2,285.82**

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*



BANCO PANAMERICANO, INC.  
DECEMBER 8, 2006

CLIENT-MATTER NO. 098952-0002  
INVOICE NO. 1133030  
PAGE NO. 9

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| SLTO | SHERYL L. TOBY | 12.40 | 415.00 | 5,146.00 |
| GJJ | GREGORY J. JORDAN | 55.20 | 385.00 | 21,252.00 |
| BGB | BRENDAN G. BEST | 85.90 | 215.00 | 18,468.50 |
| GMC | GINA M. CAPUA | 14.20 | 185.00 | 2,627.00 |
| PJSC | PETER J. SCHMIDT | 96.10 | 295.00 | 28,349.50 |
| **TOTAL** | | **263.80** | | **75,843.00** |



BANCO PANAMERICANO, INC.

DECEMBER 8, 2006

CLIENT-MATTER NO.   098952-0002
CSMG / CONSORTIUM SERVICE MANAGEMENT GROUP, INC. / CONSORTIUM MANAGEMENT GROUP, INC. / GSM GASTECH LLC
INVOICE NO.  1133030
PAGE NO.  10

|  |  |
|---|---:|
| FEES | $ 75,843.00 |
| DISBURSEMENTS | 2,285.82 |
| **TOTAL AMOUNT DUE** | $ 78,128.82 |

**DykemaGossett**PLLC

DRAWER #1787
P. O. BOX 79001
DETROIT, MI 48279-1787

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**
THIS INVOICE IS PAYABLE UPON RECEIPT.
CHECK #:_____ DATE:_____ AMOUNT:_____
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

**FOR FIRM USE:**

RECEIVED DATE:_____