

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

BANCO PANAMERICANO, INC.
LEON GREENBLATT
330 S. WELLS, SUITE 711
CHICAGO, IL 60606

FEBRUARY 27, 2007
CLIENT-MATTER NO. 098952-0002
INVOICE NO. 1145419

FOR PROFESSIONAL SERVICES RENDERED

**RE: CSMG / CONSORTIUM SERVICE MANAGEMENT GROUP, INC. /
CONSORTIUM MANAGEMENT GROUP, INC. / GSM GASTECH LLC**

      FEES ................................................................................. $   31,643.00

      DISBURSEMENTS .....................................................   1,942.84

      **TOTAL AMOUNT DUE** ............................................. $   **33,585.84**



**RE:  CSMG / CONSORTIUM SERVICE MANAGEMENT GROUP, INC. / CONSORTIUM MANAGEMENT GROUP, INC. / GSM GASTECH LLC**

| DATE | ID | DESCRIPTION | TASK | HOURS |
|---|---|---|---|---|
| 11/13/06 | GJJ | RESEARCH REGARDING SUBSTANTIVE CONSOLIDATION ISSUE. | | 1.50 |
| 12/01/06 | PJSC | FINALIZE AND FILE MOTION FOR LEAVE TO AMEND. | | 0.50 |
| 12/01/06 | SLTO | BEGIN DRAFT MEMO RE CONSTRUCTION CONTRACT ANALYSIS AND INTERPRETATION; REVIEW AND REVISE MEMO RE GENERAL SET OFF CLAIM; MEETING WITH MR. BEST RE SAME. | | 6.00 |
| 12/05/06 | SLTO | REVIEW AND REVISE FINAL MEMO RE SET OFF; CONTINUE ANALYSIS OF CONTRACTS AND RELATED ISSUES. | | 1.20 |
| 12/06/06 | SLTO | LENGTHY STRATEGY CALL WITH MESSRS. JORDAN AND SCHMIDT RE DATABASE AND OTHER CASE ISSUES; CONTINUE ANALYZING CONTRACTS, DRAFTING MEMO. | | 4.00 |
| 12/08/06 | PJSC | REVIEW RESPONSE BRIEF. | | 0.80 |
| 12/08/06 | SLTO | REVIEW RESPONSES TO INTERROGATORIES; START INTO CONTRACT ISSUE MEMO; MEETING WITH MR. PILAT AND CONFERENCE CALL FOR PORTION WITH MR. SCHMIDT RE SUMMATION SET UP. | | 1.50 |
| 12/10/06 | GJJ | REVIEW CSMG RESPONSE IN OPPOSITION TO SUPPLEMENTAL MOTION TO DISMISS. | | 1.40 |
| 12/11/06 | PJSC | REVIEW CSMG RESPONSE BRIEF. | | 0.60 |
| 12/12/06 | PJSC | REVIEW CSMG'S RESPONSE; REVIEW DISTRICT COURT PLEADINGS AND BRIEFS. | | 2.00 |
| 12/12/06 | SLTO | REVIEW MEMO FROM MR. SCHMIDT RE NICOR CONTRACT. | | 0.20 |
| 12/13/06 | PJSC | REVIEW CSMG RESPONSE; REVIEW 10/18/06 TRANSCRIPT AND CASE LAW RE CONSOLIDATION. | | 1.40 |
| 12/13/06 | SLTO | FINISH MEMO RE CONTRACT. | | 5.00 |
| 12/14/06 | PJSC | REVIEW CSMG RESPONSE BRIEF. | | 0.30 |
| 12/14/06 | SLTO | CALL WITH MESSRS. PILAT AND JORDAN; CONTINUE WITH MR. PILAT AND CONFERENCE CALL WITH MR. SCHMIDT; REVIEW ADDITIONAL MEMOS AND REVIEW OUTLINE. | | 1.50 |
| 12/15/06 | PJSC | REVIEW CSMG RESPONSE; REVIEW CSMG'S CASE LAW. | | 1.10 |



