

# Dykema

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

BANCO PANAMERICANO, INC.
LEON GREENBLATT
330 S. WELLS, SUITE 711
CHICAGO, IL 60606

DUE UPON RECEIPT

MARCH 15, 2007
CLIENT-MATTER NO. 098952-0002
INVOICE NO. 1147970

FOR PROFESSIONAL SERVICES RENDERED

**RE: CSMG / CONSORTIUM SERVICE MANAGEMENT GROUP, INC. /
CONSORTIUM MANAGEMENT GROUP, INC. / GSM GASTECH LLC**

    FEES ................................................................$   5,156.00

    DISBURSEMENTS ....................................................   74.52

    **TOTAL AMOUNT DUE** ...............................................$   __5,230.52__



**RE: CSMG / CONSORTIUM SERVICE MANAGEMENT GROUP, INC. / CONSORTIUM MANAGEMENT GROUP, INC. / GSM GASTECH LLC**

| DATE | ID | DESCRIPTION | TASK | HOURS |
|---|---|---|---|---|
| 12/20/06 | GJJ | REVIEW AND REVISE CSMG REPLY BRIEF. | | 6.00 |
| 02/02/07 | JSOH | TELEPHONE CONFERENCE WITH MR. SCHMIDT; PREPARE FOR COURT APPEARANCE FOR STATUS CONFERENCE AND RULING ON MOTION TO DISMISS COUNTERCLAIMS; REVIEW DOCKET; COURT APPEARANCE RE SAME; DRAFT MEMORANDUM RE STATUS CONFERENCE. | | 1.70 |
| 02/02/07 | PJSC | REVIEW BRIEFS ON MOTION TO DISMISS FILED BEFORE JUDGE PALLMEYER. | | 1.00 |
| 02/14/07 | PJSC | REVIEW NEC DOCUMENTS. | | 0.20 |
| 02/15/07 | PJSC | REVIEW PLEADINGS AND BRIEFS. | | 0.30 |
| 02/16/07 | PJSC | ATTEND COURT ON STATUS HEARING. | | 1.40 |
| 02/19/07 | PJSC | REVIEW NEC DOCUMENTS. | | 0.20 |
| 02/22/07 | PJSC | REVIEW PENDING MOTIONS AND BRIEFS ON DISMISSAL. | | 0.30 |
| 02/28/07 | GJJ | REVIEW OF BRIEFS AND ON DRAFTING OF MOTION TO DISMISS CSMG COUNTERCLAIM. | | 2.90 |
| 02/28/07 | PJSC | REVIEW BRIEFS RE MOTION TO DISMISS. | | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME** ................................................................. **14.20**
**TOTAL LEGAL FEES** ............................................................................................. **$ 5,156.00**



| DISBURSEMENTS | | |
|---|---|---|
| 02/09/07 | LEGAL RESEARCH - WESTLAW | 47.83 |
| | PHOTOCOPY CHARGES | 26.69 |
| | **TOTAL DISBURSEMENTS** ................................... $ | **74.52** |

***NOTE: INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.***



BANCO PANAMERICANO, INC.
MARCH 15, 2007

CLIENT-MATTER NO.  098952-0002
INVOICE NO.  1147970
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---:|---:|---:|
| GJJ | GREGORY J. JORDAN | 8.90 | 389.89 | 3,470.00 |
| PJSC | PETER J. SCHMIDT | 3.60 | 355.00 | 1,278.00 |
| JSOH | JEAN SOH | 1.70 | 240.00 | 408.00 |
| **TOTAL** | | **14.20** | | **5,156.00** |



BANCO PANAMERICANO, INC.

MARCH 15, 2007

CLIENT-MATTER NO. 098952-0002
CSMG / CONSORTIUM SERVICE
MANAGEMENT GROUP, INC. /
CONSORTIUM MANAGEMENT
GROUP, INC. / GSM GASTECH LLC
INVOICE NO. 1147970
PAGE NO. 5

| | |
|---|---:|
| FEES..................................................................................$ | 5,156.00 |
| DISBURSEMENTS ................................................. | 74.52 |
| **TOTAL AMOUNT DUE** .........................................$ | **5,230.52** |

DykemaGossett PLLC

DRAWER #1787
P. O. BOX 79001
DETROIT, MI 48279-1787

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**
THIS INVOICE IS PAYABLE UPON RECEIPT.
CHECK #:_____ DATE:_____ AMOUNT:_____
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

**FOR FIRM USE:**

RECEIVED DATE:_____