

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

BANCO PANAMERICANO, INC.
LEON GREENBLATT
330 S. WELLS, SUITE 711
CHICAGO, IL 60606

DUE UPON RECEIPT

APRIL 13, 2007
CLIENT-MATTER NO. 098952-0002
INVOICE NO. 1152483

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: CSMG / CONSORTIUM SERVICE MANAGEMENT GROUP, INC. /
CONSORTIUM MANAGEMENT GROUP, INC. / GSM GASTECH LLC**

| | |
|---|---:|
| FEES..................................................................$ | 3,575.00 |
| DISBURSEMENTS ................................................ | 408.18 |
| **TOTAL AMOUNT DUE** ............................................$ | **3,983.18** |


# Dykema

BANCO PANAMERICANO, INC.  
APRIL 13, 2007

CLIENT-MATTER NO.  098952-0002  
INVOICE NO. 1152483  
PAGE NO. 2

**RE: CSMG / CONSORTIUM SERVICE MANAGEMENT GROUP, INC. / CONSORTIUM MANAGEMENT GROUP, INC. / GSM GASTECH LLC**

| DATE | ID | DESCRIPTION | TASK | HOURS |
|---|---|---|---|---|
| 03/01/07 | GJJ | PERFORM RESEARCH; REVIEW PRIOR PLEADINGS AND WORK ON MOTION TO DISMISS CSMG COUNTERCLAIMS AND AFFIRMATIVE DEFENSES. | | 4.50 |
| 03/01/07 | PJSC | RESEARCH FRAUD ISSUES AND DRAFT SUPPLEMENT TO MOTION TO DISMISS COUNTERCLAIM. | | 0.90 |
| 03/02/07 | PJSC | CONTINUE RESEARCH ON FRAUD AND CONSPIRACY ISSUES; REVISE SUPPLEMENT TO MOTION TO DISMISS. | | 3.90 |
| 03/31/07 | PJSC | REVIEW SUPPLEMENTAL MOTION AND CSMG RESPONSE BRIEF RE DISMISSAL. | | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME** .................................................................... **9.50**  
**TOTAL LEGAL FEES** ............................................................................................. **$ 3,575.00**



| | DISBURSEMENTS | |
|---|---|---:|
| 03/15/07 | MISCELLANEOUS EXPENSES - PETER SCHMIDT LUNCH | 19.50 |
| 03/15/07 | MISCELLANEOUS EXPENSES - PETER SCHMIDT LUNCH | 1.95 |
| 01/09/07 | TRL EXPS.-EXCEPT AIR TRL& MEALS - PETER SCHMIDT TAXI TO FEDERAL COURT | 5.00 |
| 01/09/07 | TRL EXPS.-EXCEPT AIR TRL& MEALS - PETER SCHMIDT TAXI TO FEDERAL COURT | 5.00 |
| 02/16/07 | TRL EXPS.-EXCEPT AIR TRL& MEALS - PETER SCHMIDT TAXI TO DISTRICT COURT | 5.00 |
| 02/16/07 | TRL EXPS.-EXCEPT AIR TRL& MEALS - PETER SCHMIDT TAXI TO FEDERAL COURT | 5.00 |
| 02/19/07 | TRL EXPS.-EXCEPT AIR TRL& MEALS - GREGORY JORDAN TAXI TO FEDERAL COURT | 5.00 |
| 03/01/07 | LEGAL RESEARCH - WESTLAW | 37.60 |
| 03/02/07 | LEGAL RESEARCH - WESTLAW | 265.13 |
| | FAX | 59.00 |

**TOTAL DISBURSEMENTS** ................................. $ **408.18**

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*



## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---:|---:|---:|
| GJJ | GREGORY J. JORDAN | 4.50 | 400.00 | 1,800.00 |
| PJSC | PETER J. SCHMIDT | 5.00 | 355.00 | 1,775.00 |
| | **TOTAL** | **9.50** | | **3,575.00** |