

BANCO PANAMERICANO, INC.

APRIL 13, 2007

CLIENT-MATTER NO. 098952-0002
CSMG / CONSORTIUM SERVICE MANAGEMENT GROUP, INC. / CONSORTIUM MANAGEMENT GROUP, INC. / GSM GASTECH LLC
INVOICE NO. 1152483
PAGE NO. 5

| | |
|---|---|
| FEES……………………………………………………………$ | 3,575.00 |
| DISBURSEMENTS ………………………………………… | 408.18 |
| **TOTAL AMOUNT DUE**……………………………………$ | **3,983.18** |

DykemaGossett PLLC

DRAWER #1787
P. O. BOX 79001
DETROIT, MI 48279-1787

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**
THIS INVOICE IS PAYABLE UPON RECEIPT.
CHECK #:_____ DATE:_____ AMOUNT:_____
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

**FOR FIRM USE:**

RECEIVED DATE:_____