

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

BANCO PANAMERICANO, INC.
LEON GREENBLATT
330 S. WELLS, SUITE 711
CHICAGO, IL 60606

MAY 16, 2007
CLIENT-MATTER NO. 098952-0002
INVOICE NO. 1158234

FOR PROFESSIONAL SERVICES RENDERED

**RE: CSMG / CONSORTIUM SERVICE MANAGEMENT GROUP, INC. /
CONSORTIUM MANAGEMENT GROUP, INC. / GSM GASTECH LLC**

    FEES ................................................................................$    6,606.50

    DISBURSEMENTS .......................................................    10.80

    **TOTAL AMOUNT DUE** ...............................................$    **6,617.30**



**RE: CSMG / CONSORTIUM SERVICE MANAGEMENT GROUP, INC. / CONSORTIUM MANAGEMENT GROUP, INC. / GSM GASTECH LLC**

| DATE | ID | DESCRIPTION | TASK | HOURS |
|---|---|---|---|---|
| 04/01/07 | GJJ | RESEARCH AND DRAFTING OF REPLY IN SUPPORT OF SUPPLEMENTAL MEMORANDUM SEEKING TO DISMISS CSMG COUNTERCLAIMS AND AFFIRMATIVE DEFENSES. | | 2.20 |
| 04/02/07 | GJJ | REVIEW AND REVISE BANCO V. CSMG BRIEF. | | 2.20 |
| 04/02/07 | PJSC | DRAFT SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS CSMG COUNTERCLAIM. | | 2.60 |
| 04/10/07 | PJSC | REVIEW ORDER RE DISCOVERY DEADLINES. | | 0.20 |
| 04/11/07 | PJSC | REVIEW COMPLAINT, ANSWER AND COUNTERCLAIM; DRAFT DISCOVERY REQUESTS TO CSMG. | | 2.30 |
| 04/12/07 | PJSC | REVIEW PLEADINGS AND REVISE DISCOVERY REQUESTS TO CSMG. | | 1.30 |
| 04/13/07 | PJSC | REVIEW AND REVISE DISCOVERY REQUESTS TO CSMG; REVIEW CSMG DOCUMENTS. | | 3.70 |
| 04/17/07 | PJSC | DISCUSSION WITH MR. JORDAN RE DISCOVERY REQUESTS. | | 0.20 |
| 04/18/07 | PJSC | REVIEW AND REVISE DISCOVERY TO CSMG. | | 0.20 |
| 04/19/07 | GJJ | REVIEW AND REVISE CSMG INTERROGATORIES. | | 1.20 |
| 04/19/07 | PJSC | REVIEW AND REVISE DISCOVERY REQUESTS TO CSMG. | | 0.80 |
| 04/23/07 | PJSC | REVIEW AND REVISE DISCOVERY REQUESTS. | | 0.40 |
| 04/24/07 | PJSC | REVISE DISCOVERY REQUESTS. | | 0.30 |
| 04/25/07 | PJSC | REVISE DISCOVERY REQUESTS. | | 0.30 |

**TOTAL ATTORNEY & PARALEGAL TIME** ................................................................. **17.90**  
**TOTAL LEGAL FEES** ............................................................................................. $ **6,606.50**



| DISBURSEMENTS | |
|---|---:|
| PHOTOCOPY CHARGES | 10.80 |
| **TOTAL DISBURSEMENTS** .................................. $ | **10.80** |

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*



## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---:|---:|---:|
| GJJ | GREGORY J. JORDAN | 5.60 | 400.00 | 2,240.00 |
| PJSC | PETER J. SCHMIDT | 12.30 | 355.00 | 4,366.50 |
| | **TOTAL** | **17.90** | | **6,606.50** |



BANCO PANAMERICANO, INC.

MAY 16, 2007

CLIENT-MATTER NO.   098952-0002
CSMG / CONSORTIUM SERVICE
MANAGEMENT GROUP, INC. /
CONSORTIUM MANAGEMENT
GROUP, INC. / GSM GASTECH LLC
INVOICE NO.  1158234
PAGE NO.  5

| | |
|---|---|
| FEES ................................................................................$ | 6,606.50 |
| DISBURSEMENTS ..................................................... | 10.80 |
| **TOTAL AMOUNT DUE** ............................................$ | **6,617.30** |

DykemaGossett PLLC

DRAWER #1787
P. O. BOX 79001
DETROIT, MI 48279-1787

CLIENT CHECK INFORMATION
PLEASE COMPLETE:

THIS INVOICE IS PAYABLE UPON RECEIPT.

CHECK #:_____ DATE:_____ AMOUNT:_____

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

**FOR FIRM USE:**

RECEIVED DATE:_____