

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

BANCO PANAMERICANO, INC.
LEON GREENBLATT
330 S. WELLS, SUITE 711
CHICAGO, IL 60606

JUNE 19, 2007
CLIENT-MATTER NO. 098952-0002
INVOICE NO.  1163374

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CSMG / CONSORTIUM SERVICE MANAGEMENT GROUP, INC. /
CONSORTIUM MANAGEMENT GROUP, INC. / GSM GASTECH LLC**

FEES..........................................................$    3,276.50

DISBURSEMENTS .....................................    13.35

**TOTAL AMOUNT DUE** ............................$    **3,289.85**



**RE:  CSMG / CONSORTIUM SERVICE MANAGEMENT GROUP, INC. /
CONSORTIUM MANAGEMENT GROUP, INC. / GSM GASTECH LLC**

| DATE | ID | DESCRIPTION | TASK | HOURS |
|------|-----|-------------|------|-------|
| 05/07/07 | GJJ | DISCUSSION WITH MR. LEON GREENBLATT REGARDING DISCOVERY; CONSULT WITH MR. PETER SCHMIDT CONCERNING SAME; REVIEW AND FINALIZE DISCOVERY; DRAFT NOTICE OF DEPOSITION AND CONTACT MR. JOHN CONNOLLY; AND DRAFT CORRESPONDENCE TO CSMG'S COUNSEL. | | 2.10 |
| 05/07/07 | PJSC | REVIEW AND FINALIZE DISCOVERY TO CSMG. | | 0.70 |
| 05/09/07 | PJSC | TELEPHONE CONVERSATION WITH CSMG COUNSEL RE DISCOVERY. | | 0.30 |
| 05/10/07 | PJSC | ATTEND COURT ON STATUS HEARING. | | 1.10 |
| 05/11/07 | GJJ | REVIEW AND REVISE LIST OF 30(B)(6) ISSUES AND DELIVER TO MR. GREENBLATT FOR COMMENT; REVIEW LIST OF POTENTIAL WITNESSES AND DELIVER TO MR. JOHN CONNOLLY FOR COMMENT. | | 0.50 |
| 05/11/07 | PJSC | REVIEW COMPLAINT AND DRAFT RULE 30(B)(6) NOTICE. | | 1.50 |
| 05/14/07 | PJSC | REVISE RULE 30(B)(6) ITEMS. | | 0.20 |
| 05/16/07 | PJSC | REVIEW COMMENTS RE 30(B)(6) ISSUES. | | 0.20 |
| 05/17/07 | PJSC | REVIEW E-MAIL FROM MR. PHILLIPS; EXCHANGE E-MAILS WITH MR. JORDAN. | | 0.30 |
| 05/18/07 | PJSC | REVIEW CSMG COMPLAINT AND COUNTERCLAIM; EXCHANGE E-MAILS WITH MR. JORDAN; TELEPHONE CONVERSATION WITH MR. CONNOLLY. | | 0.50 |
| 05/22/07 | PJSC | REVIEW DOCUMENTS AND DISCOVERY WITH MR. CONNOLLY. | | 0.30 |
| 05/29/07 | PJSC | EXCHANGE E-MAILS WITH OPPOSING COUNSEL RE DEPOSITIONS. | | 0.20 |
| 05/30/07 | PJSC | REVIEW TRANSCRIPT AND DISCUSSION WITH MR. CONNOLLY RE DOCUMENT PRODUCTION. | | 0.50 |
| 05/31/07 | PJSC | TELEPHONE CONVERSATION WITH MR. PHILLIPS RE DEPOSITIONS. | | 0.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................... **8.90**
**TOTAL LEGAL FEES**........................................................................................**$  3,276.50**





---

### DISBURSEMENTS

PHOTOCOPY CHARGES                                                13.35

**TOTAL DISBURSEMENTS ................................... $      13.35**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| GJJ | GREGORY J. JORDAN | 2.60 | 400.00 | 1,040.00 |
| PJSC | PETER J. SCHMIDT | 6.30 | 355.00 | 2,236.50 |
| | **TOTAL** | **8.90** | | **3,276.50** |



# DYKEMA

BANCO PANAMERICANO, INC.

CLIENT-MATTER NO. 098952-0002
CSMG / CONSORTIUM SERVICE
MANAGEMENT GROUP, INC. /
CONSORTIUM MANAGEMENT
GROUP, INC. / GSM GASTECH LLC
INVOICE NO. 1163374
PAGE NO. 6

JUNE 19, 2007

FEES................................................................$     3,276.50

DISBURSEMENTS ......................................         13.35

TOTAL AMOUNT DUE.............................$      3,289.85

**DYKEMAGOSSETT**PLLC

**DRAWER #1787**
**P. O. BOX 79001**
**DETROIT, MI 48279-1787**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**
                    **THIS INVOICE IS PAYABLE UPON RECEIPT.**
   **CHECK #:_____ DATE:_____ AMOUNT:_____**
       **PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

**FOR FIRM USE:**

RECEIVED DATE:_____

REMITTANCE