

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

BANCO PANAMERICANO, INC.
LEON GREENBLATT
330 S. WELLS, SUITE 711
CHICAGO, IL 60606

SEPTEMBER 19, 2007
CLIENT-MATTER NO. 098952-0002
INVOICE NO. 1178734

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: CSMG / CONSORTIUM SERVICE MANAGEMENT GROUP, INC. / CONSORTIUM MANAGEMENT GROUP, INC. / GSM GASTECH LLC**

FEES..................................................................$    5,917.00

DISBURSEMENTS ...................................................    21.05

**TOTAL AMOUNT DUE**...............................................$    **5,938.05**



# DYKEMA

**RE:  CSMG / CONSORTIUM SERVICE MANAGEMENT GROUP, INC. / CONSORTIUM MANAGEMENT GROUP, INC. / GSM GASTECH LLC**

| DATE | ID | DESCRIPTION | TASK | HOURS |
|---|---|---|---|---|
| 06/01/07 | PJSC | REVIEW CSMG LOAN DOCUMENTS; REVIEW PLEADINGS AND ORDER RE RELIEF FROM AUTOMATIC STAY; DISCUSSION WITH MR. JORDAN RE SAME. | | 1.70 |
| 06/04/07 | PJSC | EXCHANGE E-MAILS WITH COUNSEL FOR CSMG RE DISCOVERY; DRAFT E-MAIL TO MR. CONNOLLY RE DEPOSITION; DRAFT RESPONSE TO DOCUMENT REQUEST. | | 1.60 |
| 06/04/07 | PJSC | REVIEW NEC DOCUMENTS; DRAFT E-MAIL TO MS. TOBY RE SAME. | | 1.40 |
| 06/05/07 | PJSC | REVIEW DISCOVERY REQUESTS AND DOCUMENTS. | | 1.10 |
| 06/07/07 | GJJ | REVIEW AND REVISE DISCOVERY TO CSMG. | | 1.00 |
| 06/07/07 | PJSC | TELEPHONE COMMUNICATION WITH MR. CONNOLLY RE CSMG DISCOVERY ISSUES; REVIEW CSMG AND RTC DOCUMENTS. | | 2.20 |
| 06/08/07 | JSOH | TELEPHONE CONFERENCE WITH MR. SCHMIDT; VOICEMAIL LEFT WITH KATHY; TELEPHONE CONFERENCE WITH MR. PHILLIPS. | | 0.80 |
| 06/08/07 | PJSC | DISCUSSION WITH MS. SOH RE CSMG DEPOSITIONS; EXCHANGE E-MAILS WITH MR. PHILIPS RE SAME. | | 0.50 |
| 06/11/07 | PJSC | TELEPHONE CONVERSATION WITH CSMG'S COUNSEL RE DEPOSITIONS, DOCUMENT PRODUCTION. | | 0.40 |
| 06/12/07 | PJSC | REVIEW AND REVISE RESPONSE TO DOCUMENT REQUESTS. | | 0.70 |
| 06/13/07 | PJSC | DRAFT RESPONSES TO CSMG DOCUMENT REQUESTS. | | 0.90 |
| 06/14/07 | PJSC | REVIEW DOCUMENTS FOR PRODUCTION. | | 0.20 |
| 06/28/07 | PJSC | DRAFT ANSWERS TO CSMG'S COUNTERCLAIMS. | | 4.30 |

**TOTAL ATTORNEY & PARALEGAL TIME** ................................................................. **16.80**
**TOTAL LEGAL FEES**......................................................................................**$   5,917.00**



## DISBURSEMENTS

| | |
|---|---|
| PHOTOCOPY CHARGES | 19.05 |
| TELECOMMUNICATIONS | 2.00 |

**TOTAL DISBURSEMENTS** ....................................$ **21.05**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| GJJ | GREGORY J. JORDAN | 1.00 | 400.00 | 400.00 |
| PJSC | PETER J. SCHMIDT | 15.00 | 355.00 | 5,325.00 |
| JSOH | JEAN SOH | 0.80 | 240.00 | 192.00 |
| | **TOTAL** | **16.80** | | **5,917.00** |



BANCO PANAMERICANO, INC.

CLIENT-MATTER NO. 098952-0002
CSMG / CONSORTIUM SERVICE
MANAGEMENT GROUP, INC. /
CONSORTIUM MANAGEMENT
GROUP, INC. / GSM GASTECH LLC

SEPTEMBER 19, 2007

INVOICE NO. 1178734
PAGE NO. 5

FEES...................................................................$     5,917.00

DISBURSEMENTS .................................................     21.05

**TOTAL AMOUNT DUE**............................................$     5,938.05

DYKEMAGOSSETT PLLC

DRAWER #1787
P. O. BOX 79001
DETROIT, MI 48279-1787

CLIENT CHECK INFORMATION
PLEASE COMPLETE:
THIS INVOICE IS PAYABLE UPON RECEIPT.
CHECK #:_____ DATE:_____ AMOUNT:_____
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

**FOR FIRM USE:**

RECEIVED DATE:_____