# Polsinelli

Shalton | Flanigan | Suelthaus℠

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com


BANCO PANAMERICANO, INC.  
LEON GREENBLATT  
330 S. WELLS ST.  
7TH FLOOR  
CHICAGO, IL 60606

FILE NO: 053751-119264

INVOICE NO.: 433454

SEPTEMBER 11, 2007

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

TOTAL CURRENT PROFESSIONAL SERVICES               46,650.00
TOTAL CURRENT DISBURSEMENTS                          527.89
                                                 ----------

TOTAL CURRENT CHARGES                            $47,177.89
                                                 ----------

TOTAL BALANCE DUE                                $47,177.89


```
************************************************************
*                                                          *
*    PLEASE RETURN THIS REMITTANCE PAGE WITH YOUR PAYMENT  *
*                                                          *
************************************************************
```
BA 1224

A late payment charge of 1 1/2%  
per month will be charged on the  
outstanding balance not paid within  
30 days from the date of billing

DUE UPON RECEIPT  
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠  
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus ᵖᶜ

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  SEPTEMBER 11, 2007 PAGE   2
FILE NUMBER: 053751-119264
INVOICE NO.: 433454

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2007

REGARDING: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

BILLING ATTORNEY: GREGORY J. JORDAN

### DESCRIPTION OF PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/10/07 | GJJOR | Discussion with Mr. Leon Greenblatt and prepare for TRO hearing. | 1.40 |
| 07/11/07 | GJJOR | Prepare for and attend meeting with Mr. Leon Greenblatt regarding CSMG. | 2.00 |
| 07/16/07 | RSKEN | Conducted research regarding motions for temporary restraining order and standards to request for attachment of specific assets and collateral. Review and analysis of case law regarding same. | 7.50 |
| 07/17/07 | RSKEN | Began drafting Motion for Temporary Restraining Order. | 2.20 |
| 07/17/07 | RSKEN | Conducted additional research regarding application of temporary restraining order with respect to secured lenders. Reviewed and analyzed case law regarding same. | 4.60 |
| 07/17/07 | RSKEN | Reviewed and analyzed docket and various pleadings relevant to the case in preparation for drafting Motion for Temporary Restraining Order and Memorandum of Law in Support thereof. | 2.30 |
| 07/17/07 | RSKEN | Reviewed and analyzed original petition. | 1.30 |

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS ᵖᶜ
FEDERAL I.D. #43-1064260

# Polsinelli
#### Shalton | Flanigan | Suelthaus pc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com


BANCO PANAMERICANO, INC.                      FILE NO: 053751-119264
LEON GREENBLATT
330 S. WELLS ST.
7TH FLOOR
CHICAGO, IL 60606                              INVOICE NO.: 433454

                                               SEPTEMBER 11, 2007

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG


    TOTAL CURRENT PROFESSIONAL SERVICES                  46,650.00
    TOTAL CURRENT DISBURSEMENTS                             527.89
                                                       -----------

    TOTAL CURRENT CHARGES                               $47,177.89
                                                       -----------

    TOTAL BALANCE DUE                                   $47,177.89


```
*********************************************************************
*                                                                   *
*           PLEASE RETAIN THIS COPY FOR YOUR RECORDS                *
*                                                                   *
*********************************************************************
```
BA 1224

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
FEDERAL I.D. #43-1064260

# Polsinelli

Shalton | Flanigan | Suelthaus*℠*

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.                                SEPTEMBER 11, 2007 PAGE   3
FILE NUMBER: 053751-119264
INVOICE NO.: 433454

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/19/07 | RSKEN | Conducted additional research regarding application of temporary restraining order with respect to secured lenders. | 4.40 |
| 07/20/07 | RSKEN | Prepared Notice of Filing of Motion for Temporary Restraining Order; Notice of Filing of Memorandum of Law in Support of Motion for Temporary Restraining Order; Notice of Presentment of Motion for Temporary Restraining Order. Consulted local rules and filed same. | 1.60 |
| 07/20/07 | JAMIL | Initial review of court docket and method of service on opposing counsel. Review and finalize Entry of Appearance for Robert Kenney. Access ECF system and e-file Entry of Appearance and coordinate service on opposing counsel. | .80 |
| 07/23/07 | RSKEN | Prepared for Hearing on Motion for TRO by reviewing and analyzing case law and pleadings. Prepared talking-points for argument. | 2.60 |
| 07/24/07 | RSKEN | Prepared for hearing on Motion for Temporary Restraining ordered by reviewing pleadings and case law. | 3.20 |
| 07/25/07 | RSKEN | Attended and conducted hearing on Motion for Temporary Restraining Order. | 1.70 |
| 07/25/07 | BJSAN | Create e-room for electronic access of documents and filings. Create databases for pleadings, discovery, orders, correspondence and contacts. | .40 |
| 07/26/07 | BJSAN | Access Pacer for the Northern District of Illinois and prepare pdfs of all pleadings filed between 01/03/07 - 07/26/07. Review all pleadings and coordinate updating of file and e-room regarding same. | 1.80 |

