# Polsinelli
Shalton | Flanigan | Suelthaus℠

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

```
BANCO PANAMERICANO, INC.                         FILE NO: 053751-119264
LEON GREENBLATT
330 S. WELLS ST.
7TH FLOOR
CHICAGO, IL 60606                                INVOICE NO.: 439972

                                                 OCTOBER 16, 2007

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG


    TOTAL CURRENT PROFESSIONAL SERVICES                  23,202.00
    TOTAL CURRENT DISBURSEMENTS                           1,555.35
                                                        -----------

    TOTAL CURRENT CHARGES                                $24,757.35

        PREVIOUS BALANCE AS OF OCTOBER 16, 2007          $47,177.89
           SUMMARY PROVIDED ON FINAL PAGE
                                                        -----------

    TOTAL BALANCE DUE                                    $71,935.24



****************************************************************
*                                                              *
*     PLEASE RETURN THIS REMITTANCE PAGE WITH YOUR PAYMENT      *
*                                                              *
****************************************************************
BA 1224
```

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus℠

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com


BANCO PANAMERICANO, INC.  
LEON GREENBLATT  
330 S. WELLS ST.  
7TH FLOOR  
CHICAGO, IL 60606

FILE NO: 053751-119264

INVOICE NO.: 439972

OCTOBER 16, 2007

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

| | |
|---|---:|
| TOTAL CURRENT PROFESSIONAL SERVICES | 23,202.00 |
| TOTAL CURRENT DISBURSEMENTS | 1,555.35 |
| TOTAL CURRENT CHARGES | $24,757.35 |
| PREVIOUS BALANCE AS OF OCTOBER 16, 2007 SUMMARY PROVIDED ON FINAL PAGE | $47,177.89 |
| TOTAL BALANCE DUE | $71,935.24 |

```
************************************************************
*                                                          *
*       PLEASE RETAIN THIS COPY FOR YOUR RECORDS           *
*                                                          *
************************************************************
```
BA 1224

A late payment charge of 1 1/2% per month will be charged on the outstanding balance not paid within 30 days from the date of billing.

DUE UPON RECEIPT  
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠  
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus℠

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.                  OCTOBER 16, 2007    PAGE 2
FILE NUMBER: 053751-119264
INVOICE NO.: 439972

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2007

REGARDING: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

BILLING ATTORNEY: GREGORY J. JORDAN

## DESCRIPTION OF PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/04/07 | GJJOR | Review documents and prepare for trial. | .80 |
| 09/05/07 | GJJOR | Trial preparation including research on standards, draft testimony outline, discussions with Mr. Leon Greenblatt and e-mails to Mr. Mark Phillips regarding stipulations and potential settlement. | 4.50 |
| 09/06/07 | GJJOR | Prepare for injunction hearing. | 12.20 |
| 09/06/07 | PJSCH | Telephone conversation with Mr. Jordan re TRO hearing; research UCC lien attachment issue; discussion re strategy for TRO hearing. | 3.80 |
| 09/06/07 | JESOH | Conference with Mr. Jordan. Prepare for trial: review transcripts, research preliminary injunction and laches standards, prepare exhibits, create Skebicki deposition summary. | 13.15 |
| 09/07/07 | GJJOR | Prepare for and attend Injunction hearing. | 5.30 |
| 09/07/07 | PJSCH | Continue research of UCC attachment and other issues for TRO hearing; telephone conversation with Mr. Jordan re hearing. | 2.20 |

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus℠

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  OCTOBER 16, 2007  PAGE 3
FILE NUMBER: 053751-119264
INVOICE NO.: 439972

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/07/07 | JESOH | Prepare for and attend hearing on preliminary injunction. | 4.85 |
| 09/10/07 | TCSCO | Attention to issue of creditor's rights in patent; conference with GJordan re same. | .50 |
| 09/10/07 | GJJOR | Review interrogatory responses filed by CSMG and draft memorandum to file. | 1.20 |
| 09/10/07 | PJSCH | Review documents and transcripts; discussion with Mr. Jordan re trial strategy. | .50 |
| 09/10/07 | JESOH | E-mail to Mr. Jordan re discovery, review docket and files. | 1.00 |
| 09/11/07 | JESOH | Review 7/3/07 SEC Form 8-K/A, Mr. Skibicki's CPA website. Issue subpoena on Mr. Skibicki. | 1.25 |
| 09/12/07 | PJSCH | Review CSMG document production re trial, depositions. | .20 |
| 09/12/07 | JESOH | Review Skibicki fax. Telephone conference re same with Mr. Schmidt and Mr. Skibicki. Send faxes of subpoena to opposing counsel. | .65 |
| 09/13/07 | PJSCH | Review trial order. | .20 |
| 09/17/07 | RSKEN | Reviewed and analyzed CSMG's discovery responses and reviewed and analyzed transcript of Don Robbins's deposition. Worked on planning additional discovery needed before trial. | 3.30 |
| 09/18/07 | GJJOR | Participate in conference call regarding CSMG facts. Discussion with Mr. Peter Schmidt regarding motion for summary judgment. Discussion with Mr. Robert Kenney concerning depositions and revising complaint. Draft letter to Mr. Mark Phillips. | 2.80 |

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus..

