# Polsinelli
Shalton | Flanigan | Suelthaus pc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  
LEON GREENBLATT  
330 S. WELLS ST.  
7TH FLOOR  
CHICAGO, IL 60606

FILE NO: 053751-119264

INVOICE NO.: 444925

NOVEMBER 29, 2007

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

| | |
|---|---:|
| TOTAL CURRENT PROFESSIONAL SERVICES | 24,178.50 |
| TOTAL CURRENT DISBURSEMENTS | 2,056.48 |
| TOTAL CURRENT CHARGES | $26,234.98 |
| PREVIOUS BALANCE AS OF NOVEMBER 29, 2007 SUMMARY PROVIDED ON FINAL PAGE | $71,935.24 |
| TOTAL BALANCE DUE | $98,170.22 |

*****************************************************************
*                                                               *
*     PLEASE RETURN THIS REMITTANCE PAGE WITH YOUR PAYMENT      *
*                                                               *
*****************************************************************

BA 1224

A late payment charge of 1 1/2% per month will be charged on the outstanding balance not paid within 30 days from the date of billing.

DUE UPON RECEIPT  
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS pc  
FEDERAL I.D. #43-1064260

# Polsinelli
## Shalton | Flanigan | Suelthaus℠

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.
LEON GREENBLATT
330 S. WELLS ST.
7TH FLOOR
CHICAGO, IL 60606

FILE NO: 053751-119264

INVOICE NO.: 444925

NOVEMBER 29, 2007

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

| | |
|---|---:|
| TOTAL CURRENT PROFESSIONAL SERVICES | 24,178.50 |
| TOTAL CURRENT DISBURSEMENTS | 2,056.48 |
| TOTAL CURRENT CHARGES | $26,234.98 |
| PREVIOUS BALANCE AS OF NOVEMBER 29, 2007 SUMMARY PROVIDED ON FINAL PAGE | $71,935.24 |
| TOTAL BALANCE DUE | $98,170.22 |

```
************************************************************
*                                                          *
*        PLEASE RETAIN THIS COPY FOR YOUR RECORDS          *
*                                                          *
************************************************************
```
BA 1224

A late payment charge of 1½% per month will be charged on the outstanding balance not paid within 30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus pc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  NOVEMBER 29, 2007  PAGE  2
FILE NUMBER: 053751-119264
INVOICE NO.: 444925

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2007

REGARDING: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

BILLING ATTORNEY: GREGORY J. JORDAN

DESCRIPTION OF PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/01/07 | RSKEN | Worked on preparing for Calvert Deposition. | 2.40 |
| 10/01/07 | RSKEN | Worked on preparing for Calvert deposition by reviewing pleadings from Stonegate case. | 1.30 |
| 10/02/07 | GJJOR | Discussion with Mr. Robert Kenney regarding deposition of Mr. George Calvert and subpoenas to Messrs. Barnes and Creeden. Review e-mails regarding scheduling. Discussion with Mr. Keevan Morgan, counsel for Mr. George Calvert. | .80 |
| 10/02/07 | GJJOR | Prepare for depositions. | .90 |
| 10/02/07 | RSKEN | Worked on preparing for deposition of George Calvert by reviewing pleadings in other case pending in Texas. | 3.90 |
| 10/02/07 | RSKEN | Finalized subpoenas and deposition notices to Creedon and Barnes. | .80 |
| 10/02/07 | EMBRO | Conference with R. Kenny regarding new deposition dates and location, revise notice. Telephone conference with Pohlman regarding location. | .50 |

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
FEDERAL I.D. #43-1064260

# Polsinelli
### Shalton | Flanigan | Suelthaus pc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  NOVEMBER 29, 2007  PAGE  3
FILE NUMBER: 053751-119264
INVOICE NO.: 444925

