# Polsinelli

Shalton | Flanigan | Suelthaus pc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

```
BANCO PANAMERICANO, INC.                         FILE NO: 053751-119264
LEON GREENBLATT
330 S. WELLS ST.
7TH FLOOR
CHICAGO, IL 60606                                INVOICE NO.: 448649

                                                 DECEMBER 30, 2007

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG


    TOTAL CURRENT PROFESSIONAL SERVICES                   24,346.50
    TOTAL CURRENT DISBURSEMENTS                            2,021.27
                                                         -----------

    TOTAL CURRENT CHARGES                                $26,367.77

       PREVIOUS BALANCE AS OF DECEMBER 30, 2007          $98,170.22
          SUMMARY PROVIDED ON FINAL PAGE
                                                         -----------

    TOTAL BALANCE DUE                                   $124,537.99



****************************************************************
*                                                              *
*     PLEASE RETURN THIS REMITTANCE PAGE WITH YOUR PAYMENT      *
*                                                              *
****************************************************************
BA 1224
```

a late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS pc
FEDERAL I.D. #43-1064260

# Polsinelli

Shalton | Flanigan | Suelthaus PC

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

```
BANCO PANAMERICANO, INC.                        FILE NO: 053751-119264
LEON GREENBLATT
330 S. WELLS ST.
7TH FLOOR
CHICAGO, IL 60606                               INVOICE NO.: 448649

                                                DECEMBER 30, 2007

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG


    TOTAL CURRENT PROFESSIONAL SERVICES                   24,346.50
    TOTAL CURRENT DISBURSEMENTS                            2,021.27
                                                         ----------

    TOTAL CURRENT CHARGES                                 $26,367.77

        PREVIOUS BALANCE AS OF DECEMBER 30, 2007          $98,170.22
            SUMMARY PROVIDED ON FINAL PAGE
                                                         ----------

    TOTAL BALANCE DUE                                    $124,537.99



*****************************************************************
*                                                               *
*         PLEASE RETAIN THIS COPY FOR YOUR RECORDS              *
*                                                               *
*****************************************************************
BA 1224
```

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus PC

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.　　　　　　　　　　　DECEMBER 30, 2007　PAGE　2
FILE NUMBER: 053751-119264
INVOICE NO.: 448649

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2007

REGARDING: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

BILLING ATTORNEY: GREGORY J. JORDAN

### DESCRIPTION OF PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/01/07 | RSKEN | Telephone conference with opposing counsel regarding Calvert deposition. | .30 |
| 11/02/07 | PJSCH | Review deposition transcripts for summary judgment motion. | 4.40 |
| 11/04/07 | PJSCH | Review Creedon deposition transcript and prepare notes for summary judgment. | 2.60 |
| 11/05/07 | PJSCH | Review deposition transcripts and pleadings; draft notes for summary judgment motion. | 5.10 |
| 11/07/07 | GJJOR | Review deposition transcript of Kevin Werner deposition. | .90 |
| 11/07/07 | PJSCH | Continue review of transcripts and pleadings and preparation of notes for summary judgment. | 2.30 |
| 11/08/07 | RSKEN | Work on preparation for George Calvert's deposition. | 4.30 |
| 11/09/07 | RSKEN | Attend and conduct George Calvert's deposition. | 8.20 |
| 11/12/07 | PJSCH | Draft motion to continue trial date. | 1.50 |
| 11/12/07 | RSKEN | Draft summary of George Calvert's deposition. | 1.50 |

A late payment charge of 1½%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
FEDERAL I.D. #43-1064260

# Polsinelli

Shalton | Flanigan | Suelthaus pc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  DECEMBER 30, 2007  PAGE 3
FILE NUMBER: 053751-119264
INVOICE NO.: 448649

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/14/07 | PJSCH | Review court orders re trial prep issues. | .30 |
| 11/16/07 | GJJOR | Discussion with Mr. Leon Greenblatt regarding notation of Banco Panamericano, Inc. on CSMG stock records. Draft proposed letter to CSMG counsel for Mr. Greenblatt's review. | .45 |
| 11/16/07 | PJSCH | Review transcript of Connolly deposition. | .60 |
| 11/17/07 | GJJOR | Revise letter to Mr. Mark Phillips and deliver to Mr. Leon Greenblatt. | .25 |
| 11/19/07 | PJSCH | Review Connolly and Calvert deposition transcripts; review motion to dismiss. | 7.10 |
| 11/19/07 | JESOH | Conference with Mr. Schmidt re agency research. Research standards for agency. | .50 |
| 11/20/07 | PJSCH | Discussion with Mr. Jordan re motion to continue trial; continue drafting motion for summary judgment. | .90 |
| 11/21/07 | PJSCH | Continue preparation of summary judgment motion. | .30 |
| 11/23/07 | GJJOR | Discussion with Mr. Leon Greenblatt regarding CSMG Motion for Summary Judgment. | .30 |
| 11/25/07 | JESOH | Research Illinois standards for creating agency relationship. | 1.35 |
| 11/26/07 | PJSCH | Review documents on summary judgment issues. | .20 |
| 11/26/07 | JESOH | Conference with Mr. Schmidt. Research and draft memorandum on IL agency elements and ratification. | 6.25 |
| 11/27/07 | JESOH | Review Congress and Roti discovery requests. Draft responses to Roti document requests. | 3.20 |

