# Polsinelli

Shalton | Flanigan | Suelthaus pc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.
LEON GREENBLATT
330 S. WELLS ST.
7TH FLOOR
CHICAGO, IL 60606

FILE NO: 053751-119264

INVOICE NO.: 451224

JANUARY 16, 2008

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

```
TOTAL CURRENT PROFESSIONAL SERVICES                         36,287.50
TOTAL CURRENT DISBURSEMENTS                                    738.29
                                                          -----------

TOTAL CURRENT CHARGES                                      $37,025.79

    PREVIOUS BALANCE AS OF JANUARY 16, 2008              $124,537.99
       SUMMARY PROVIDED ON FINAL PAGE
                                                          -----------

TOTAL BALANCE DUE                                         $161,563.78
```

```
**************************************************************
*                                                            *
*     PLEASE RETURN THIS REMITTANCE PAGE WITH YOUR PAYMENT   *
*                                                            *
**************************************************************
```
BA 1224

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS pc
FEDERAL I.D. #43-1064260

# Polsinelli

Shalton | Flanigan | Suelthaus℠

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com


BANCO PANAMERICANO, INC.  FILE NO: 053751-119264
LEON GREENBLATT
330 S. WELLS ST.
7TH FLOOR
CHICAGO, IL 60606  INVOICE NO.: 451224

JANUARY 16, 2008

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

   TOTAL CURRENT PROFESSIONAL SERVICES     36,287.50
   TOTAL CURRENT DISBURSEMENTS     738.29
            -----------

   TOTAL CURRENT CHARGES     $37,025.79

      PREVIOUS BALANCE AS OF JANUARY 16, 2008     $124,537.99
         SUMMARY PROVIDED ON FINAL PAGE

            -----------

   TOTAL BALANCE DUE     $161,563.78


```
****************************************************************
*                                                              *
*          PLEASE RETAIN THIS COPY FOR YOUR RECORDS            *
*                                                              *
****************************************************************
```
BA 1224

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
60 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus℘

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  JANUARY 16, 2008  PAGE  2
FILE NUMBER: 053751-119264
INVOICE NO.: 451224

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2007

REGARDING: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

BILLING ATTORNEY: GREGORY J. JORDAN

DESCRIPTION OF PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/27/07 | GJJOR | Work on deposition questions for CSMG case. | .90 |
| 12/01/07 | PJSCH | Review parol evidence research; exchange e-mails with Mr. Jordan; review and revise memorandum in support of motion for summary judgment. | 1.20 |
| 12/02/07 | PJSCH | Review and revise memorandum in support of motion for summary judgment; research condition precedent issue; review CSMG documents for summary judgment; draft affidavit of John Connolly. | 6.20 |
| 12/03/07 | GJJOR | Review and revise memorandum in support of motion for summary judgment and statement of facts. Confirm default interest breakdown and adjust late charges. | 4.55 |
| 12/03/07 | PJSCH | Review and revise memorandum in support of motion for summary judgment; revise Connolly affidavit; draft affidavit of Leon Greenblatt; draft statement of uncontested facts. | 8.80 |

A late payment charge of 1½%
per month will be charged on the
outstanding balance not paid within
10 days from the date of billing

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℘
FEDERAL I.D. #43-1064260

# Polsinelli
## Shalton | Flanigan | Suelthaus℠

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.          JANUARY 16, 2008     PAGE    3
FILE NUMBER: 053751-119264
INVOICE NO.: 451224

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/03/07 | JESOH | Research and draft memorandum on reliance on oral representations by unqualified parties. Conference with Mr. Schmidt. Draft motion to file memorandum in excess of 15 pages. | 5.40 |
| 12/04/07 | GJJOR | Review and revise motion for summary judgment. Review and revise affidavits. Discuss affidavits with Messrs. Johnny Johnson and John Connolly. Review brief and issues with Mr. Leon Greenblatt. Revise Mr. Greenblatt's deposition. Discussion with Ms. Elizabeth Sharp. | 6.90 |
| 12/04/07 | PJSCH | Review and revise memorandum in support of summary judgment; review and revise statement of facts; draft Johnson and Werner affidavits; telephone conversations with Connolly and Werner re affidavits; discussion with Mr. Jordan re memorandum; discussion with Ms. Soh re research issues; revise Greenblatt affidavit; prepare exhibits and notices; draft motion for extension of time; file motion, memorandum of law and exhibits. | 14.70 |
| 12/04/07 | RSKEN | Review and analyze draft of Motion for Summary Judgment. Review testimony of George Calvert for inclusion in Motion for Summary Judgment. | 2.50 |
| 12/04/07 | JESOH | Conference with Mr. Schmidt. Research whether parties to a contract have the power to waive provisions placed in the contract for their benefit and whether a party's non-compliance with a condition be used as justification for non-performance in a contract. Review draft of summary judgment motion. | 4.30 |
| 12/05/07 | PJSCH | Review summary judgment filings. | .20 |

A late payment charge of 1½%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  JANUARY 16, 2008  PAGE  4
FILE NUMBER: 053751-119264
INVOICE NO.: 451224

