# Polsinelli

Shalton | Flanigan | Suelthaus℠

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  FILE NO: 053751-119264
LEON GREENBLATT
330 S. WELLS ST.
7TH FLOOR
CHICAGO, IL 60606  INVOICE NO.: 455756

FEBRUARY 20, 2008

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

| | |
|---|---:|
| TOTAL CURRENT PROFESSIONAL SERVICES | 1,772.00 |
| TOTAL CURRENT DISBURSEMENTS | 107.15 |
| TOTAL CURRENT CHARGES | $1,879.15 |
| PREVIOUS BALANCE AS OF FEBRUARY 20, 2008 SUMMARY PROVIDED ON FINAL PAGE | $161,563.78 |
| TOTAL BALANCE DUE | $163,442.93 |

```
****************************************************************
*                                                              *
*     PLEASE RETURN THIS REMITTANCE PAGE WITH YOUR PAYMENT     *
*                                                              *
****************************************************************
```
BA 1224

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠
FEDERAL I.D. #43-1064260

# Polsinelli

Shalton | Flanigan | Suelthaus PC

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com


BANCO PANAMERICANO, INC.
LEON GREENBLATT
330 S. WELLS ST.
7TH FLOOR
CHICAGO, IL 60606

FILE NO: 053751-119264

INVOICE NO.: 455756

FEBRUARY 20, 2008

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

| | |
|---|---:|
| TOTAL CURRENT PROFESSIONAL SERVICES | 1,772.00 |
| TOTAL CURRENT DISBURSEMENTS | 107.15 |
| TOTAL CURRENT CHARGES | $1,879.15 |
| PREVIOUS BALANCE AS OF FEBRUARY 20, 2008 SUMMARY PROVIDED ON FINAL PAGE | $161,563.78 |
| TOTAL BALANCE DUE | $163,442.93 |

```
************************************************************
*                                                          *
*       PLEASE RETAIN THIS COPY FOR YOUR RECORDS           *
*                                                          *
************************************************************
```
BA 1224

A late payment charge of 1½%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
FEDERAL I.D. #43-1064260

# Polsinelli

Shalton | Flanigan | Suelthaus pc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.                          FEBRUARY 20, 2008   PAGE   2
FILE NUMBER: 053751-119264
INVOICE NO.: 455756

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2008

REGARDING: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

BILLING ATTORNEY: GREGORY J. JORDAN

### DESCRIPTION OF PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/01/08 | PJSCH | E-mail to Mark Philips re briefing schedule. | .10 |
| 01/25/08 | PJSCH | Review CSMG response brief and statement of additional facts. | .60 |
| 01/27/08 | PJSCH | Review CSMG response in Objection to Motion for Summary Judgment. | 1.20 |
| 01/28/08 | PJSCH | Review response memo and statement of additional facts; review deposition transcripts. | 2.30 |
| 01/28/08 | JESOH | Conference with Mr. Schmidt re research on fraud claim. Review motion for summary judgment and CSMG response. | 1.10 |
| 01/30/08 | PJSCH | Review CSMG summary judgment filings. | .30 |
| | | TOTAL SERVICES: | 1,772.00 |

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
FEDERAL I.D. #43-1064260

# Polsinelli

Shalton | Flanigan | Suelthaus pc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.                           FEBRUARY 20, 2008    PAGE    3
FILE NUMBER: 053751-119264
INVOICE NO.: 455756

DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 12/31/07 | Copies - - VENDOR: PITNEY BOWES INC . COPYING CHARGES | 97.15 |
| 12/12/07 | Travel - - VENDOR: PETER SCHMIDT CAB T/F COURT | 10.00 |
| | TOTAL DISBURSEMENTS: | 107.15 |
| | TOTAL CURRENT CHARGES: | $1,879.15 |

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS pc
FEDERAL I.D. #43-1064260

# Polsinelli

Shalton | Flanigan | Suelthaus pc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.                FEBRUARY 20, 2008   PAGE    4
FILE NUMBER: 053751-119264
INVOICE NO.: 455756

THE FOLLOWING IS A STATEMENT OF THE OUTSTANDING BALANCE AS OF 02/20/08

| INVOICE DATE | INVOICE NUMBER | FEES & DISB | OTHER | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 09/11/07 | 433454 | $47177.89 | $.00 | $.00 | $47177.89 |
| 10/16/07 | 439972 | $24757.35 | $.00 | $.00 | $24757.35 |
| 11/29/07 | 444925 | $26234.98 | $.00 | $.00 | $26234.98 |
| 12/30/07 | 448649 | $26367.77 | $.00 | $.00 | $26367.77 |
| 01/16/08 | 451224 | $37025.79 | $.00 | $.00 | $37025.79 |

TOTAL BALANCE DUE FROM PREVIOUS INVOICES    $161563.78

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS pc
FEDERAL I.D. #43-1064260