# Polsinelli

### Shalton | Flanigan | Suelthaus℠

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.
LEON GREENBLATT
330 S. WELLS ST.
7TH FLOOR
CHICAGO, IL 60606

FILE NO: 053751-119264

INVOICE NO.: 460900

MARCH 27, 2008

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

| | |
|---|---|
| TOTAL CURRENT PROFESSIONAL SERVICES | 15,794.50 |
| TOTAL CURRENT DISBURSEMENTS | 60.41 |
| | ----------- |
| TOTAL CURRENT CHARGES | $15,854.91 |
| PREVIOUS BALANCE AS OF MARCH 27, 2008 SUMMARY PROVIDED ON FINAL PAGE | $163,442.93 |
| | ----------- |
| TOTAL BALANCE DUE | $179,297.84 |

```
****************************************************************
*                                                              *
*      PLEASE RETURN THIS REMITTANCE PAGE WITH YOUR PAYMENT     *
*                                                              *
****************************************************************
```
BA 1224

A late payment charge of 1 1/2% per month will be charged on the outstanding balance not paid within 30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠
FEDERAL I.D. #43-1064260

# Polsinelli

### Shalton | Flanigan | Suelthaus.

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.                      FILE NO: 053751-119264
LEON GREENBLATT
330 S. WELLS ST.
7TH FLOOR
CHICAGO, IL 60606                             INVOICE NO.: 460900

                                              MARCH 27, 2008

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

| | |
|---|---:|
| TOTAL CURRENT PROFESSIONAL SERVICES | 15,794.50 |
| TOTAL CURRENT DISBURSEMENTS | 60.41 |
| | ----------- |
| TOTAL CURRENT CHARGES | $15,854.91 |
| PREVIOUS BALANCE AS OF MARCH 27, 2008<br>SUMMARY PROVIDED ON FINAL PAGE | $163,442.93 |
| | ----------- |
| TOTAL BALANCE DUE | $179,297.84 |

```
*****************************************************************
*                                                               *
*            PLEASE RETAIN THIS COPY FOR YOUR RECORDS           *
*                                                               *
*****************************************************************
```
BA 1224

A late payment charge of 1½% 
per month will be charged on the 
outstanding balance not paid within 
30 days from the date of billing

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS.
FEDERAL I.D. #43-1064260

# Polsinelli

### Shalton | Flanigan | Suelthaus℠

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 29, 2008

REGARDING: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

BILLING ATTORNEY: GREGORY J. JORDAN

## DESCRIPTION OF PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 02/01/08 | PJSCH | Review statement of additional facts; review transcripts; review response to Banco Statement of Facts; draft reply brief. | 1.90 |
| 02/01/08 | JESOH | Research whether fraud claim is barred under loan agreement when there is a anti-reliance clause. | 1.80 |
| 02/02/08 | JESOH | Draft memo re rejection of fraud claim under anti-reliance provision. | 1.95 |
| 02/03/08 | PJSCH | Review e-mail and research re anti-reliance clause. | .20 |
| 02/04/08 | PJSCH | Draft response to statement of additional facts; review deposition transcripts. | 5.00 |
| 02/06/08 | PJSCH | Revise response to statement of additional facts; draft reply brief; review deposition transcripts. | 5.70 |
| 02/07/08 | GJJOR | Review and revise CSMG brief. | 2.00 |

A late payment charge of 11.2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

# Polsinelli

Shalton | Flanigan | Suelthaus⋅

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.                    MARCH 27, 2008     PAGE    3
FILE NUMBER: 053751-119264
INVOICE NO.: 460900

| | | | |
|---|---|---|---|
| 02/07/08 | PJSCH | Research issues for reply brief and revise brief; review deposition transcripts; revise response to statement of additional facts; draft revised Greenblatt affidavit. | 7.90 |
| 02/07/08 | JESOH | Review file for complete CSMG note. Research cases cited in CSMG brief for summary judgment standards. Review case for underlying state court claims. Review security agreement for specific representations as to the landfill. Research reply requirements as to additional facts by respondant. | 6.90 |
| 02/07/08 | AJKIM | Review and analyze the case law in response to motion for summary judgment in regard to the question of agency. Draft summary on the same. | 3.00 |
| 02/08/08 | GJJOR | Drafting and revision of reply in support of motion for summary judgment including response to statement of additional facts. | 4.00 |
| 02/08/08 | PJSCH | Review and revise reply brief; review and revise response to statement of additional facts; prepare exhibits and file briefs. | 7.10 |
| 02/08/08 | JESOH | Research whether non-response to argument in summary judgment deems it admitted. Review reply. Draft notice of filing. | 1.90 |
| 02/08/08 | AJKIM | Research case law on whether in the context of summary judgment the respondent is required to address all of the movant's arguments. | 2.10 |
| 02/11/08 | PJSCH | Draft letter to Judge Pallmeyer re courtesy copies. | .10 |
| 02/21/08 | PJSCH | Review orders re ruling on motion for summary judgment. | .10 |
| 02/27/08 | PJSCH | Review CSMG motion to strike portions of reply. | .50 |

A late payment charge of 1½% per month will be charged on the outstanding balance not paid within 30 days from the date of billing.

# Polsinelli

Shalton | Flanigan | Suelthaus™

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.                    MARCH 27, 2008        PAGE    4
FILE NUMBER: 053751-119264
INVOICE NO.: 460900

                          TOTAL SERVICES:                  15,794.50


                    DESCRIPTION OF DISBURSEMENTS


08/29/07  Copies - - VENDOR: PITNEY BOWES INC . COPYING        49.00
          CHARGES, CSMG
01/02/08  On-Line Searches: PACER                              0.40
02/08/08  Meals - - VENDOR: PETER SCHMIDT  - 2/8/08           11.01
          DINNER

                    TOTAL DISBURSEMENTS:                  60.41
                                                   - - - - - - - - - - -


                    TOTAL CURRENT CHARGES:            $15,854.91


DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS™
FEDERAL I.D. #43-1064260

A late payment charge of 1½%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

# Polsinelli

Shalton | Flanigan | Suelthaus℠

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.
FILE NUMBER: 053751-119264
INVOICE NO.: 460900

MARCH 27, 2008     PAGE     5

THE FOLLOWING IS A STATEMENT OF THE OUTSTANDING BALANCE AS OF 03/27/08

| INVOICE DATE | INVOICE NUMBER | FEES & DISB | OTHER | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 09/11/07 | 433454 | $47177.89 | $.00 | $.00 | $47177.89 |
| 10/16/07 | 439972 | $24757.35 | $.00 | $.00 | $24757.35 |
| 11/29/07 | 444925 | $26234.98 | $.00 | $.00 | $26234.98 |
| 12/30/07 | 448649 | $26367.77 | $.00 | $.00 | $26367.77 |
| 01/16/08 | 451224 | $37025.79 | $.00 | $.00 | $37025.79 |
| 02/20/08 | 455756 | $1879.15 | $.00 | $.00 | $1879.15 |

TOTAL BALANCE DUE FROM PREVIOUS INVOICES     $163442.93

A late payment charge of 11/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠
FEDERAL I.D. #43-1064260