# Polsinelli
## Shalton | Flanigan | Suelthaus℘

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

```
BANCO PANAMERICANO, INC.                          FILE NO: 053751-119264
LEON GREENBLATT
330 S. WELLS ST.
7TH FLOOR
CHICAGO, IL 60606                                 INVOICE NO.: 465812

                                                  APRIL 30, 2008

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG


    TOTAL CURRENT PROFESSIONAL SERVICES                   22,169.00
    TOTAL CURRENT DISBURSEMENTS                            1,674.16
                                                        -----------

    TOTAL CURRENT CHARGES                                 $23,843.16

       PREVIOUS BALANCE AS OF APRIL 30, 2008             $179,297.84
         SUMMARY PROVIDED ON FINAL PAGE
                                                        -----------

    TOTAL BALANCE DUE                                    $203,141.00



************************************************************************
*                                                                      *
*         PLEASE RETURN THIS REMITTANCE PAGE WITH YOUR PAYMENT         *
*                                                                      *
************************************************************************
BA 1224
```

A late payment charge of 1½%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℘
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus<sub>rc</sub>

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

```
BANCO PANAMERICANO, INC.                         FILE NO: 053751-119264
LEON GREENBLATT
330 S. WELLS ST.
7TH FLOOR
CHICAGO, IL 60606                                INVOICE NO.: 465812

                                                 APRIL 30, 2008

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG


    TOTAL CURRENT PROFESSIONAL SERVICES                  22,169.00
    TOTAL CURRENT DISBURSEMENTS                           1,674.16
                                                       -----------

    TOTAL CURRENT CHARGES                               $23,843.16

       PREVIOUS BALANCE AS OF APRIL 30, 2008           $179,297.84
         SUMMARY PROVIDED ON FINAL PAGE
                                                       -----------

    TOTAL BALANCE DUE                                  $203,141.00




****************************************************************
*                                                              *
*           PLEASE RETAIN THIS COPY FOR YOUR RECORDS            *
*                                                              *
****************************************************************
BA 1224
```

A late payment charge of 1½%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS<sub>rc</sub>
FEDERAL I.D. #43-1064260

# Polsinelli
## Shalton | Flanigan | Suelthaus℠

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.　　　　　　　　　　APRIL 30, 2008　　　PAGE　2
FILE NUMBER: 053751-119264
INVOICE NO.: 465812

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2008

REGARDING: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

BILLING ATTORNEY: GREGORY J. JORDAN

DESCRIPTION OF PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/10/07 | PJSCH | Exchange e-mails with Mr. Phillips, Mr. Connolly and Mr. Jordan re document production and depositions. | .60 |
| 07/11/07 | PJSCH | Exchange e-mails with Mr. Phillips re documents. | .20 |
| 07/13/07 | PJSCH | Draft e-mail to Mr. Phillips re extension of discovery deadline. | .20 |
| 07/16/07 | PJSCH | Telephone conversation with Mr. Phillips re depositions; exchange e-mails with Mr. Connolly re same. | .50 |
| 07/18/07 | RSKEN | Reviewed and analyzed case law regarding propriety of a temporary restraining order in the context of a defendant's potential insolvency. | 3.20 |
| 07/18/07 | RSKEN | Drafted Memorandum of Law in Support of Motion For Temporary Restraining Order. | 3.40 |
| 07/18/07 | RSKEN | Continued drafting motion for temporary restraining order. | 2.90 |

A late payment charge of 1½%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠
FEDERAL I.D. #43-1064260

# Polsinelli
## Shalton | Flanigan | Suelthaus<sub>pc</sub>

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.　　　　　　　　APRIL 30, 2008　　　PAGE　3
FILE NUMBER: 053751-119264
INVOICE NO.: 465812

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/18/07 | RSKEN | Drafted Declaration of Leon Greenblatt in support of Motion for Temporary Restraining Order and Memorandum of Law in Support of Motion for Temporary Restraining Order. | 1.30 |
| 07/19/07 | RSKEN | Continued drafting motion for temporary restraining order. | 2.20 |
| 07/19/07 | RSKEN | Drafted and finalized Memorandum of Law in Support of Motion for Temporary Restraining Order. | 2.40 |
| 07/19/07 | RSKEN | Continued drafting and finalized motion for temporary restraining order. | 2.20 |
| 07/20/07 | RSKEN | Finalized Motion for Temporary Restraining Order. | 2.30 |
| 07/20/07 | RSKEN | Finalized Memorandum of Law in Support of Motion for Temporary Restraining Order. | 2.40 |
| 07/25/07 | PJSCH | Review documents for production to CSMG. | .30 |
| 07/26/07 | PJSCH | Exchange e-mails with Mr. Phillips re document production to CSMG; telephone conversation with Mr. Phillips; review motion for extension of discovery deadline; review documents for production to CSMG. | 1.90 |
| 07/27/07 | PJSCH | Telephone conversation with Mr. Phillips re discovery; review and revise responses to document requests; review documents for production to CSMG. | 2.20 |
| 07/30/07 | PJSCH | Review documents for production to CSMG; telephone conversation with Mr. Connolly re same; discussion with Mr. Jordan re responses to document requests. | 4.50 |

