# Polsinelli
## Shalton | Flanigan | Suelthaus PC

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.  
LEON GREENBLATT  
330 S. WELLS ST.  
7TH FLOOR  
CHICAGO, IL 60606

FILE NO: 053751-119264

INVOICE NO.: 471916

JUNE 19, 2008

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

| | |
|---|---:|
| TOTAL CURRENT PROFESSIONAL SERVICES | 0.00 |
| TOTAL CURRENT DISBURSEMENTS | 35.04 |
| TOTAL CURRENT CHARGES | $35.04 |
| PREVIOUS BALANCE AS OF JUNE 19, 2008 SUMMARY PROVIDED ON FINAL PAGE | $203,141.00 |
| TOTAL BALANCE DUE | $203,176.04 |

```
****************************************************************
*                                                              *
*     PLEASE RETURN THIS REMITTANCE PAGE WITH YOUR PAYMENT     *
*                                                              *
****************************************************************
```
BA 1224

A late payment charge of 1 1/2%  
per month will be charged on the  
outstanding balance not paid within  
90 days from the date of billing.

DUE UPON RECEIPT  
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC  
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus℀

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.
LEON GREENBLATT
330 S. WELLS ST.
7TH FLOOR
CHICAGO, IL 60606

FILE NO: 053751-119264

INVOICE NO.: 471916

JUNE 19, 2008

RE: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

| | |
|---|---:|
| TOTAL CURRENT PROFESSIONAL SERVICES | 0.00 |
| TOTAL CURRENT DISBURSEMENTS | 35.04 |
| TOTAL CURRENT CHARGES | $35.04 |
| PREVIOUS BALANCE AS OF JUNE 19, 2008 SUMMARY PROVIDED ON FINAL PAGE | $203,141.00 |
| TOTAL BALANCE DUE | $203,176.04 |

*************************************************************
*                                                           *
*       PLEASE RETAIN THIS COPY FOR YOUR RECORDS            *
*                                                           *
*************************************************************
BA 1224

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS℀
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus rc

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

BANCO PANAMERICANO, INC.                    JUNE 19, 2008       PAGE   2
FILE NUMBER: 053751-119264
INVOICE NO.: 471916


FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2008

REGARDING: REPRESENTATION OF BANCO PANAMERICANO, INC. V. CSMG

BILLING ATTORNEY: GREGORY J. JORDAN


DESCRIPTION OF DISBURSEMENTS


03/31/08 On-Line Searches - Pacer                         0.32
04/08/08 On-Line Searches - PACER - NET                   0.16
04/08/08 On-Line Searches - PACER - NET                  34.56

            TOTAL DISBURSEMENTS:                                 35.04
                                                            ----------

            TOTAL CURRENT CHARGES:                              $35.04

A late payment charge of 1½%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS rc
FEDERAL I.D. #43-1064260

# Polsinelli
Shalton | Flanigan | Suelthaus PC

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.polsinelli.com

```
BANCO PANAMERICANO, INC.                      JUNE 19, 2008      PAGE    3
FILE NUMBER: 053751-119264
INVOICE NO.: 471916
```

THE FOLLOWING IS A STATEMENT OF THE OUTSTANDING BALANCE AS OF 06/19/08

| INVOICE DATE | INVOICE NUMBER | FEES & DISB | OTHER | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 09/11/07 | 433454 | $47177.89 | $.00 | $.00 | $47177.89 |
| 10/16/07 | 439972 | $24757.35 | $.00 | $.00 | $24757.35 |
| 11/29/07 | 444925 | $26234.98 | $.00 | $.00 | $26234.98 |
| 12/30/07 | 448649 | $26367.77 | $.00 | $.00 | $26367.77 |
| 01/16/08 | 451224 | $37025.79 | $.00 | $.00 | $37025.79 |
| 02/20/08 | 455756 | $1879.15 | $.00 | $.00 | $1879.15 |
| 03/27/08 | 460900 | $15854.91 | $.00 | $.00 | $15854.91 |
| 04/30/08 | 465812 | $23843.16 | $.00 | $.00 | $23843.16 |

TOTAL BALANCE DUE FROM PREVIOUS INVOICES    $203141.00

A late payment charge of 1 1/2%
per month will be charged on the
outstanding balance not paid within
30 days from the date of billing.

DUE UPON RECEIPT
MAKE CHECKS PAYABLE TO: POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
FEDERAL I.D. #43-1064260