| Type | Invoice | Date | Fees | Cost | Other | Total |
|---|---|---|---|---|---|---|
| BILL | 433454 | 09/11/2007 | 46,650.00 | 527.89 | 0.00 | 47,177.89 |
| BILL | 439972 | 10/16/2007 | 23,202.00 | 1,555.35 | 0.00 | 24,757.35 |
| BILL | 444925 | 11/29/2007 | 24,178.50 | 2,056.48 | 0.00 | 26,234.98 |
| BILL | 448649 | 12/30/2007 | 24,346.50 | 2,021.27 | 0.00 | 26,367.77 |
| BILL | 451224 | 01/16/2008 | 36,287.50 | 738.29 | 0.00 | 37,025.79 |
| BILL | 455756 | 02/20/2008 | 1,772.00 | 107.15 | 0.00 | 1,879.15 |
| BILL | 460900 | 03/27/2008 | 15,794.50 | 60.41 | 0.00 | 15,854.91 |
| BILL | 465812 | 04/30/2008 | 22,169.00 | 1,674.16 | 0.00 | 23,843.16 |
| BILL | 471916 | 06/19/2008 | 0.00 | 35.04 | 0.00 | 35.04 |
| GRAND TOTAL | | | 194,400.00 | 8,776.04 | 0.00 | 203,176.04 |

| Type | Invoice | Document | Credit Description | Credit Note | Date | Fees | Costs/Other | Unalloc. Credits | Total |
|---|---|---|---|---|---|---|---|---|---|
| BILL | 433454 | | | | 09/11/2007 | 46,650.00 | 527.89 | 0.00 | 47,177.89 |
| BILL | 439972 | | | | 10/16/2007 | 23,202.00 | 1,555.35 | 0.00 | 24,757.35 |
| BILL | 444925 | | | | 11/29/2007 | 24,178.50 | 2,056.48 | 0.00 | 26,234.98 |
| BILL | 448649 | | | | 12/30/2007 | 24,346.50 | 2,021.27 | 0.00 | 26,367.77 |
| BILL | 451224 | | | | 01/16/2008 | 36,287.50 | 738.29 | 0.00 | 37,025.79 |
| BILL | 455756 | | | | 02/20/2008 | 1,772.00 | 107.15 | 0.00 | 1,879.15 |
| BILL | 460900 | | | | 03/27/2008 | 15,794.50 | 60.41 | 0.00 | 15,854.91 |
| BILL | 465812 | | | | 04/30/2008 | 22,169.00 | 1,674.16 | 0.00 | 23,843.16 |
| BILL | 471916 | | | | 06/19/2008 | 0.00 | 35.04 | 0.00 | 35.04 |
| GRAND TOT | | | | | | 194,400.00 | 8,776.04 | 0.00 | 203,176.04 |

| Period | Description | Worked | Bill | Write Up/Down | Percent | Cumulative | Cumulative Percent |
|---|---|---|---|---|---|---|---|
| 0907 | HOURS | 165.80 | 165.80 | .00 | --- | .00 | --- |
|  | AMOUNT | 46650.00 | 46650.00 | .00 | --- | .00 | --- |
| 1007 | HOURS | 74.65 | 74.65 | .00 | --- | .00 | --- |
|  | AMOUNT | 23202.00 | 23202.00 | .00 | --- | .00 | --- |
| 1107 | HOURS | 89.75 | 89.75 | .00 | --- | .00 | --- |
|  | AMOUNT | 24178.50 | 24178.50 | .00 | --- | .00 | --- |
| 1207 | HOURS | 82.25 | 82.25 | .00 | --- | .00 | --- |
|  | AMOUNT | 24346.50 | 24346.50 | .00 | --- | .00 | --- |
| 0108 | HOURS | 105.80 | 105.80 | .00 | --- | .00 | --- |
|  | AMOUNT | 36287.50 | 36287.50 | .00 | --- | .00 | --- |
| 0208 | HOURS | 5.60 | 5.60 | .00 | --- | .00 | --- |
|  | AMOUNT | 1772.00 | 1772.00 | .00 | --- | .00 | --- |
| 0308 | HOURS | 52.15 | 52.15 | .00 | --- | .00 | --- |
|  | AMOUNT | 15794.50 | 15794.50 | .00 | --- | .00 | --- |
| 0408 | HOURS | 80.95 | 80.95 | .00 | --- | .00 | --- |
|  | AMOUNT | 22169.00 | 22169.00 | .00 | --- | .00 | --- |
| TOTAL | HOURS | 656.95 | 656.95 | .00 |  |  |  |
|  | AMOUNT | 194400.00 | 194400.00 | .00 |  |  |  |

- Summary
- List
- Client/Client Address
- General/Address
- Billing
- Matter Balances
- Budget
- Statistics

Matter Number: 053751-119264
Matter Name: 119264053751
Client Number: 053751
Client Name: BANCO PANAMERICANO, INC.

12/1/2008 1:49:14 PM

☐ List Related Matters

Select Detail

[Dropdown] Go

|  | Accounts Receivable | Unbilled Fees/Costs |
|---|---|---|
| 0-30 | 0.00 | 0.00 |
| 31-60 | 0.00 | 0.00 |
| 61-90 | 0.00 | 0.00 |
| 91+ | 203,176.04 | 0.00 |
| Total: | 203,176.04 | 0.00 |

|  | Billed To Date | Unbilled |
|---|---|---|
| Fees: | 194,400.00 | 0.00 |
| Costs: | 8,776.04 | 0.00 |
| Other: | 0.00 |  |

| Last | Date | Amount |
|---|---|---|
| Bill: | 06/19/2008 | 35.04 |
| Payment: |  | 0.00 |
| Time Entry: | 03/26/2008 |  |

Refresh

OP - Open

Date Opened: 07/30/2007
Date Closed:

Unallocated Payments: 0.00
Interim Bills: 0.00
Non Billable: 0.00
Net Unbilled Fees: 0.00
Total Investment: 203,176.04