# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Invoice Number: **304258**

Invoice Date: **09/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### SERVICES RENDERED THROUGH AUGUST 31, 2008

| | |
|---|---:|
| Current Fees | 25,707.00 |
| Current Expenses | 202.16 |
| ***CURRENT FEES AND EXPENSES*** | ***$25,909.16*** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **304258**

Invoice Date: **09/01/2008**

Matter Number: **0007125.0001**
 08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

## FEES THROUGH AUGUST 31, 2008

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 06/17/08 | CXC | Review and update Control List with Opened matter for Attorney L. Bernstein; Filed case and corresponding documents for Attorney Bernstein's review. | 0.20 |
| 07/15/08 | LDB | Review all briefs in connection with Banco's Motion for Summary Judgment. | 2.00 |
| 07/17/08 | JDS | Review summary judgment motion, response, and reply; Conference with L. Bernstein. | 1.80 |
| 07/30/08 | JDS | Review motion for summary judgment; Research regarding amended motion. | 2.00 |
| 08/01/08 | JDS | Research regarding motion for summary judgment; Review factual submissions. | 5.00 |
| 08/04/08 | JDS | Legal research regarding Illinois Credit Agreements Act; Review affidavits and Rule 56 statements. | 3.50 |
| 08/04/08 | CXC | Conduct PACER research for Attorney L. Bernstein and provide file for his review. | 0.40 |
| 08/11/08 | JDS | Research regarding motion for summary judgment - statute of frauds, affirmative defenses, etc. | 2.20 |
| 08/15/08 | JTZ | Review briefs to analyze. Preparation of amended motion for summary judgment. | 0.50 |
| 08/15/08 | JDS | Research regarding facts underlying summary judgment motion; Drafting of motion; Review pleadings. | 4.00 |
| 08/17/08 | JTZ | Review predecessor counsel's initial Memo in Support of MSJ. | 1.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501




Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **304258**

Invoice Date: **09/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/18/08 | JTZ | Review Defendant's Opposition to Banco's initial MSJ, Banco's Reply thereto, Summary of Amounts at Stake, Banco's Motion for Leave to File Signed Affidavit As Supplement to MSJ, Banco's Amended SOFs, CSMG's Statement of Additional Facts, CSMG's Responses to Banco's Amended SOFs, CSMG's Motion to Strike Banco's MSJ Exhibits, Banco's Response to CSMG's Motion to Strike Banco's MSJ exhibits; research Pacer and pull Banco's Responses to CSMG's Statement of Additional Facts. | 5.70 |
| 08/19/08 | JTZ | Review case law regarding inadmissibility of parol evidence and the Illinois Credit Agreement Act relating to writing requirements under the statute of frauds; meet and confer with Lou Bernstein regarding Amended Motion for Summary Judgment; review Banco's Response to Defendants' Statement of Additional Facts and CSMG's Responses to Banco's Amended Rule 51.6 SOFs. | 3.50 |
| 08/20/08 | JTZ | Review Promissory Note, review all check and wire transfer documents, review spreadsheet of calculations and cross-reference with check and wire transfer documents. | 5.50 |
| 08/20/08 | CXC | Review file; Conferences with Attorneys J. Sherman, J. Zeas and docket clerk regarding pleadings; Conduct PACER research and provide various pleadings and exhibits to Attorney J. Zeas in preparation for pending Amended Motion for Summary Judgment. | 1.30 |
| 08/21/08 | LDB | Determine contents of amended motion for summary judgment. | 0.50 |
| 08/21/08 | JTZ | Research case law, state statutes, summary judgment forms and complaint forms related to promissory notes. | 5.30 |
| 08/22/08 | JTZ | Research promissory note law. Obtain Answer and Counterclaims; review Security Agreement; pull CSMG SEC Form-10QSB off of Edgar; review case law and UCC statute on the relevant issues. | 7.50 |
| 08/22/08 | JDS | Determine contents of amended summary judgment motion. | 0.50 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Invoice Number: **304258**

Invoice Date: **09/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium Service Management Group, Inc. - Case No: 07-CV-00015

