# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Invoice Number: **305237**

Invoice Date: **10/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### SERVICES RENDERED THROUGH SEPTEMBER 30, 2008

| | |
|---|---:|
| Current Fees | 31,483.00 |
| Current Expenses | 2,832.81 |
| ***CURRENT FEES AND EXPENSES*** | **$34,315.81** |
| | |
| Previous Balance Due | 25,909.16 |
| ***TOTAL AMOUNT DUE*** | **$60,224.97** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium Service Management Group, Inc. - Case No: 07-CV-00015

Invoice Number: **305237**

Invoice Date: **10/01/2008**

Billing Attorney: **Louis D. Bernstein**

## FEES THROUGH SEPTEMBER 30, 2008

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 09/02/08 | JTZ | Pull CSMG's most recent 10Q; analyze for alienated or pledged assets; review for additional CSMG assets including patents; review memorandum opinion order; review Arrow and Virenda cases found in order. | 3.80 |
| 09/03/08 | LDB | Review pending motion for injunctive relief and CSMG's 10Q. Analyze Judge Pallmeyer's order to determine strategy to obtain judgment on interest and fees. Meet with client to determine litigation strategy. Review CSMG invoices and correspondence. | 1.00 |
| 09/03/08 | JTZ | Prepare for meeting; meet and confer with Lou Bernstein and Jon Sherman; gather documents for Mr. Bernstein's meeting with client. | 0.70 |
| 09/03/08 | JDS | Preparation of brief on damages; Review Judge Pallmeyer's opinion and additional information from client; Legal research. | 1.80 |
| 09/03/08 | CXC | Review and analyze Invoice submissions from both Dykema and Polsinelli law firms; Draft excel spreadsheets with monthly allocations of Fees & Disbursements; Begin review and analysis of descriptions for services rendered by each firm in preparation of pleadings for Attorneys L. Bernstein, J. Sherman and J. Zeas; Conferences with Accounting personnel re: ProForma. | 1.30 |
| 09/04/08 | LDB | Review of CSMG invoices and letter from CSMG. Review Banco default letters. | 0.50 |
| 09/04/08 | JTZ | Pull notice of default letters; have copies made of original documents recently received from client; begin drafting brief related to damages; review copies of invoices forwarded by client. | 2.80 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Matter Number: 0007125.0001
  08 - Banco Panamericano, Inc. v. Consortium
  Service Management Group, Inc. - Case No:
  07-CV-00015

Invoice Number: **305237**

Invoice Date: **10/01/2008**

Billing Attorney: **Louis D. Bernstein**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/05/08 | LDB | Analyze admissibility of Banco default/settlement letters.  Analyze CSMG letter re: amounts paid and direction to pay vendors. | 0.20 |
| 09/05/08 | JTZ | Conduct legal research related to inadmissibility of offers to compromise; analyze Banco's two letters of default; receive e-mail regarding CSMG letter, analyze potential flaws of client's observations. | 2.20 |
| 09/09/08 | LDB | Determine contents of brief on interest and viability of filing motion to strike letters. | 0.20 |
| 09/09/08 | JTZ | Draft brief and spreadsheet of damages and attorneys fees. | 6.20 |
| 09/09/08 | CXC | Complete review and analysis of Dykema and Polsinelli law firm's expenses including our ProForma; Conferences with Attorney J. Zeas re: draft of Fee Petition; Provide pro forma and excel spreadsheets with loadstar & expenses to Attorney Zeas as exhibits to Motion. | 1.80 |
| 09/10/08 | JTZ | Draft Notice of Motion and Plaintiff's Motion to Approve Damages, Attorneys' Fees and Expenses; review documents forwarded by client; collate twenty nine exhibits to support Motion; draft spreadsheet. | 9.10 |
| 09/10/08 | JDS | Review and revise memorandum regarding damages; Review exhibits and interest calculations. | 2.50 |
| 09/10/08 | CXC | Assist with final draft of Motion, exhibits and e-filing including review of L:Drive. | 0.70 |
| 09/11/08 | LDB | Preparation of motion for approval of interest and attorney's fees.  Meet with client to revise above motion. | 2.00 |
| 09/11/08 | JTZ | Draft Banco's Motion for Approval of Damages, Attorneys' Fees and Expenses; recalculate default interest due to Banco's March 18, 2002 default letter and CSMG's March 19, 2002 acknowledgement letter; draft proposed order; draft certificate of service; include edits in spreadsheet; format spreadsheet; draft Affidavit of Leon Greenblatt. | 8.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Invoice Number: **305237**

