# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **306971**

Invoice Date: **11/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### SERVICES RENDERED THROUGH OCTOBER 31, 2008

| | |
|---|---:|
| Current Fees | 24,945.00 |
| Current Expenses | 1,502.33 |
| ***CURRENT FEES AND EXPENSES*** | **$26,447.33** |
| | |
| Previous Balance Due | 60,224.97 |
| ***TOTAL AMOUNT DUE*** | **$86,672.30** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **306971**

Invoice Date: **11/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

## FEES THROUGH OCTOBER 31, 2008

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 10/02/08 | LDB | Review CSMG v. Allison memorandum and order. Transmit the above to client. | 0.50 |
| 10/02/08 | JTZ | Review Memorandum and Order related to CSMG v. Allison. Preparation of Jordan affidavit. | 1.00 |
| 10/02/08 | CXC | Review and analyze pleadings, provide pdf of Memorandum and Order to Attorneys Sherman and Bernstein. | 0.40 |
| 10/06/08 | JDS | Determine settlement demand; Telephone conference with G. Jordan regarding fee affidavit. | 0.50 |
| 10/07/08 | JTZ | Review case law re: attorneys' fees and costs; conduct legal research related to same; review six cases, a treatise and two court filings before Judge Pallmeyer. | 2.20 |
| 10/07/08 | JDS | Review G. Jordan fee affidavit; Conference with G. Jordan regarding revisions. | 0.50 |
| 10/13/08 | JDS | Telephone conference with G. Jordan regarding fee affidavit. | 0.20 |
| 10/14/08 | LDB | Review CSMG's Response Brief to Plaintiff's Memorandum in Support of Additional Principal and Interest. | 1.00 |
| 10/14/08 | JDS | Initial review of CSMG's brief regarding damages. | 0.50 |
| 10/17/08 | LDB | Review of Banco and CSMG briefs in analyzing content of reply brief. preparation of reply brief in support of damages. | 1.00 |
| 10/17/08 | JTZ | Review CSMG's Response to Banco's Claim for Additional Principal and Interest. Preparation of Reply and analyze case law research. | 4.70 |

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **306971**

Invoice Date: **11/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 10/17/08 | JDS | Preparation of reply brief on damages; Legal research regarding reply. | 1.50 |
| 10/20/08 | LDB | Review of CSMG's response brief and determine contents of reply brief for damages. | 0.50 |
| 10/20/08 | JTZ | Draft Banco's Reply to CSMG's Response to Banco's Claim for Additional Principal and Interest. | 4.00 |
| 10/21/08 | LDB | Review of response brief and determine contents of reply brief in support of damages. | 1.00 |
| 10/21/08 | JTZ | Draft Banco's Reply to CSMG's Response to Banco's Claim for Additional Principal and Interest; revise spreadsheet. | 8.70 |
| 10/21/08 | JDS | Review and revise reply memorandum regarding damages. | 1.00 |
| 10/22/08 | LDB | Preparation of reply brief in support of damages. | 1.00 |
| 10/22/08 | JTZ | Edit Banco's Reply brief; telephone chambers and research federal local rule on page limits. | 3.00 |
| 10/22/08 | JDS | Analyze legal research. | 3.00 |
| 10/23/08 | JTZ | Draft Banco's Reply brief; research case law regarding default interest as unenforceable penalty clauses. | 7.30 |
| 10/23/08 | JDS | Revise reply brief. | 3.00 |
| 10/24/08 | LDB | Preparation of reply brief in support of memorandum for damages. | 1.00 |
| 10/24/08 | JTZ | Edit Banco's reply brief and spreadsheet; secure Banco's executed Settlement Demand Letter. | 3.20 |
| 10/24/08 | JDS | Revise reply brief. | 2.50 |
| 10/26/08 | JTZ | Incorporate edits into Banco reply brief. | 0.80 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST




191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Invoice Number: **306971**

Invoice Date: **11/01/2008**

Matter Number: **0007125.0001**

Billing Attorney: **Louis D. Bernstein**

08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 10/27/08 | LDB | Meet with client re: revisions to reply brief in support of damages. Revise reply brief in support of damages. | 1.00 |
| 10/27/08 | JTZ | Incorporate client's edits into Banco's reply brief; research case law; add cases to brief; continue legal research related to unopposed evidence, reasonableness of default interest rate and misimpression of contract provision. | 7.50 |
| 10/27/08 | JDS | Review and revise reply; Review additional legal authorities. | 1.50 |
| 10/28/08 | LDB | Preparation of reply brief in support of interest. | 1.00 |
| 10/28/08 | JTZ | Include recent edits to Banco reply brief; gather supporting exhibits; forward final draft of Banco reply brief and exhibits for filing; receive and incorporate final edits; e-file. | 4.80 |
| 10/28/08 | JDS | Revise reply. | 0.30 |
| 10/29/08 | JTZ | Draft corrected copy of reply brief exhibit d. | 1.10 |
| | | **Total Hours** | **71.20** |

**Total**                                                                 **24,945.00**

 

# MUCH *SHELIST*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **306971**

Invoice Date: **11/01/2008**

Matter Number: **0007125.0001**
 08 - Banco Panamericano, Inc. v. Consortium
 Service Management Group, Inc. - Case No:
 07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### TIMEKEEPER SUMMARY THROUGH OCTOBER 31, 2008

| Timekeeper | Rate | Hours |
|---|---|---|
| Bernstein, Louis D. | $500.00 | 8.00 |
| Ceja, Christine M. | $190.00 | 0.40 |
| Sherman, Jonathan D. | $340.00 | 14.50 |
| Zeas, James T. | $330.00 | 48.30 |
| **Total Hours** | | 71.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH *SHELIST*

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **306971**

Invoice Date: **11/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### EXPENSE SUMMARY THROUGH OCTOBER 31, 2008

| Description | Amount |
|---|---:|
| Computerized Legal Research | $1,393.35 |
| Outside Photocopying | 74.98 |
| Local Transportation | 28.00 |
| Photocopying | 6.00 |
| **Total** | **$1,502.33** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **306971**

Invoice Date: **11/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### ACCOUNTS RECEIVABLE SUMMARY THROUGH OCTOBER 31, 2008

*Please check box(es) to indicate payment.

| | Date | Invoice No. | Amount | Credits | Balance Due |
|---|---|---|---|---|---|
| ☐ | 11/01/08 | 306971 | $26,447.33 | $0.00 | $26,447.33 |
| ☐ | 09/01/08 | 304258 | 25,909.16 | 0.00 | 25,909.16 |
| ☐ | 10/01/08 | 305237 | 34,315.81 | 0.00 | 34,315.81 |
| | **Total** | | **$86,672.30** | **$0.00** | **$86,672.30** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353



QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.