# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Invoice Number: **307983**

Invoice Date: **11/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### SERVICES RENDERED THROUGH OCTOBER 31, 2008

| | |
|---|---:|
| Current Fees | 2,120.00 |
| ***CURRENT FEES AND EXPENSES*** | **$2,120.00** |
| Application of Unapplied Cash | (2,120.00) |
| ***CURRENT INVOICE TOTAL*** | **$0.00** |

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **307983**

Invoice Date: **11/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

## FEES THROUGH OCTOBER 31, 2008

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 05/28/08 | CEM | Reviewed various pleadings in CSMG lawsuit. | 0.90 |
| 06/16/08 | CEM | Reviewed summary judgment in Banco/CSMG case regarding dollar amounts in dispute. | 1.80 |
| 06/17/08 | CEM | Reviewed affidavits in Banco/CSMG case; revised memo regarding amounts in dispute. | 1.20 |
| 07/08/08 | CEM | E-mails with client and with L. Bernstein regarding Banco/CSMG lawsuit. | 0.10 |
| 07/14/08 | CEM | Reviewed docket for CSMG/Banco case and disputed facts. | 0.90 |
| 08/26/08 | CEM | Reviewed notices and order re: summary judgment versus CSMG. | 0.30 |
| 09/02/08 | CEM | Reviewed e-mails and documents regarding CSMG's assets. | 0.10 |
|  |  | **Total Hours** | **5.30** |
| **Total** |  |  | **2,120.00** |

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **307983**

Invoice Date: **11/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### TIMEKEEPER SUMMARY THROUGH OCTOBER 31, 2008

| Timekeeper | Rate | Hours |
|---|---|---|
| McManus, Colleen | $400.00 | 0.90 |
| McManus, Colleen | $400.00 | 4.40 |
| **Total Hours** | | **5.30** |

---

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com  ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **307983**

Invoice Date: **11/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### ACCOUNTS RECEIVABLE SUMMARY THROUGH OCTOBER 31, 2008

*Please check box(es) to indicate payment.

| | Date | Invoice No. | Amount | Credits | Balance Due |
|---|---|---|---|---|---|
| ☐ | 11/01/08 | 307983 | $0.00 | $0.00 | $0.00 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.