# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Invoice Number: **307080**

Invoice Date: **11/17/2008**

Billing Attorney: **Louis D. Bernstein**

### SERVICES RENDERED THROUGH NOVEMBER 17, 2008

| | |
|---|---:|
| Current Fees | 68.00 |
| Current Expenses | 1,606.43 |
| ***CURRENT FEES AND EXPENSES*** | **$1,674.43** |
| Previous Balance Due | 86,672.30 |
| ***TOTAL AMOUNT DUE*** | **$88,346.73** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **307080**

Invoice Date: **11/17/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### FEES THROUGH NOVEMBER 17, 2008

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 11/03/08 | JDS | E-mail to G. Jordan regarding affidavit. | 0.20 |
| | | Total Hours | 0.20 |
| **Total** | | | **68.00** |




# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **307080**

Invoice Date: **11/17/2008**

Matter Number: **0007125.0001**
 08 - Banco Panamericano, Inc. v. Consortium
 Service Management Group, Inc. - Case No:
 07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### TIMEKEEPER SUMMARY THROUGH NOVEMBER 17, 2008

| Timekeeper | Rate | Hours |
|---|---|---|
| Sherman, Jonathan D. | $340.00 | 0.20 |
| **Total Hours** | | **0.20** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Invoice Number: **307080**

Invoice Date: **11/17/2008**

Matter Number: **0007125.0001**
 08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### EXPENSE SUMMARY THROUGH NOVEMBER 17, 2008

| Description | Amount |
|---|---:|
| Computerized Legal Research | $1,605.68 |
| Photocopying | 0.75 |
| **Total** | **$1,606.43** |

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **307080**

Invoice Date: **11/17/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### ACCOUNTS RECEIVABLE SUMMARY THROUGH NOVEMBER 17, 2008

*Please check box(es) to indicate payment.

| | Date | Invoice No. | Amount | Credits | Balance Due |
|---|---|---|---|---|---|
| ☐ | 11/17/08 | 307080 | $1,674.43 | $0.00 | $1,674.43 |
| ☐ | 09/01/08 | 304258 | 25,909.16 | 0.00 | 25,909.16 |
| ☐ | 10/01/08 | 305237 | 34,315.81 | 0.00 | 34,315.81 |
| ☐ | 11/01/08 | 306971 | 26,447.33 | 0.00 | 26,447.33 |
| | **Total** | | **$88,346.73** | **$0.00** | **$88,346.73** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

