# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Invoice Number: **308739**

Invoice Date: **12/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### SERVICES RENDERED THROUGH NOVEMBER 30, 2008

| | |
|---|---:|
| Current Fees | 12,670.00 |
| Current Expenses | 169.94 |
| ***CURRENT FEES AND EXPENSES*** | **$12,839.94** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ■ www.muchshelist.com

thinking business, practicing law.




# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **308739**

Invoice Date: **12/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

## FEES THROUGH NOVEMBER 30, 2008

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 11/11/08 | JTZ | Update Pleadings Index and Pleadings File; pull relevant documents from court's e-filing system for Pleadings File. | 7.40 |
| 11/11/08 | JDS | Preparation of fee affidavit. | 0.30 |
| 11/12/08 | JTZ | Draft pleadings index with latest case documents; pull relevant case documents for pleadings file off of court's docket; forward updated index and documents to Christine Ceja for binding; draft Affidavit of Lou Bernstein in support of attorneys' fees and costs; review published attorney salary survey. | 4.20 |
| 11/13/08 | JTZ | Draft Lou Bernstein's affidavit in support of attorneys' fees and costs; research salary survey found in case and pull survey from Pacer; contact publisher to obtain more recent survey; preparation of L. Bernstein fee affidavit; contact Ricarda Mazzone for Firm billings re: attorneys' fees and costs related to matter for inclusion in Affidavit; research 28 U.S.C. 1746 language as substitute for notary in federal court; meet and confer with Cheryl Cafcules regarding biographical information of Lou Bernstein; receive billing information and make calculations for inclusion in Affidavit. | 8.30 |
| 11/13/08 | JDS | Revise LDB fee affidavit. | 1.00 |
| 11/13/08 | CXC | Assist Attorney J. Zeas with preparation of Motion including Fee Petition, Curriculum Vitae and firm's related billing rates and ProForma including Attorney L. Bernstein's Affidavit in Support of Attorneys' Fees and Costs; Conference with Accounting personnel. | 1.40 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

 

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **308739**

Invoice Date: **12/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 11/14/08 | JTZ | Make edits to Lou Bernstein's affidavit in support of attorneys' fees and costs; telephone publisher of 2006 attorney salary survey; obtain 2008 salary survey for inclusion in affidavit; meet and confer with Cheryl Cafcules regarding remaining biographical information of Lou Bernstein for inclusion in affidavit. | 2.80 |
| 11/18/08 | JTZ | Receive 2008 Survey of Law Firm Economics from Cheryl Cafcules; add data to Affidavit of Lou Bernstein; implement suggested revisions to Affidavit. | 2.30 |
| 11/18/08 | JDS | Review and edit Bernstein fee affidavit. | 0.50 |
| 11/21/08 | LDB | Correspondence with client re: entry of judgment against CSMG. Review of press release of LaJolla Cove Investor's purchase. | 0.50 |
| 11/24/08 | LDB | Review briefs in preparation for ruling on damages. Review prior court orders on stay of CSMG property. | 2.00 |
| 11/24/08 | JDS | Preparation for court hearing; Research regarding final and appealable order; Review docket regarding prior orders prohibiting transfer of assets; Review briefs on damages; Review G. Jordan's fee affidavit; Telephone conference with M. Sexton of Dykema regarding fee affidavit; E-mail to J. Curry of Polsinelli regarding fee affidavit. | 2.30 |
| 11/25/08 | LDB | Review of briefs on damages in preparation for court hearing. Court appearance for ruling on motion for damages. Correspondence with client re: results of court hearing. | 2.00 |
| 11/25/08 | JDS | Attend court for ruling on motion for additional damages; E-mail to M. Sexton at Dykema regarding information to include in fee petition. | 1.50 |
| | | **Total Hours** | **36.50** |
| **Total** | | | **12,670.00** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **308739**

Invoice Date: **12/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **308739**

Invoice Date: **12/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### TIMEKEEPER SUMMARY THROUGH NOVEMBER 30, 2008

| Timekeeper | Rate | Hours |
|---|---|---|
| Bernstein, Louis D. | $500.00 | 4.50 |
| Ceja, Christine M. | $190.00 | 1.40 |
| Sherman, Jonathan D. | $340.00 | 5.60 |
| Zeas, James T. | $330.00 | 25.00 |
| **Total Hours** | | **36.50** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **308739**

Invoice Date: **12/01/2008**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### EXPENSE SUMMARY THROUGH NOVEMBER 30, 2008

| Description | Amount |
|---|---:|
| Publication Fee | $150.00 |
| Computerized Legal Research | 19.44 |
| Photocopying | 0.50 |
| **Total** | **$169.94** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Invoice Number: **308739**

Invoice Date: **12/01/2008**

Matter Number: **0007125.0001**
 08 - Banco Panamericano, Inc. v. Consortium
 Service Management Group, Inc. - Case No:
 07-CV-00015

Billing Attorney: **Louis D. Bernstein**

## ACCOUNTS RECEIVABLE SUMMARY THROUGH NOVEMBER 30, 2008

*Please check box(es) to indicate payment.

| | Date | Invoice No. | Amount | Credits | Balance Due |
|---|---|---|---|---|---|
| ☐ | 12/01/08 | 308739 | $12,839.94 | $0.00 | $12,839.94 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ■ www.muchshelist.com

thinking business, practicing law.