# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **310142**

Invoice Date: **01/01/2009**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### SERVICES RENDERED THROUGH DECEMBER 31, 2008

| | |
|---|---:|
| Current Fees | 31,294.00 |
| Current Expenses | 278.19 |
| **CURRENT FEES AND EXPENSES** | **$31,572.19** |
| Previous Balance Due | 12,839.94 |
| **TOTAL AMOUNT DUE** | **$44,412.13** |



# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **310142**

Invoice Date: **01/01/2009**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium Service Management Group, Inc. - Case No: 07-CV-00015

Billing Attorney: **Louis D. Bernstein**

## FEES THROUGH DECEMBER 31, 2008

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 12/01/08 | JTZ | Review email from client re: CSMG obtaining funds from La Jolla; pull 8k, security purchase agreement, debenture and secured promissory note; review documents; forward Lou Bernstein affidavit to relay to Dykema and Polsinelli firm; meet and confer with Jon Sherman concerning La Jolla funding and de-briefing of November 25, 2008 hearing; add minute docket entry to pleadings index and file Judge Pallmeyer order. | 3.30 |
| 12/01/08 | JDS | Telephone conference and e-mails with P. Schmidt of Polisnelli regarding fee affidavit; E-mails with M. Sexton of Dykema regarding fee affidavit; Review standards for affidavit. | 1.80 |
| 12/02/08 | JTZ | Revise motion for attorneys fees and costs. | 0.10 |
| 12/02/08 | JDS | Revise attorney fee petition, notice requirement; Review local rules. | 1.00 |
| 12/03/08 | JTZ | Review correspondence from Mike Sexton at Dykema concerning motion for attorneys' fees and costs; telephone Mr. Sexton and leave voicemail message; receive calls from Mr. Sexton and discuss Dykema invoices; receive Polsinelli affidavit and supporting invoices. | 1.60 |
| 12/03/08 | JDS | Review Polsinelli affidavit. | 0.30 |
| 12/04/08 | LDB | Preparation of Dykema and Polsinelli's fee affidavits. | 0.30 |
| 12/04/08 | JTZ | Review Polsinelli affidavit and billings; e-mail re: apparent deficiencies found in affidavit; meet and determine local rules; include recent billings for inclusion in Lou Bernstein affidavit. | 2.10 |
| 12/04/08 | JDS | E-mails to P. Schmidt regarding revisions to fee affidavit; Review local rules regarding notice to CSMG's counsel. | 1.00 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **310142**

Invoice Date: **01/01/2009**

Matter Number: 0007125.0001
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 12/05/08 | LDB | Preparation of fee petition. | 0.30 |
| 12/05/08 | JTZ | Telephone Michael Sexton at Dykema re: status of affidavit in support of fee petition; receive e-mail from Mr. Sexton concerning same; e-mail response to Mr. Sexton and cc list. | 0.80 |
| 12/05/08 | JDS | Conferences with P. Schmidt regarding fee petition. | 0.50 |
| 12/08/08 | LDB | Review of briefs on damages to prepare for hearing on damages. | 2.20 |
| 12/08/08 | JTZ | Prepare for ruling hearing re: additional principal, contract interest, default interest and late fees. | 1.70 |
| 12/08/08 | JDS | Conferences and e-mails with L. Bernstein regarding hearing on damages. | 0.50 |
| 12/09/08 | LDB | Court appearance for ruling on damages. Conferences with client and opposing counsel re: settlement negotiations. Review of prior orders restraining CSMG assets. | 2.40 |
| 12/09/08 | JTZ | Prepare for ruling hearing before Judge Pallmeyer; attend hearing; engage in settlement discussions; request one week in which to settle per court suggestion; compute grand total outstanding to date; pull temporary restraining orders restricting CSMG's disposition of assets including: $CO_2$ scrubber, Live Tissue Connect stock and patent rights update pleadings binder with exhibits; telephone Mr. Sexton at Dykema re: affidavit in support of Banco's fee petition. | 4.50 |
| 12/09/08 | JDS | Follow-up on results of hearing, settlement negotiations, fee petition. | 0.50 |
| 12/10/08 | JTZ | Print exhibits and latest order from court's CM/ECF system; update case index; review convertible debentures totaling $6m bought and yet to be bought from CSMG by La Jolla Cove, Inc.; draft Banco's petition for attorneys' fees and costs; discover accounting error by Dykema and advise Mr. Sexton at Dykema. | 3.70 |
| 12/10/08 | JDS | Determine method to proceed on collection of judgment. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST




