# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 15 | **DATE** | 1/28/2009 |
| **CASE TITLE** | Banco Panamericano, Inc vs. Consortium Service Management Group, Inc., et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion to dismiss citation to discover assets to Third-Party for lack of personal jurisdiction and to quash service of citation [141] entered and continued for briefing. Response to be filed 2/11/2009; reply 2/18/2009. Citation to discover assets, motion for turnover [131] and motion for attorneys' fees and costs [136] entered and continued to 1/29/2009 at 9:00.

Notices mailed by Judicial staff.

00:09

| | Courtroom Deputy Initials: | ETV |
|---|---|---|