Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 15 | **DATE** | 1/29/2009 |
| **CASE TITLE** | Banco Panamericano, Inc vs. Consortium Service Management Group, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Banco Panamericano, Inc.'s motion for turnover order [131] granted.   Banco's petition for attorney's fees and costs [136] entered and continued for briefing.  Response to be filed 2/12/2009; reply 2/19/2009.  Counsel for Defendant to file his appearance, if at all, by close of business 2/2/2009.

Notices mailed by Judicial staff.

00:11

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C15 Banco Panamericano, Inc vs. Consortium Service Management Group, et al

Page 1 of 1