IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BANCO PANAMERICANO, INC., a South Dakota Corporation,<br><br>    Plaintiff-counterdefendant,<br>v.<br>CONSORTIUM SERVICE MANAGEMENT GROUP, INC., also known as CONSORTIUM MANAGEMENT GROUP, INC., a Texas Corp<br>and CSMG GASTECH, LLC, a Texas LLC,<br>    Defendants-counterplaintiffs. | No. 07 C 15<br><br>Judge Rebecca R. Pallmeyer |

## ORDER

On August 26, 2008, the court granted the motion for summary judgment of Plaintiff Banco Panamericano, Inc. ("Banco") and entered judgment in favor of Banco in the amount of $203,800, plus an undetermined amount of interest and late fees.

On December 16, 2008 a judgment in the sum of $726,491.91, plus post-judgment interest, was entered against Consortium Service Management Group, Inc. a/k/a Consortium Management Group, Inc., both n/k/a CSMG Technologies, Inc. and CSMG Gastech LLC (collectively, the "Defendants") and in favor of Banco.

Banco subsequently filed its Motion for Turnover Order.

**IT IS HEREBY ORDERED:**

    1. That the Defendants are ordered to turn over and deliver to Banco for sale, through its attorneys, the following property in full or partial satisfaction of the aforementioned judgment:

        1) the carbon dioxide separator ("CO2 Scrubber") (located in Chastang, Alabama);

        2) all shares of Live Tissue Connect, Inc. ("LTC Stock") stock, held by either Defendant individually or held by them jointly; and

        3) all worldwide patents, both registered in the name of either Defendant or by them both jointly, and in which either Defendant or both Defendants hold an

ownership interest regardless of the patents being registered specifically in their names ("Worldwide Patents") (collectively, "Turnover Assets").

    2.   That the Turnover Assets should constitute exactly what either Defendant or both Defendants held as of the date of this Court's imposition of restraining orders on August 6, 2007 with respect to the CO2 Scrubber, August 9, 2007 with respect to the LTC Stock and September 7, 2007 with respect to the Worldwide Patents.

    3.   This Court shall retain jurisdiction to enforce, amend and resolve any disputes concerning compliance with this Order upon the motion of any party.

Dated: February __, 2009                  **ENTER:**

---

Rebecca R. Pallmeyer
**UNITED STATES DISTRICT JUDGE**