| DATE | ID | DESCRIPTION | TASK | HOURS |
|---|---|---|---|---|
| 12/15/06 | SLTO | REVIEW RIDER; MEMO TO MESSRS. JORDAN AND SCHMIDT RE SAME AND REVISE MEMO. | | 0.50 |
| 12/17/06 | PJSC | REVIEW CSMG RESPONSE AND CITED CASE LAW; REVIEW RESEARCH ON SUBSTANTIVE CONSOLIDATION ISSUES; DRAFT REPLY BRIEF. | | 1.50 |
| 12/18/06 | PJSC | REVIEW AND REVISE REPLY ON SUBSTANTIVE CONSOLIDATION ISSUE; REVIEW RESEARCH RE SAME. | | 6.40 |
| 12/19/06 | JSOH | CONFERENCE WITH MR. SCHMIDT; RESEARCH AND DRAFT MEMO RE AFFIRMATIVE DEFENSES. | | 4.10 |
| 12/19/06 | PJSC | REVIEW AND REVISE REPLY BRIEF ON SUBSTANTIVE CONSOLIDATION ISSUES; REVIEW RESEARCH FROM MS. SOH AND MR. BEST. | | 6.90 |
| 12/20/06 | JSOH | CONFERENCE WITH MR. SCHMIDT; RESEARCH RE AFFIRMATIVE DEFENSES. | | 5.80 |
| 12/20/06 | PJSC | REVIEW RESEARCH ON SUBSTANTIVE CONSOLIDATION ISSUES; REVIEW CSMG'S RESPONSE AND CASE LAW; REVIEW AND REVISE REPLY BRIEF. | | 6.00 |
| 12/21/06 | JSOH | CONFERENCE WITH MR. SCHMIDT RE AFFIRMATIVE DEFENSE MEMORANDUM. | | 0.20 |
| 12/21/06 | PJSC | FINALIZE REPLY BRIEF; PREPARE NOTICE AND EXHIBITS AND FILE SAME. | | 3.20 |
| 12/22/06 | PJSC | REVIEW ORDER ON CSMG REMOVED LITIGATION AND REVIEW LETTER TO MR. KOHN RE SAME. | | 0.40 |
| 12/26/06 | GJJ | REVIEW DOCUMENTS; DRAFT STATEMENT OF NO INTEREST; DISCUSSION OF SAME WITH MR. PETER SCHMIDT AND DISCUSSION WITH MR. LEON GREENBLATT; AND PREPARE FOR HEARING ON CSMG MOTION. | | 2.10 |
| 12/26/06 | PJSC | REVIEW AND REVISE FILING RE ADDITIONAL CSMG CASE. | | 0.60 |
| 12/27/06 | PJSC | REVIEW BRIEFS AND MOTION; REVIEW CASE LAW AND PREPARE FOR HEARING; REVIEW 10-26-06 HEARING TRANSCRIPT. | | 3.30 |
| 12/28/06 | JSOH | APPEARANCE IN COURT RE MOTION TO DISMISS; AMERICAN GRADING RELIEF FROM STAY AND CLAIM OBJECTIONS. | | 1.20 |
| 12/28/06 | PJSC | DISCUSSION WITH MR. JORDAN RE HEARING ON MOTION TO DISMISS. | | 0.30 |
| 12/29/06 | PJSC | REVIEW STATEMENT FOR FILING. | | 0.40 |
| 01/01/07 | GJJ | DRAFT CSMG DISCOVERY. | | 1.50 |



| DATE | ID | DESCRIPTION | TASK | HOURS |
|---|---|---|---|---|
| 01/02/07 | GJJ | REVIEW ANSWER AND DOCUMENTS AS PART OF PREPARATION OF DISCOVERY AND PREPARE REQUESTS TO ADMIT AND INTERROGATORIES | | 4.90 |
| 01/02/07 | PJSC | REVIEW AND REVISE MOTION TO WITHDRAW REFERENCE. | | 0.20 |
| 01/03/07 | GJJ | REVIEW MOTION TO WITHDRAW REFERENCE AND FINALIZE THE SAME; AND REVIEW DOCUMENTS PROVIDED BY MR. JOHN CONNOLLY AND MS. LIZ SHARP CONCERNING CSMG AS PART OF PREPARATION OF DISCOVERY. | | 1.90 |
| 01/03/07 | PJSC | REVIEW AND REVISE MOTION TO WITHDRAW REFERENCE. | | 1.30 |
| 01/04/07 | GJJ | DISCUSSION WITH CSMG COUNSEL RE: WITHDRAWAL OF REFERENCE. | | 0.30 |
| 01/05/07 | PJSC | REVIEW CSMG RESPONSE TO MOTION TO WITHDRAW REFERENCE. | | 0.20 |
| 01/05/07 | SLTO | TELEPHONE CALL WITH MR. SCHMIDT RE STATUS AND AUGUST 9 LETTER. | | 0.20 |
| 01/08/07 | GJJ | REVIEW DOCUMENTS RELATED TO CSMG DEBT INCLUDING CORRESPONDENCE; DRAFT SPREADSHEET REGARDING CLAIMS VERSUS PAYMENTS; AND DRAFT CORRESPONDENCE TO MR. JOHN CONNOLLY. | | 0.90 |
| 01/08/07 | GJJ | DISCUSSION WITH MR. LEON GREENBLATT RE: CSMG LIEN AND COLLECTION. | | 0.30 |
| 01/09/07 | PJSC | ATTEND COURT ON MOTION FOR WITHDRAWAL OF REFERENCE. | | 1.10 |
| 01/12/07 | SLTO | WORK WITH MR. PILAT ON SUMMATION ISSUES; TELEPHONE CALL WITH MR. JORDAN RE SAME. | | 0.20 |
| 01/17/07 | GJJ | DISCUSSION WITH MR. DARRELL PIERCE REGARDING SECURITY INTEREST. | | 0.30 |
| 01/23/07 | SLTO | WORK IN SUMMATION RE REVIEW OF DOCUMENTS AND REORGANIZE DOCUMENTS WITH MR. PILAT RE PROBLEMS WITH SCANNED DOCUMENTS; CONTINUE DRAFTING DOCUMENT OUTLINE/ANALYSIS. | | 7.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ................................................................. **92.20**  
**TOTAL LEGAL FEES** ................................................................................................ **$ 31,643.00**