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus rc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  SEPTEMBER 11, 2007 PAGE 4
FILE NUMBER: 053751-119264
INVOICE NO.: 433454

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/06/07 | RSKEN | Conducted additional research on insolvency as basis for temporary restraining order. | 2.30 |
| 08/07/07 | GJJOR | Communicate with John Connolly regarding CSMG document requests. Review documents. Review e-mail from Mr. Kevin Driscoll. Consult with Mr Robert Kenney regarding strategy. Draft correspondence to Mr. Kevin Driscoll. Review transcript of July 25, 2007 hearing. | 2.20 |
| 08/07/07 | RSKEN | Drafted correspondence to Kevin Driscoll regarding bond requirement pursuant to Federal Rule of Civil Procedure 65. | .30 |
| 08/08/07 | GJJOR | Discussion with Mr. John Connolly regarding scrubber being moved off site. Discussion with Mr. Johnny Johnson. Review issues regarding TRO and CSMG claims. | 1.10 |
| 08/08/07 | RSKEN | Began drafting written discovery in preparation for injunctive relief hearing. | 2.30 |
| 08/08/07 | RSKEN | Reviewed and analyzed transcript of hearing. | .60 |
| 08/08/07 | BJSAN | Draft Subpoena for Deposition Testimony of | 2.40 |
| 08/09/07 | GJJOR | Prepare for and attend hearing. Discussion with Mr. Robert Kenney. Discussion with Mr. Leon Greenblatt. Review and revise discovery. | 4.00 |
| 08/09/07 | RSKEN | Continued drafting written discovery to CSMG. | 4.20 |
| 08/09/07 | RSKEN | Attended hearing and status conference. | 1.80 |
| 08/09/07 | BJSAN | Draft and finalize amended Notice of Deposition of Gary Skibicki for August 24, 2007. Finalize set-up regarding same. | .80 |

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
0 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS rc
FEDERAL I.D. #43-1064260

# Polsinelli
## Shalton | Flanigan | Suelthaus.

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.　　　　　　　　　　SEPTEMBER 11, 2007　PAGE　5
FILE NUMBER: 053751-119264
INVOICE NO.: 433454

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/10/07 | GJJOR | Review spreadsheet from Mr. Kevin Werner and discussion with Mr. Peter Schmidt regarding same. Draft e-mail to Mr. Werner. Review complaint and draft e-mail to Mr. Michael May seeking documents and reconciliation of amounts. Review and revise discovery to CSMG for TRO hearing. | 2.60 |
| 08/10/07 | RSKEN | Finalized written discovery to CSMG. | 2.20 |
| 08/10/07 | BJSAN | Review of Court's Minute Entry regarding Status Hearing, Court's Minute Entry regarding Time to Complete Discovery, Court's Notice of Docket Entry regarding Status Hearing regarding Temporary Restraining Order, Banco's Attorney Appearance Form of Peter Schmidt. Follow up with process server regarding service on Gary Skibicki. | .90 |
| 08/12/07 | RSKEN | Worked deposition outline for Gary Skibicki by reviewing 2002 annual and quarterly reports. | 2.30 |
| 08/13/07 | GJJOR | Review CSMG discovery and discussion with Mr. John Connolly. | 1.00 |
| 08/15/07 | GJJOR | Review documents for delivery to CSMG in discovery. | 1.00 |
| 08/17/07 | GJJOR | Review discovery with Mr. Leon Greenblatt and read SEC filings. | .80 |
| 08/20/07 | GJJOR | Draft responses to CSMG TRO discovery. Review documents. | .50 |
| 08/20/07 | RSKEN | Continued preparation for Gary Skibicki's deposition by continued review and analysis of quarterly and annual reports. | 3.20 |

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC.
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus PC

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  SEPTEMBER 11, 2007 PAGE 6
FILE NUMBER: 053751-119264
INVOICE NO.: 433454

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/21/07 | GJJOR | Review CSMG discovery responses and draft Rule 37 letter regarding deficient responses. Draft e-mail to Mr. Peter Schmidt and Mr. Leon Greenblatt. | 1.50 |
| 08/21/07 | RSKEN | Continued preparation for Gary Skibicki's deposition by continued review and analysis of quarterly and annual reports for 2003 to 2006. | 4.30 |
| 08/22/07 | GJJOR | Revise and edit discovery letter to CSMG. | 1.00 |
| 08/22/07 | GJJOR | Preparation of deposition outline for Mr. Gary Skibicki's deposition. | 3.50 |
| 08/22/07 | RSKEN | Continued preparation for Gary Skibicki's deposition by continued review and analysis of quarterly and annual reports for 2003 to 2006. | 4.30 |
| 08/23/07 | GJJOR | Review and revise outline for Mr. Gary Skibicki deposition. Review same with Mr. Peter Schmidt. Discussion with Mr. Robert Kenney regarding Mr. Skibicki's deposition. Discussion with Mr. Mark Phillips regarding discovery and potential settlement. Prepare for depositions of Mr. Leon Greenblatt and Mr. Don Robbins. | 4.00 |
| 08/23/07 | PJSCH | Review and revise responses to discovery requests; review and revise Skibicki deposition outline; review documents from CSMG. | 4.30 |
| 08/23/07 | RSKEN | Continued preparation for Gary Skibicki's deposition by continued review and analysis of quarterly and annual reports for 2003 to 2006. Reviewed and analyzed various pleadings including our motion for injunctive relief. | 7.50 |