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  OCTOBER 16, 2007   PAGE   4
FILE NUMBER: 053751-119264
INVOICE NO.: 439972

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/18/07 | PJSCH | Telephone conversation with Mr. Connolly and Mr. Johnson; review Robbins deposition transcript; review letter to Mr. Phillips. | 2.60 |
| 09/18/07 | RSKEN | Reviewed and analyzed Gary Skibicki's deposition and newly produced documents. | 1.20 |
| 09/19/07 | PJSCH | Review Robbins deposition transcript; telephone conversations with Mr. Connolly and Mr. Greenblatt. | 3.80 |
| 09/20/07 | PJSCH | Review Robbins deposition transcript; review motion to dismiss and related briefs. | 2.60 |
| 09/20/07 | RSKEN | Reviewed Illinois Credit Agreement Act as potential additional cause of action. | 1.50 |
| 09/26/07 | GJJOR | Discussion with Mr. Robert Kenney regarding scheduling depositions of CSMG witnesses. Draft e-mail to Mr. Mark Phillips, counsel for CSMG, regarding same. | .30 |
| 09/26/07 | EMBRO | Review information from J. Mills regarding deposition; telephone call to R. Kenney regarding particulars of deposition. | .20 |
| 09/27/07 | RSKEN | Worked on drafting subpoenas and notices of deposition for John Creedon and Eddie Barnes. | .50 |
| 09/27/07 | EMBRO | Prepare first draft of notice of deposition and subpoena for Creedon and Barnes and forward to R. Kenney. | .50 |
| 09/27/07 | EMBRO | Revisions to subpoena and notice of deposition. | .35 |
| 09/28/07 | RSKEN | Prepared for deposition of Calvert by reviewing pleadings, CSMG's discovery responses, and Don Robbins's deposition transcript. | 2.10 |

A late payment charge of 1.25%
per month will be charged on the
outstanding balance not paid within
10 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS..
FEDERAL I.D. #43-1064260

# Polsinelli

Shalton | Flanigan | Suelthaus¸

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.　　　　　　　　　　OCTOBER 16, 2007　　PAGE　5
FILE NUMBER: 053751-119264
INVOICE NO.: 439972

| Date | Init | Description | Amount |
|---|---|---|---|
| 09/28/07 | EMBRO | Review e-mail from R. Kenney regarding deposition dates. Revise notice of deposition and subpoenas. | .30 |
| 09/28/07 | EMBRO | Review notice; telephone conference with Marti at Pohlman Reporting regarding setting up remote deposition location in Corpus Christi and Mobile. Conference with R. Kenney regarding change of dates and location. Telephone conference with Pohlman regarding same. | .30 |

　　　　　　　　　　　　TOTAL SERVICES:　　　　　　　　23,202.00

### DESCRIPTION OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 08/24/07 | Airfare - - VENDOR: INNOVATIVE TRAVEL TRAVEL AGENT FEES - ROBERT KENNEY | 30.00 |
| 08/24/07 | Airfare - - VENDOR: AMERICAN EXPRESS AIRFARE - ROBERT KENNEY | 276.10 |
| 09/05/07 | Deposition - - VENDOR: PROFESSIONAL REPORTERS ORIG TRANSCRIPT GARY SKIBICKI 053751-119264 | 1239.57 |
| 08/27/07 | PACER | 9.68 |

　　　　　　　　　　TOTAL DISBURSEMENTS:　　　　　　　1,555.35
　　　　　　　　　　　　　　　　　　　　　　　　　　　-----------

　　　　　　　　　　TOTAL CURRENT CHARGES:　　　　　　$24,757.35

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS¸
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus rc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  OCTOBER 16, 2007    PAGE   6
FILE NUMBER: 053751-119264
INVOICE NO.: 439972

THE FOLLOWING IS A STATEMENT OF THE OUTSTANDING BALANCE AS OF 10/16/07

| INVOICE DATE | INVOICE NUMBER | FEES & DISB | OTHER | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 09/11/07 | 433454 | $47177.89 | $.00 | $.00 | $47177.89 |
|  |  | TOTAL BALANCE DUE FROM PREVIOUS INVOICES |  |  | $47177.89 |

A late payment charge of 1½%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
FEDERAL I.D. #43-1064260