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/02/07 | EMBRO | Telephone conference with Jennifer at Pohlman regarding availability of deposition location; Telephone conference with J.W. Engond at Hilton to confirm conference and hotel room availability; forward information regarding Hilton to R. Kenney and D. Doelling. Revise notices and subpoenas to reflect correct location, date and time. Upload revised notice to Pohlman Reporting; telephone conference with Jennifer at Pohlman to confirm receipt of same; forward revised Notice and Subpoena to R. Kenney and D. Doelling. | .75 |
| 10/05/07 | RSKEN | Attended deposition of George Calvert. | 7.50 |
| 10/07/07 | RSKEN | Prepared for deposition of John Creedon. | 2.40 |
| 10/07/07 | RSKEN | Prepared for deposition of Eddie Barnes. | 1.70 |
| 10/08/07 | RSKEN | Prepared for deposition of John Creedon. | 2.40 |
| 10/08/07 | RSKEN | Prepared for deposition of Eddie Barnes. | 1.70 |
| 10/08/07 | EMBRO | Confirm deposition with court reporter for 10/9/07. | .20 |
| 10/09/07 | RSKEN | Attended and conducted Eddie Barnes's deposition. | 6.70 |
| 10/10/07 | RSKEN | Attended and conducted John Creedon's deposition. | 7.30 |
| 10/11/07 | RSKEN | Worked on drafting amending pleadings, including answer and affirmative defenses and complaint. Reviewed transcript of prior status hearing. | 2.30 |
| 10/11/07 | RSKEN | Reviewed, analyzed and organized notes of depositions of Barnes and Creedon. | 1.30 |

A late payment charge of 1½%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus_PC

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.                           NOVEMBER 29, 2007    PAGE   4
FILE NUMBER: 053751-119264
INVOICE NO.: 444925

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/12/07 | PJSCH | Draft e-mail to Mr. Jordan re affirmative defenses and counterclaim. | .20 |
| 10/12/07 | RSKEN | Drafted amended answer and affirmative defenses to assert affirmative defense under Illinois Credit Agreements Act. | 1.10 |
| 10/12/07 | RSKEN | Drafted motion for leave to file amended petition. | 1.10 |
| 10/12/07 | RSKEN | Drafted amended petition. | 1.10 |
| 10/12/07 | RSKEN | Drafted motion for leave to file amended answer and affirmative defenses to assert affirmative defense under Illinois Credit Agreements Act. | 1.10 |
| 10/15/07 | PJSCH | Review transcripts for summary judgment motion. | 3.50 |
| 10/15/07 | RSKEN | Finalize Amended Answer and Counterclaims | .40 |
| 10/16/07 | GJJOR | Prepare for deposition of Kevin Werner. Review documents and pleadings. Discussion with Mr. Werner. | 1.50 |
| 10/16/07 | PJSCH | Review transcript for summary judgment motion. | .30 |
| 10/17/07 | GJJOR | Prepare for Kevin Werner deposition including reviewing documents and meeting with Mr. Peter Schmidt. | 1.00 |
| 10/17/07 | PJSCH | Prepare for and attend deposition of Kevin Werner. | 10.50 |
| 10/18/07 | GJJOR | Prepare for deposition of John Connolly including reviewing notes of Kevin Werner deposition and discussion of deposition with Mr. Connolly. Participate in deposition. | 8.00 |

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS_PC
FEDERAL I.D. #43-1064260

A late payment charge of 1 1/2% per month will be charged on the outstanding balance not paid within 30 days from the date of billing.

# Polsinelli
Shalton | Flanigan | Suelthaus PC

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.　　　　　　　　　　　NOVEMBER 29, 2007　　PAGE　　5
FILE NUMBER: 053751-119264
INVOICE NO.: 444925

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/18/07 | PJSCH | Discussion with Mr. Jordan re depositions; telephone conversation with Mr. Werner; review motion for leave to file; telephone conversation with Mr. Kenney. | .50 |
| 10/18/07 | RSKEN | Review and analyze pleadings in Nature Coast Collection case in preparation for deposition of George Calvert | 2.40 |
| 10/19/07 | PJSCH | Review, revise and file motion to file amended answer. | .80 |
| 10/19/07 | JESOH | Research ability to sue the same claim under alter ego theory. | 1.00 |
| 10/20/07 | JESOH | Research and draft memorandum on whether a settlement of claims against one entity releases claims against a related entity. | 3.70 |
| 10/23/07 | PJSCH | Discussion with Mr. Jordan re answer; review and revise amended answer and file same. | .70 |
| 10/25/07 | PJSCH | Discussion with Mr. Jordan re settlement. | .20 |
| 10/26/07 | PJSCH | Review and respond to Vigano e-mail; review Rule 26(b)(4) requirements. | .80 |
| 10/29/07 | RSKEN | Telephone conference with Mark Phillips regarding cancellation and rescheduling of George Calvert's deposition. | .20 |
| 10/30/07 | RSKEN | Telephone conference with CSMG's counsel regarding deposition of George Calvert. | .20 |
| 10/30/07 | JESOH | Conference with Mr. Schmidt. Research and draft memorandum on standards for preliminary injunction and the sliding scale used, and the likelihood of success element for Peoria trial. | 4.30 |
| 10/31/07 | PJSCH | Review Kevin Werner deposition transcript. | .30 |