A late payment charge of 1 1/2% per month will be charged on the outstanding balance not paid within 30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS pc
FEDERAL I.D. #43-1064260

# Polsinelli

Shalton | Flanigan | Suelthaus ᵖᶜ

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.　　　　　　　　　　　DECEMBER 30, 2007　PAGE　4
FILE NUMBER: 053751-119264
INVOICE NO.: 448649

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/28/07 | PJSCH | Draft memorandum in support of motion for summary judgment. | 4.90 |
| 11/28/07 | JESOH | Conference with Mr. Schmidt. Research and draft memorandum on elements of fraud and justified reliance on representation. | 2.90 |
| 11/29/07 | PJSCH | Review and revise memorandum in support of motion for summary judgment against CSMG. | 3.90 |
| 11/30/07 | GJJOR | Research law related to issued in motion for summary judgment. Review and revise memorandum and review depositions. | 4.70 |
| 11/30/07 | PJSCH | Review and revise memorandum in support of motion for summary judgment; review deposition transcripts and notes; draft John Connolly affidavit. | 7.50 |
| 11/30/07 | JESOH | Conference with Mr. Schmidt. Research and draft memorandum on IL Credit Agreements Act. Research applicability of parol evidence rule on oral modifications to agreements. | 5.55 |

　　　　　　　　　　　　　　　TOTAL SERVICES:　　　　　24,346.50

### DESCRIPTION OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 11/08/07 | Airfare - - VENDOR: INNOVATIVE TRAVEL TRAVEL AGENT FEES - ROBERT KENNEY | 30.00 |
| 11/19/07 | Deposition - - VENDOR: POHLMAN REPORTING CO DEPOSITION JOHN CREEDON | 820.00 |
| 11/19/07 | Deposition - - VENDOR: POHLMAN REPORTING CO DEPOSITION 053751-119264 | 464.00 |
| 11/08/07 | Lodging - - VENDOR: ROBERT KENNEY DEPO OF GEORGE CALVERT - HOTEL | 277.76 |

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS ᵖᶜ
FEDERAL I.D. #43-1054260

# Polsinelli

Shalton | Flanigan | Suelthaus pc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.                                   DECEMBER 30, 2007    PAGE   5
FILE NUMBER: 053751-119264
INVOICE NO.: 448649

| | | |
|---|---|---|
| 11/10/07 | Travel - - VENDOR: ROBERT KENNEY DEPO OF GEORGE CALVERT - AIRPORT PARKING | 40.00 |
| 11/10/07 | Transportation - - VENDOR: ROBERT KENNEY DEPO OF GEORGE CALVERT - RENTAL CAR | 389.51 |

                    TOTAL DISBURSEMENTS:                2,021.27
                                          -----------

                    TOTAL CURRENT CHARGES:              $26,367.77

A late payment charge of 1½%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS pc
FEDERAL I.D. #43-1064260

# Polsinelli

Shalton | Flanigan | Suelthaus pc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

```
BANCO PANAMERICANO, INC.                    DECEMBER 30, 2007   PAGE    6
FILE NUMBER: 053751-119264
INVOICE NO.: 448649
```

THE FOLLOWING IS A STATEMENT OF THE OUTSTANDING BALANCE AS OF 12/30/07

| INVOICE DATE | INVOICE NUMBER | FEES & DISB | OTHER | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 09/11/07 | 433454 | $47177.89 | $.00 | $.00 | $47177.89 |
| 10/16/07 | 439972 | $24757.35 | $.00 | $.00 | $24757.35 |
| 11/29/07 | 444925 | $26234.98 | $.00 | $.00 | $26234.98 |

TOTAL BALANCE DUE FROM PREVIOUS INVOICES    $98170.22

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS pc
FEDERAL I.D. #43-1064260