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/05/07 | JESOH | Conference with Mr. Schmidt. Review and confirm filing of Motion to File Brief in Excess, Summary Judgment Motion, Memorandum in Support, associated exhibits and Statement of Facts. | 2.60 |
| 12/07/07 | PJSCH | Review briefing deadlines and compile courtesy copy. | .10 |
| 12/10/07 | PJSCH | Draft motion for leave to file supplement to memorandum in support of summary judgment. | 1.20 |
| 12/11/07 | PJSCH | Files motion for leave to file supplement; review objection to motion for excess pages. | .60 |
| 12/12/07 | PJSCH | Prepare for and attend hearing on motion for leave to file brief in excess of 15 pages; telephone conversation with Mr. Philips re 12/13/07 hearing; telephone conversation with judge's chambers re same. | 1.90 |
| 12/12/07 | JESOH | Conference with Mr. Schmidt re court's order limiting brief. Edit and amend brief. | .95 |
| 12/13/07 | GJJOR | Revise memorandum in support of motion for summary judgment and statement of facts. | 2.80 |
| 12/13/07 | JESOH | Review docket for order re length of brief. Telephone conference with Judge Pallmeyer's chambers. Amend brief. | .35 |
| 12/14/07 | JESOH | Conference with Mr. Schmidt re document review assignment. | .45 |
| 12/17/07 | GJJOR | Review and revise memorandum in support of summary judgment and statement of facts. | 11.00 |
| 12/17/07 | PJSCH | Review and revise amended memorandum of law. | .30 |

A late payment charge of 1.5% per month will be charged on the outstanding balance not paid within 30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS
FEDERAL I.D. #43-1064260

# Polsinelli
### Shalton | Flanigan | Suelthaus℞

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.                JANUARY 16, 2008      PAGE    5
FILE NUMBER: 053751-119264
INVOICE NO.: 451224

| | | |
|---|---|---|
| 12/18/07 GJJOR | Review affidavits for summary judgment against CSMG. Revise statement of facts. Work to revise brief. | 2.70 |
| 12/18/07 PJSCH | Review and revise amended memorandum of law. | .20 |
| 12/20/07 GJJOR | Discussion with Mr. Peter Schmidt regarding memorandum in support of motion for summary judgment and review same. | .80 |
| 12/20/07 PJSCH | Review and revise amended memorandum of law and amended statement of facts for summary judgment filing. | 7.50 |
| 12/21/07 GJJOR | Revise Statement of Facts for CSMG Motion for Summary Judgment and revise memorandum in support. Finalize same | 8.50 |
| 12/21/07 PJSCH | Finalize and file amended memorandum, statement of facts, notice and exhibits; revise Leon Greenblatt affidavit. | 8.20 |

                        TOTAL SERVICES:              36,287.50


                   DESCRIPTION OF DISBURSEMENTS


| | | |
|---|---|---|
| 12/11/07 | Client Advance - - VENDOR: ESQUIRE DEPOSITION SERVICES DEPO SERVICES AND TRANSCRIPT GEORGE CALVERT 11/9/07 053751-119264 | 727.57 |
| 10/02/07 | On-Line Searches - PACER | 0.88 |
| 10/24/07 | On-Line Searches - PACER | 0.32 |
| 11/27/07 | On-Line Searches - PACER | 0.08 |
| 11/29/07 | On-Line Searches - PACER | 9.44 |

A late payment charge of 1.25% per month will be charged on the outstanding balance not paid within 30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℞
FEDERAL I.D. #43-1064260

# Polsinelli
## Shalton | Flanigan | Suelthaus rc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.　　　　　　　　　JANUARY 16, 2008　　PAGE　6
FILE NUMBER: 053751-119264
INVOICE NO.: 451224

　　　　　　　　　　TOTAL DISBURSEMENTS:　　　　　　　　738.29
　　　　　　　　　　　　　　　　　　　　　　　　　　　-----------

　　　　　　　　　　TOTAL CURRENT CHARGES:　　　　　　$37,025.79

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS pc
FEDERAL I.D. #43-1064260

# Polsinelli
## Shalton | Flanigan | Suelthaus<sub>PC</sub>

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  JANUARY 16, 2008    PAGE   7
FILE NUMBER: 053751-119264
INVOICE NO.: 451224

THE FOLLOWING IS A STATEMENT OF THE OUTSTANDING BALANCE AS OF 01/16/08

| INVOICE DATE | INVOICE NUMBER | FEES & DISB | OTHER | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 09/11/07 | 433454 | $47177.89 | $.00 | $.00 | $47177.89 |
| 10/16/07 | 439972 | $24757.35 | $.00 | $.00 | $24757.35 |
| 11/29/07 | 444925 | $26234.98 | $.00 | $.00 | $26234.98 |
| 12/30/07 | 448649 | $26367.77 | $.00 | $.00 | $26367.77 |

TOTAL BALANCE DUE FROM PREVIOUS INVOICES    $124537.99

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
FEDERAL I.D. #43-1064260