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS<sub>PC</sub>
FEDERAL I.D. #43-1064260

# Polsinelli
## Shalton | Flanigan | Suelthaus℠

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.　　　　　　　　APRIL 30, 2008　　　PAGE　4
FILE NUMBER: 053751-119264
INVOICE NO.: 465812

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/30/07 | KJDOW | Access Texas Secretary of State and Alabama Secretary of State online and search for UCC-1s for Consortium Service Management Group, Inc. Print copy of UCC-1s from both states. Discuss with R. Kenney. | .70 |
| 07/31/07 | GJJOR | Prepare for and attend hearing on sanctions and second hearing on sanctions and meeting with Mr. John Connolly to prepare for deposition. Review CSMG Rule 30(b)(6) notice. | 6.00 |
| 07/31/07 | PJSCH | Review documents for production to CSMG. | 1.40 |
| 07/31/07 | KJDOW | Prepare UCC-3 financial statement and addendum for CSMG Technologies, Inc. Scan and prepare email to attorney for review and approval for filing. Prepare e-correspondence to Capitol Services for filing UCC-3 and addendum with Texas Secretary of State. | 1.20 |
| 08/01/07 | PJSCH | Revise response to document requests; review documents for production to CSMG. | 4.20 |
| 08/02/07 | PJSCH | Review documents for production to CSMG. | .80 |
| 08/03/07 | KJDOW | Access Alabama Secretary of State UCC online, complete and print UCC-11, Request for Information for two UCC-1s with fee for CSMG Technologies, Inc. filing of amendment. Request check for copy costs. | .60 |
| 08/06/07 | PJSCH | Telephone conversation with judge's clerk re TRO hearing. | .20 |
| 08/09/07 | PJSCH | Review and revise discovery requests to CSMG; discussion with Mr. Kelley re TRO. | 1.50 |
| 08/10/07 | PJSCH | Review and revise TRO discovery; discussion with Mr. Kelley re same. | 1.80 |

A late payment charge of 1 1/2% per month will be charged on the outstanding balance not paid within 30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus℠

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.                APRIL 30, 2008          PAGE    5
FILE NUMBER: 053751-119264
INVOICE NO.: 465812

| | | | |
|---|---|---|---|
| 08/13/07 | PJSCH | Review documents and transcripts for CSMG litigation. | .70 |
| 08/14/07 | PJSCH | Review CSMG depositions and 2005 document production. | 1.00 |
| 08/15/07 | PJSCH | Review documents for production to CSMG. | 1.10 |
| 08/16/07 | PJSCH | Review documents for production to CSMG. | 1.20 |
| 08/17/07 | PJSCH | Telephone conversation with Mr. Loria re expert testimony. | .80 |
| 08/21/07 | PJSCH | Review CSMG discovery responses; draft e-mail to Mr. Driscoll re same. | 1.50 |
| 08/22/07 | PJSCH | Review documents from CSMG; draft e-mail to Mr. Kenney; review response to CSMG discovery. | 3.70 |
| 08/27/07 | KJDOW | Prepare two Alabama UCC-3 Amendments and Addendums for filing re name change and restated collateral. Complete credit card payment slip and prepare correspondence to AL Secretary of State enclosing financing statements for filing. | 1.20 |
| 08/28/07 | JESOH | Attend and assist at Mr. Robbins' deposition (CSMG). | 3.85 |
| 12/11/07 | JESOH | Telephone conferences with Judge Pallmeyer's chambers re appearance on Motion for Leave. | .25 |
| 02/20/08 | JESOH | Review docket for hearing date on summary judgment motion. Update Mr. Schmidt re same. | .30 |
| 03/05/08 | PJSCH | Prepare for and attend court on motion to strike. | 3.00 |
| 03/05/08 | JESOH | Conference with Mr. Schmidt re response to Motion to Strike. | .30 |

A late payment charge of 1½%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℠
FEDERAL I.D. #43-1064260

# Polsinelli
### Shalton | Flanigan | Suelthaus PC

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.　　　　　　　　　　APRIL 30, 2008　　　PAGE　6
FILE NUMBER: 053751-119264
INVOICE NO.: 465812

| | | | |
|---|---|---|---|
| 03/06/08 | JESOH | Conference with Mr. Schmidt re strategy in reply. | .35 |
| 03/07/08 | PJSCH | Draft response to motion to strike reply documents. | 2.00 |
| 03/10/08 | PJSCH | Review and revise response to Motion to Strike; review CSMG case law. | 4.20 |
| 03/16/08 | GJJOR | Review brief and revise same. | .70 |
| 03/17/08 | GJJOR | Discussion with Mr. Leon Greenblatt regarding reply to CSMG objection and revise same. | .40 |
| 03/17/08 | PJSCH | Revise response to motion to strike. | .60 |
| 03/19/08 | GJJOR | Review and make final revisions to brief in reply to CSMG's objections to Summary Judgment. | .80 |
| 03/19/08 | PJSCH | Revise and finalize response to CSMG motion to strike. | 1.40 |
| 03/26/08 | PJSCH | Review CSMG reply in support of motion to strike exhibits. | .50 |