Billing Attorney: **Louis D. Bernstein**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/23/08 | JTZ | Draft Notice of Motion to Withdraw Banco's Motion for Summary Judgment; Notice of Motion for Banco's Amended Motion for Summary Judgment; Banco's Amended Motion for Summary Judgment; Banco's Memo of Law in Support of its Amended Motion for Summary Judgment. | 4.00 |
| 08/24/08 | JTZ | Draft Notice of Motion to Withdraw Banco's Motion for Summary Judgment; Notice of Motion for Banco's Amended Motion for Summary Judgment; Banco's Amended Motion for Summary Judgment; Banco's Memo of Law in Support of its Amended Motion for Summary Judgment; forward documents to Jon Sherman. | 4.00 |
| 08/25/08 | LDB | Preparation of Motion to Withdraw Summary Judgment motions; preparation of Amended Summary Judgment motion. | 1.00 |
| 08/25/08 | JTZ | Review Illinois cases and treatise Credit Act. | 0.60 |
| 08/25/08 | JTZ | Provide secretary with information for filing federal court appearance in matter. | 0.20 |
| 08/25/08 | JDS | Review draft motion for summary judgment; Draft motion for leave to withdraw prior motion for summary judgment and for leave to file new motion. | 2.20 |
| 08/25/08 | CXC | Communications with Attorneys L. Bernstein, J. Sherman and J. Zeas re: status of pending litigation 07 CV 0015, closed litigation 05 C 1429 with transfer to 05 A2685; Conduct PACER research and provide status reports with Court's docket reports attached for Attorneys' review. | 1.70 |
| 08/26/08 | LDB | Review of minute order and memorandum opinion and order granting summary judgment on complaint and dismissing counterclaim and affirmative defenses. Transmit the above to clients. Withdraw motion to withdraw. | 1.00 |
| 08/26/08 | JTZ | Provide analysis of commencement of the accrual of default interest under the Note and Loan Agreement. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Invoice Number: **304258**

Invoice Date: **09/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/26/08 | JDS | Review court's opinion and order granting motion for summary judgment; Telephone conference with the court's clerk regarding pending motion to withdraw; Letter to the court withdrawing motion to withdraw summary judgment motion. | 1.50 |
| 08/27/08 | LDB | Analyze Court's Order and determine future litigation strategy. Correspondence with client re: the above strategy. Determine strategy in proceeding to prove amount owed for interest. Review of prior counsel's billing statements to include in brief for fees and interest. Determine contents of brief on interest. | 1.70 |
| 08/27/08 | CXC | Review and analyze file and various e-mails from Attorney L. Bernstein re: Fee Petition; Print various invoices from Polsinelli law firm; Conference with Attorneys L. Bernstein and J. Sherman regarding month end; Coordinate production of ProForma with accounting personnel. | 1.60 |
| 08/29/08 | LDB | Correspondence with client re: prior TRO on CSMG's assets and potential motion for turnover and for rule to show cause. Review prior motion to restrain transfer of CSMG's assets. | 1.00 |
| 08/29/08 | JTZ | Review e-mail correspondence from client regarding CSMG assets; review case file for TRO related to those assets. | 2.20 |
| 08/29/08 | JDS | Review e-mails regarding turnover of stock, pending matters. | 0.30 |
|  |  | **Total Hours** | **75.70** |
| **Total** |  |  | **25,707.00** |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353



**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **304258**

Invoice Date: **09/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### TIMEKEEPER SUMMARY THROUGH AUGUST 31, 2008

| Timekeeper | Rate | Hours |
|---|---|---|
| Bernstein, Louis D. | $500.00 | 7.20 |
| Ceja, Christine M. | $190.00 | 5.20 |
| Sherman, Jonathan D. | $340.00 | 23.00 |
| Zeas, James T. | $330.00 | 40.30 |
| **Total Hours** | | **75.70** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501 

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Matter Number: **0007125.0001**
 08 - Banco Panamericano, Inc. v. Consortium Service Management Group, Inc. - Case No: 07-CV-00015

Invoice Number: **304258**

Invoice Date: **09/01/2008**

Billing Attorney: **Louis D. Bernstein**

### EXPENSE SUMMARY THROUGH AUGUST 31, 2008

| Description | Amount |
|---|---:|
| Computerized Legal Research | $144.66 |
| Photocopying | 39.50 |
| Fax | 18.00 |
| **Total** | **$202.16** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **304258**

Invoice Date: **09/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No: 07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### ACCOUNTS RECEIVABLE SUMMARY THROUGH AUGUST 31, 2008

*Please check box(es) to indicate payment.

| | Date | Invoice No. | Amount | Credits | Balance Due |
|---|---|---|---|---|---|
| ☐ | 09/01/08 | 304258 | $25,909.16 | $0.00 | $25,909.16 |



REMITTANCE COPY

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.