Invoice Date: **10/01/2008**

Billing Attorney: **Louis D. Bernstein**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/11/08 | JDS | Edit brief regarding damages; Research regarding post-judgment interest. | 1.50 |
| 09/11/08 | CXC | Conference with Attorney J. Zeas re: draft Order and Final Motion for Approval of Fees and Expenses incurred by Much Shelist as Special Counsel to the Receiver; Assist with preparation of draft of exhibits. | 1.10 |
| 09/12/08 | LDB | Court appearance for status hearing. Correspondence with client re: results of court hearing. Correspondence with client re: prior settlement negotiations. Preparation of  G. Jordan's affidavit in support of fees. Review of Rule 83 concerning request for attorney's fees. | 2.00 |
| 09/12/08 | JTZ | Draft Messrs. Greenblatt and Connolly affidavits; research local rule 83.51.5 re: reasonableness of attorneys fees; correspond with Mr. Connolly; edit Greenblatt and Connolly affidavits. | 3.50 |
| 09/12/08 | JDS | Research regarding fee affidavits; Review Polsinelli and Dykema invoices; Draft affidavit of Gregory Jordan; Revise Greenblatt and Connolly affidavits; preparation of summary of invoices. | 5.00 |
| 09/12/08 | CXC | Assist with preparation of Fee Petition including Affidavits for Attorney L. Bernstein; Draft excel spreadsheets for Dykema and Polsinelli law firms Invoices including hourly rates; Draft Fee Petition Expenses; Draft expense and lodestar reports from Much Shelist Pro Forma; Convert data into Word for inclusion into Affidavit and Motion for Attorney J. Sherman. | 2.60 |
| 09/14/08 | JDS | Legal research regarding fee petition; Review local district court rules and opinions regarding joint statement requirement. | 1.50 |
| 09/15/08 | LDB | Review Rule 83 to determine contents of affidavit for attorney's fees and to determine procedure to address fees with opposing counsel. Preparation of L. Greenblatt and John Connolly affidavits in support of motion for interest. Conference with client re: above motion and affidavits. Preparation of motion to enlarge time for filing of motion for fees. | 1.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com  ■  www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **305237**

Invoice Date: **10/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/15/08 | JTZ | Make edits to Affidavits of Messrs. Greenblatt and Connolly; make edits to spreadsheet; review local rule 54.3 relating to fee petitions and conference with opposing party; review and edit notice of filing, notice of motion, Banco Panamericano, Inc.'s Memorandum in Support of its Claim for Additional Principal and Interest, Motion of Banco Panamericano, Inc. to Enlarge Time for Filing of Motion for Fees, supervise scanning of all 225 pages of exhibits; e-file and upload all filings; search Judge Pallmeyer's calendar for Motion dates; research attorney fee petitions before Judge Pallmeyer. | 10.70 |
| 09/15/08 | JDS | Revise affidavits and motion for damages; Legal research regarding motion for fees; Draft motion for enlargement of time to file motion for fees; E-filing of documents with the court. | 7.00 |
| 09/15/08 | CXC | Finalize drafts of Time and Expenses for law firms, Much Shelist, Dykema and Polsinelli as Exhibits to Motion including conversion of time and expense data into Affidavit of Gregory J. Jordan; Conferences with Attorneys J. Zeas and J. Sherman re: Notice of Filing, electronic signatures, firm block on pleadings and procedures of spindling Motion through Electronic Court Filing system. | 1.40 |
| 09/16/08 | LDB | Correspondence with opposing counsel re: preparation for status hearing. | 0.50 |
| 09/16/08 | JTZ | Review all Exhibits to Banco Panamericano, Inc.'s Memorandum in Support of its Claim for Additional Principal and Interest; draft Corrected Exhibit 5 of 5 Parts; file Corrected Exhibit 5 on NDIL CM/ECF; download Motion of Filing, Memo, Exhibits and Corrected Exhibit 5; deliver to officer services for copies and velobinding; deliver to Jon Sherman for review and courtesy-copy deliver to chambers. | 3.00 |
| 09/16/08 | JDS | Telephone conferences with Judge Pallmeyer's clerk and O. Collier regarding motion for fees; E-mail to Collier regarding motion; E-filing of signature pages to Connolly and Greenblatt affidavits; Review G. Jordan's revisions to his affidavit. | 1.50 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501





Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Invoice Number: **305237**

Invoice Date: **10/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/17/08 | JDS | Review minute order regarding motion for fees; E-mails with the court regarding e-filing of documents. | 0.30 |
| 09/18/08 | JTZ | Draft Notice of Filings; file executed Affidavits of Leon Greenblatt and John Connolly. | 0.50 |
| 09/18/08 | CXC | Conference with Attorney J. Zeas re: ECF filing and conversion of pdf Exhibit into K:Drive of actual signatures for various Affidavits. | 0.40 |
| 09/24/08 | LDB | Conference with client re: settlement demand. Follow-up on preparation of fee petition. | 0.30 |
| 09/24/08 | JTZ | Preparation of petition for attorneys fees. | 0.10 |
| 09/24/08 | JDS | Review G. Jordan fee affidavit; Review Torgerson v. Arrow Financial Services district court opinion regarding standards for award of attorney's fees; Memo regarding revisions to Jordan's affidavit; Draft settlement demand letter to O. Collier. | 1.40 |
| 09/25/08 | JTZ | Pull research re: petition for attorneys fees; review research. | 1.80 |
| 09/26/08 | JTZ | Review previous legal research and conduct additional legal research re: petition for attorneys fees and costs. | 2.80 |
| | | **Total Hours** | 94.70 |
| **Total** | | | 31,483.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Invoice Number: **305237**

Invoice Date: **10/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### TIMEKEEPER SUMMARY THROUGH SEPTEMBER 30, 2008

| Timekeeper | Rate | Hours |
|---|---|---|
| Bernstein, Louis D. | $500.00 | 7.70 |
| Ceja, Christine M. | $190.00 | 9.30 |
| Sherman, Jonathan D. | $340.00 | 22.50 |
| Zeas, James T. | $330.00 | 55.20 |
| **Total Hours** | | **94.70** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Invoice Number: **305237**

Invoice Date: **10/01/2008**

Billing Attorney: **Louis D. Bernstein**

### EXPENSE SUMMARY THROUGH SEPTEMBER 30, 2008

| Description | Amount |
|---|---:|
| Computerized Legal Research | $2,372.56 |
| Photocopying | 419.75 |
| Outside Photocopying | 40.50 |
| **Total** | **$2,832.81** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST  

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501 

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Invoice Number: **305237**

Invoice Date: **10/01/2008**

Matter Number: **0007125.0001**
 08 - Banco Panamericano, Inc. v. Consortium
 Service Management Group, Inc. - Case No:
 07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### ACCOUNTS RECEIVABLE SUMMARY THROUGH SEPTEMBER 30, 2008

*Please check box(es) to indicate payment.

| | Date | Invoice No. | Amount | Credits | Balance Due |
|---|---|---|---|---|---|
| ☐ | 10/01/08 | 305237 | $34,315.81 | $0.00 | $34,315.81 |
| ☐ | 09/01/08 | 304258 | 25,909.16 | 0.00 | 25,909.16 |
| | **Total** | | **$60,224.97** | **$0.00** | **$60,224.97** |

*REMITTANCE COPY*



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.