191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **310142**

Invoice Date: **01/01/2009**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 12/11/08 | JTZ | Update Lou Bernstein's affidavit; update Banco's petition for attorneys' fees and costs and spreadsheet with recent determine new totals due by CSMG to Banco; review Dykema billings in detail; make calculations; e-mail Mr. Sexton at Dykema re: Dykema billing figures; revise fee petition. | 5.00 |
| 12/11/08 | JDS | Revise petition for fees. | 1.00 |
| 12/11/08 | CXC | Restructure Pleadings Binder Volume II and create additional Volume III of Pleadings Binder for Attorney J. Zeas; Conference with Attorney Zeas re: Pleadings. | 0.60 |
| 12/12/08 | LDB | Review of settlement offer from CSMG. Transmit above letter to client. Preparation of fee petitions. Settlement negotiations with client and CSMG's attorney. | 1.00 |
| 12/12/08 | JTZ | Draft Banco's petition for attorneys' fees and costs; review Fed. R. Civ. P. 54 and Local Rule 54.3 and incorporate into petition; determine pre-motion agreement and joint statement timing requirements pursuant to Local Rule; e-mail Dykema re: status of affidavit; provide Mr. Sexton at Dykema with a deadline for their affidavit supporting attorney's fees and costs; review Benesch settlement offer letter. | 2.80 |
| 12/12/08 | JDS | Review settlement offer. | 0.20 |
| 12/15/08 | LDB | Settlement conference with opposing counsel and client. Finalize all fee petitions. | 1.10 |
| 12/15/08 | JTZ | Review Mr. Sexton e-mail re: draft Dykema affidavit; review Dykema and Polsinelli affidavit; forward suggested revisions to Mr. Sexton; respond to Mr. Sexton's queries; update fee petition. | 2.80 |
| 12/15/08 | JDS | Review M. Sexton's affidavit; E-mails to J. Zeas regarding revisions. | 0.50 |
| 12/16/08 | LDB | Court appearance for ruling. Correspondence with client re: results of court hearing. Preparation of court order for judgment. | 2.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com



thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Invoice Number: **310142**

Invoice Date: **01/01/2009**

Matter Number: 0007125.0001
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 12/16/08 | JTZ | Receive e-mail from Lou Bernstein re: Judge Pallmeyer's award of all funded principal, contract interest, default interest and late fees; perform default interest calculation to date; review Judge Pallmeyer standing order; draft proposed order; correspond and speak with Ricarda Mazzone re: Much Shelist May 2008 time for inclusion in Lou Bernstein's affidavit; e-mail proposed order to chambers pursuant to Judge Pallmeyer's standing order and all counsel of record; scan proposed judgment order to counsel of Record. | 4.90 |
| 12/16/08 | JDS | Revise draft order; Review federal rules regarding final and appealable order. | 1.50 |
| 12/17/08 | LDB | Settlement proposal with client and opposing counsel. | 0.30 |
| 12/17/08 | JTZ | Add two additional Much Shelist invoices to Lou Bernstein's affidavit; recalculate attorney's fees and costs given the two new invoices. | 2.10 |
| 12/18/08 | LDB | Settlement correspondence with client and opposing counsel; follow-up on transmittal of fee petitions under local rules; review of forbearance agreement; transmit forbearance agreement to client. | 1.00 |
| 12/18/08 | JTZ | Review fee petitions; review Sexton affidavit and supporting documents; update spreadsheet in support of petition for attorney's fees and costs; update Lou Bernstein affidavit. | 4.30 |
| 12/18/08 | JDS | Revise fee petition. | 0.20 |
| 12/19/08 | LDB | Revise Forbearance Agreement; correspondence with client and opposing counsel re: revisions to forbearance agreement; follow-up on transmittal of fee petitions to opposing counsel. | 0.50 |
| 12/19/08 | JTZ | Draft Banco's petition for attorney's fees and costs; review Dykema and Polisnelli invoices for substantive work performed. | 3.70 |
| 12/19/08 | JDS | Review petition for attorney's fees. | 0.50 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL 60606