# Dykema

| | DISBURSEMENTS | |
|---|---|---:|
| 11/02/06 | LEXIS LEGAL SERVICES | 373.99 |
| 11/02/06 | SHEPARD'S SERVICE | 18.75 |
| 12/19/06 | LEXIS LEGAL SERVICES | 500.18 |
| 12/19/06 | SHEPARD'S SERVICE | 5.59 |
| 12/20/06 | LEXIS LEGAL SERVICES | 65.05 |
| 12/20/06 | SHEPARD'S SERVICE | 49.84 |
| 12/13/06 | LEGAL RESEARCH - WESTLAW | 43.26 |
| 12/15/06 | LEGAL RESEARCH - WESTLAW | 65.80 |
| 12/18/06 | LEGAL RESEARCH - WESTLAW | 95.88 |
| 12/19/06 | LEGAL RESEARCH - WESTLAW | 54.66 |
| 12/19/06 | LEGAL RESEARCH - WESTLAW | 107.40 |
| 12/20/06 | LEGAL RESEARCH - WESTLAW | 11.12 |
| 12/20/06 | LEGAL RESEARCH - WESTLAW | 19.94 |
| 12/20/06 | LEGAL RESEARCH - WESTLAW | 179.28 |
| 12/21/06 | LEGAL RESEARCH - WESTLAW | 5.74 |
| 12/27/06 | LEGAL RESEARCH - WESTLAW | 163.91 |
| | PHOTOCOPY CHARGES | 99.45 |
| | FAX | 83.00 |

**TOTAL DISBURSEMENTS ................................. $ 1,942.84**

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*



BANCO PANAMERICANO, INC.  
FEBRUARY 27, 2007

CLIENT-MATTER NO.  098952-0002  
INVOICE NO.  1145419  
PAGE NO.  6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| SLTO | SHERYL L. TOBY | 27.30 | 419.07 | 11,440.50 |
| GJJ | GREGORY J. JORDAN | 15.10 | 395.03 | 5,965.00 |
| JSOH | JEAN SOH | 11.30 | 240.00 | 2,712.00 |
| PJSC | PETER J. SCHMIDT | 38.50 | 299.36 | 11,525.50 |
| **TOTAL** | | **92.20** | | **31,643.00** |



BANCO PANAMERICANO, INC.

FEBRUARY 27, 2007

CLIENT-MATTER NO.   098952-0002
CSMG / CONSORTIUM SERVICE
MANAGEMENT GROUP, INC. /
CONSORTIUM MANAGEMENT
GROUP, INC. / GSM GASTECH LLC
INVOICE NO.  1145419
PAGE NO.  7

|  |  |
|---|---:|
| FEES | $ 31,643.00 |
| DISBURSEMENTS | 1,942.84 |
| **TOTAL AMOUNT DUE** | $ <u>33,585.84</u> |

DykemaGossett PLLC

DRAWER #1787
P. O. BOX 79001
DETROIT, MI 48279-1787

CLIENT CHECK INFORMATION
PLEASE COMPLETE:

THIS INVOICE IS PAYABLE UPON RECEIPT.

CHECK #:_____ DATE:_____ AMOUNT:_____

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

**FOR FIRM USE:**

RECEIVED DATE:_____