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
FEDERAL I.D. #43-1064260

# Polsinelli
## Shalton | Flanigan | Suelthaus℘

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  SEPTEMBER 11, 2007 PAGE 7
FILE NUMBER: 053751-119264
INVOICE NO.: 433454

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/24/07 | GJJOR | Discussion with Mr. Robert Kenney regarding deposition of Mr. Gary Skibicki. Prepare for meeting with Mr. Leon Greenblatt and discussion with Mr. Greenblatt. Review documents in preparation for deposition of Mr. Donald Robbins. Discussion with Mr. Robert Kenney regarding Skibicki deposition. Discussion with Mr. Leon Greenblatt. | 6.00 |
| 08/24/07 | PJSCH | Review documents in preparation for deposition; discussion with Mr. Jordan re same; review depositions from '05 litigation. | 2.90 |
| 08/24/07 | RSKEN | Attended and conducted deposition of Gary Skibicki, CSMG's former accountant. | 12.10 |
| 08/26/07 | GJJOR | Prepare for Don Robbins deposition. | 4.70 |
| 08/27/07 | GJJOR | Prepare for deposition of Mr. Don Robbins. Meeting with Mr. Leon Greenblatt and present Mr. Greenblatt for his deposition. Review spreadsheet regarding debt. Discussion with Mr. Greenblatt. Discussion with Mr. Mark Phillips regarding settlement. Further work regarding Mr. Robbins deposition. | 14.00 |
| 08/27/07 | PJSCH | Review documents in preparation for depositions; discussion with Mr. Jordan re same. | 3.40 |
| 08/28/07 | GJJOR | Prepare for Robbins deposition. Participate in Robbins deposition. | 9.80 |
| 08/28/07 | PJSCH | Discussion with Mr. Jordan re deposition; review documents for deposition; discussion with Mr. Phillips re TRO issues. | 2.70 |
| 08/28/07 | RSKEN | Reviewed and analyzed transcript of Gary Skibicki's deposition. | 1.40 |

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℘
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.　　　　　　　　　　　SEPTEMBER 11, 2007　PAGE　8
FILE NUMBER: 053751-119264
INVOICE NO.: 433454

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/29/07 | PJSCH | Discussion with Mr. Jordan re settlement and TRO issues. | .30 |
| 08/30/07 | GJJOR | Discussion with Mr. Leon Greenblatt and work on both settlement and trial preparation. | 1.60 |
| 08/30/07 | PJSCH | Review e-mail to Mr. Phillips re settlement. | .10 |
| 08/31/07 | GJJOR | Review CTUM blog. Discussion with Mr. Mark Phillips regarding settlement. Prepare for hearing. | 2.10 |

　　　　　　　　　　　TOTAL SERVICES:　　　　　　　46,650.00

### DESCRIPTION OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| | Copies @ $.15/page | 3.00 |
| | Federal Express | 11.59 |
| 08/10/07 | Client Advance - - VENDOR: GARY SKIBICKI WITNESS FEE | 40.00 |
| 07/25/07 | Lodging - - VENDOR: ROBERT KENNEY HOTEL - HEARING IN IL | 298.89 |
| 07/24/07 | Travel - - VENDOR: ROBERT KENNEY TAXI TO HOTEL - HEARING IN IL | 30.00 |
| 07/25/07 | Travel - - VENDOR: ROBERT KENNEY TAXI TO PSFS - HEARING IN IL | 7.00 |
| 07/25/07 | Travel - - VENDOR: ROBERT KENNEY TAXI TO PSFS FROM US DIST COURT - HEARING IN IL | 5.00 |
| 07/25/07 | Travel - - VENDOR: ROBERT KENNEY TAXI TO AIRPORT - HEARING IN IL | 30.00 |
| 07/25/07 | Travel - - VENDOR: ROBERT KENNEY PARKING AT AIRPORT - HEARING IN IL | 18.00 |
| 08/24/07 | Travel - - VENDOR: ROBERT KENNEY AIRPORT PARKING - GARY SKIBICKI DEPO | 20.00 |
| 08/24/07 | Transportation - - VENDOR: ROBERT KENNEY RENTAL CAR - GARY SKIBICKI DEPO | 64.41 |

A late payment charge of 1 1/2% per month will be charged on the outstanding balance not paid within 30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus℠

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.                         SEPTEMBER 11, 2007  PAGE   9
FILE NUMBER: 053751-119264
INVOICE NO.: 433454

                 TOTAL DISBURSEMENTS:                        527.89
                                                          -----------

                 TOTAL CURRENT CHARGES:                   $47,177.89

A late payment charge of 1½%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠
FEDERAL I.D. #43-1064260