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
10 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus ᴘᴄ

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.             NOVEMBER 29, 2007   PAGE   6
FILE NUMBER: 053751-119264
INVOICE NO.: 444925

TOTAL SERVICES:                       24,178.50

DESCRIPTION OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
|  | Facsimile Transmission | 2.00 |
| 10/04/07 | Airfare - - VENDOR: INNOVATIVE TRAVEL TRAVEL AGENT FEES - ROBERT KENNEY | 30.00 |
| 10/04/07 | Airfare - - VENDOR: INNOVATIVE TRAVEL TRAVEL AGENT FEES - ROBERT KENNEY | 30.00 |
| 10/04/07 | Airfare - - VENDOR: AMERICAN EXPRESS AIRFARE - ROBERT KENNEY | 526.20 |
| 10/09/07 | Airfare - - VENDOR: INNOVATIVE TRAVEL TRAVEL AGENT FEES - ROBERT KENNEY | 30.00 |
| 10/09/07 | Airfare - - VENDOR: AMERICAN EXPRESS AIRFARE - ROBERT KENNEY | 363.10 |
| 10/29/07 | Airfare - - VENDOR: INNOVATIVE TRAVEL TRAVEL AGENT FEES - ROBERT KENNEY | 30.00 |
| 10/29/07 | Airfare - - VENDOR: AMERICAN EXPRESS AIRFARE - ROBERT KENNEY | 329.60 |
| 10/04/07 | Lodging - - VENDOR: ROBERT KENNEY HOTEL - DEPO OF GEORGE CALVERT | 155.68 |
| 10/10/07 | Lodging - - VENDOR: ROBERT KENNEY HOTEL - DEPOS OF EDDIE BARNES/JOHN CREEDON | 399.26 |
| 09/06/07 | On-Line Searches - Pacer | 2.16 |
| 09/10/07 | On-Line Searches - Pacer | 1.04 |
| 09/17/07 | On-Line Searches - Pacer | 1.44 |
| 08/15/07 | Subpoena/Summons - - VENDOR: SHADID & ASSOCIATES INC SERVICE OF SUBPOENA ON GARY SKIBICKI | 60.00 |
| 09/06/07 | Travel - - VENDOR: JEAN SOH CAB - PRELIMINARY INJUNCTION HEARING PREP | 10.00 |
| 09/07/07 | Travel - - VENDOR: JEAN SOH CAB - PRELIMINARY INJUNCTION HEARING | 6.00 |
| 09/07/07 | Travel - - VENDOR: JEAN SOH CAB - PRELIMINARY INJUNCTION HEARING | 5.00 |
| 10/05/07 | Travel - - VENDOR: ROBERT KENNEY AIRPORT PARKING - DEPO OF GEORGE CALVERT | 20.00 |

A late payment charge of 1½% per month will be charged on the outstanding balance not paid within 30 days from the date of billing

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS ᴘᴄ
FEDERAL I.D. #43-1064260

# Polsinelli
## Shalton | Flanigan | Suelthaus PC

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  NOVEMBER 29, 2007  PAGE  7
FILE NUMBER: 053751-119264
INVOICE NO.: 444925

10/10/07 Travel - - VENDOR: ROBERT KENNEY TAXI - DEPOS      55.00
        OF EDDIE BARNES/JOHN CREEDON IN ALABAMA

                    TOTAL DISBURSEMENTS:                 2,056.48
                                                       -----------

                    TOTAL CURRENT CHARGES:              $26,234.98

A late payment charge of 1.028
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
FEDERAL I.D. #43-1064260

# Polsinelli
## Shalton | Flanigan | Suelthaus℞

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.　　　　　　　　　　NOVEMBER 29, 2007　　PAGE　　8
FILE NUMBER: 053751-119264
INVOICE NO.: 444925

THE FOLLOWING IS A STATEMENT OF THE OUTSTANDING BALANCE AS OF 11/29/07

| INVOICE DATE | INVOICE NUMBER | FEES & DISB | OTHER | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 09/11/07 | 433454 | $47177.89 | $.00 | $.00 | $47177.89 |
| 10/16/07 | 439972 | $24757.35 | $.00 | $.00 | $24757.35 |

TOTAL BALANCE DUE FROM PREVIOUS INVOICES　　$71935.24

A late payment charge of 1 1/2% per month will be charged on the outstanding balance not paid within 30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℞
FEDERAL I.D. #43-1064260