　　　　　　　　　　　　TOTAL SERVICES:　　　　　　　22,169.00

DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/30/07 | Client Advance - - VENDOR: U S BANK - K. DOW - 7/30/07 TX SECRETARY OF STATE - RE: ONLINE SEARCH FOR CSMG TECHNOLOGIES, INC | 3.08 |
| 08/03/07 | Client Advance - - VENDOR: SECRETARY OF STATE - ALABAMA UCC-II SEARCH AND COPIES | 5.00 |
| 08/03/07 | Client Advance - - VENDOR: CAPITOL SERVICES INC UCC AMENDMENT-TX SERVICE & FILING FEES | 55.00 |

A late payment charge of 1½%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
FEDERAL I.D. #43-1064260

# Polsinelli
### Shalton | Flanigan | Suelthaus pc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.                          APRIL 30, 2008         PAGE    7
FILE NUMBER:  053751-119264
INVOICE NO.:  465812

| Date | Description | Amount |
|---|---|---|
| 09/17/07 | Deposition - - VENDOR: STEFANI REPORTING SERVICE - COURT REPORTER FOR DEPOSITION OF DONALD ROBBINS | 1339.50 |
| 08/30/07 | Filing Fees - - VENDOR: U S BANK KATHY DOW - AL SEC STATE - UCC FILING (3) | 43.26 |
| 08/21/07 | PACER | 3.36 |
| 08/29/07 | PACER | 0.72 |
| 09/03/07 | On-Line Searches - Pacer | 44.64 |
| 09/30/07 | On-Line Searches - Pacer - month of September | 48.80 |
| 10/22/07 | On-Line Searches - PACER | 0.56 |
| 11/07/07 | On-Line Searches - PACER | 0.24 |
| 11/15/07 | On-Line Searches - PACER | 20.00 |
| 01/31/08 | On-Line Searches: PACER | 10.96 |
| 02/07/08 | On-Line Searches - PACER | 1.92 |
| 02/20/08 | On-Line Searches - PACER | 1.52 |
| 12/28/07 | 10/17/07 CABFARE - CAB TO/FROM DEPOSITION. CHECK #390952 | 12.00 |
| 08/03/07 | Transcript of Proceedings - - VENDOR: CLERK, US DISTRICT COURT - TRANSCRIPT IN 07 C 15 | 61.60 |
| 08/27/07 | Travel - - VENDOR: GREG JORDAN CAB TO L GREENBLATT'S OFFICE | 6.00 |
| 11/30/07 | Travel - - VENDOR: GREG JORDAN CAB T/F RTC OFFICE | 11.00 |
| 03/05/08 | Travel - - VENDOR: PETER SCHMIDT CAB FARE TO BANKRUPTCY COURT | 5.00 |

                              TOTAL DISBURSEMENTS:            1,674.16
                                                             ----------

                              TOTAL CURRENT CHARGES:         $23,843.16

A late payment charge of 1 1/2% per month will be charged on the outstanding balance not paid within 30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS pc
FEDERAL I.D. #43-1064260

# Polsinelli
## Shalton | Flanigan | Suelthaus PC

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

```
BANCO PANAMERICANO, INC.                APRIL 30, 2008     PAGE    8
FILE NUMBER: 053751-119264
INVOICE NO.: 465812
```

THE FOLLOWING IS A STATEMENT OF THE OUTSTANDING BALANCE AS OF 04/30/08

| INVOICE DATE | INVOICE NUMBER | FEES & DISB | OTHER | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 09/11/07 | 433454 | $47177.89 | $.00 | $.00 | $47177.89 |
| 10/16/07 | 439972 | $24757.35 | $.00 | $.00 | $24757.35 |
| 11/29/07 | 444925 | $26234.98 | $.00 | $.00 | $26234.98 |
| 12/30/07 | 448649 | $26367.77 | $.00 | $.00 | $26367.77 |
| 01/16/08 | 451224 | $37025.79 | $.00 | $.00 | $37025.79 |
| 02/20/08 | 455756 | $1879.15 | $.00 | $.00 | $1879.15 |
| 03/27/08 | 460900 | $15854.91 | $.00 | $.00 | $15854.91 |

TOTAL BALANCE DUE FROM PREVIOUS INVOICES     $179297.84

A late payment charge of 1 1/2% per month will be charged on the outstanding balance not paid within 30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
FEDERAL I.D. #43-1064260