Invoice Number: **310142**

Invoice Date: **01/01/2009**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 12/21/08 | JTZ | E-mail Peter Schmidt for copy of Polsinelli invoices. | 0.10 |
| 12/22/08 | JTZ | Complete Banco's petition for attorney's fees and costs; complete Lou Bernstein affidavit; correspond with P. Schmidt of Polsinelli to obtain billing invoices; review Local Rule 54.3; draft letter to opposing counsel re: Rule 54.3 exchange of information. | 2.50 |
| 12/22/08 | JDS | Revise fee peition and letter to Collier regarding fees. | 1.20 |
| 12/23/08 | JTZ | Draft Local Rule 54.3 letter; collate relevant documentary exhibits for letter. | 4.60 |
| 12/23/08 | JDS | Revise letter to Collier regarding fee motion. | 1.00 |
| 12/24/08 | JTZ | File latest Order and update pleading's index; revise petition for attorneys' fees and costs. | 0.40 |
| 12/29/08 | LDB | Review of judgment order; correspondence and conferences with opposing counsel re: status of forbearance agreement; transmit judgment order to client. | 0.50 |
| 12/29/08 | JTZ | Receive and review CM/ECF e-mail of final Order, executed proposed Order and Entered Judgment; file and update pleading's binder; review "case terminated" language in e-file notice. | 0.50 |
| 12/29/08 | JDS | Review amended judgment and minute order; voice mail for courtroom deputy. | 0.40 |
| 12/30/08 | JTZ | Draft citation to discover assets; review statutes regarding same; commence drafting notice of motion and motion for turnover order. | 4.50 |
| 12/30/08 | JDS | Review citation to discover assets. | 0.50 |
| 12/31/08 | LTS | Began review of draft citation prepared by J. Zeas | 0.50 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Invoice Number: **310142**

Invoice Date: **01/01/2009**

Matter Number: **0007125.0001**
 08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 12/31/08 | JTZ | Locate, collate and scan exhibits for Banco's motion for turnover order; preparation of notice of motion, motion for turnover order with exhibits A-E; draft citation notice; review statutes regarding same. | 4.50 |
| 12/31/08 | JDS | Review and edit citation to discover assets and motion for turnover order. | 1.50 |
| 12/31/08 | KAJ | Research re: forms/guidelines for filing a citation to discover assets in federal court. | 1.40 |
| | | **Total Hours** | **89.00** |
| **Total** | | | **31,294.00** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com  ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Matter Number: **0007125.0001**
 08 - Banco Panamericano, Inc. v. Consortium Service Management Group, Inc. - Case No: 07-CV-00015

Invoice Number: **310142**

Invoice Date: **01/01/2009**

Billing Attorney: **Louis D. Bernstein**

## TIMEKEEPER SUMMARY THROUGH DECEMBER 31, 2008

| Timekeeper | Rate | Hours |
|---|---|---|
| Bernstein, Louis D. | $500.00 | 11.60 |
| Ceja, Christine M. | $190.00 | 0.60 |
| Jacobson, Kendalle A. | $235.00 | 1.40 |
| Saeks, Lorne T. | $380.00 | 0.50 |
| Sherman, Jonathan D. | $340.00 | 14.40 |
| Zeas, James T. | $330.00 | 60.50 |
| **Total Hours** | | **89.00** |

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Invoice Number: **310142**

Invoice Date: **01/01/2009**

Matter Number: **0007125.0001**
 08 - Banco Panamericano, Inc. v. Consortium
Service Management Group, Inc. - Case No:
07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### EXPENSE SUMMARY THROUGH DECEMBER 31, 2008

| Description | Amount |
|---|---:|
| Photocopying | $258.75 |
| Computerized Legal Research | 19.44 |
| **Total** | **$278.19** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Banco Panamericano, Inc.
c/o John Connolly
330 S. Wells St.
Suite 711
Chicago, IL  60606

Invoice Number: **310142**

Invoice Date: **01/01/2009**

Matter Number: **0007125.0001**
08 - Banco Panamericano, Inc. v. Consortium Service Management Group, Inc. - Case No: 07-CV-00015

Billing Attorney: **Louis D. Bernstein**

### ACCOUNTS RECEIVABLE SUMMARY THROUGH DECEMBER 31, 2008

*Please check box(es) to indicate payment.

| | Date | Invoice No. | Amount | Credits | Balance Due |
|---|---|---|---|---|---|
| ☐ | 01/01/09 | 310142 | $31,572.19 | $0.00 | $31,572.19 |
| ☐ | 12/01/08 | 308739 | 12,839.94 | 0.00 | 12,839.94 |
| | **Total** | | **$44,412.13** | **$0.00** | **$44,412.13** |

**PLEASE SEND PAYMENT TO:**

Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

