IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BANCO PANAMERICANO, INC., a South Dakota Corporation,<br>　　Plaintiff-counterdefendant,<br>　　v.<br>CONSORTIUM SERVICE MANAGEMENT GROUP, INC., also known as CONSORTIUM MANAGEMENT GROUP, INC., a Texas Corp and CSMG GASTECH, LLC, a Texas LLC,<br>　　Defendants-counterplaintiffs. | No. 07 C 15<br><br>Judge Rebecca R. Pallmeyer |

## ORDER

On August 26, 2008, the Court granted the motion for summary judgment of Plaintiff Banco Panamericano, Inc. ("Banco") and entered judgment in favor of Banco in the amount of $203,000, plus interest and late fees.

On December 16, 2008 a judgment in the sum of $726,491.91, plus post-judgment interest, was entered against Defendants Consortium Service Management Group, Inc. a/k/a Consortium Management Group, Inc. and CSMG Gastech LLC (collectively, "Defendants") and in favor of Banco.

Banco subsequently filed its Motion for Turnover Order.

**IT IS HEREBY ORDERED:**

1. The Defendants shall make available to the U.S. Marshall for public sale the following property in full or partial satisfaction of the judgment: 1) carbon dioxide separator ("CO2 Scrubber")(located in Chastang, Alabama); 2) all of Defendants' shares of Live Tissue Connect, Inc. stock ("LTC stock"); and 3) patents registered in the name of Defendants (collectively, "Turnover Assets").

2. In the event it is determined that the value of the Turnover Assets, collectively or individually, is greater than the amount owed on the judgment, plus legal fees to be assessed, and Banco and Defendants cannot agree as to which of the assets shall be applied to the satisfaction of the judgment, each of the foregoing assets shall be sold at a commercially reasonable sale until the judgment is satisfied. If sufficient proceeds are realized from the sale of Turnover Assets to satisfy the judgment, plus legal fees to be assessed and expenses of sale, any remaining unliquidated Turnover Assets shall be retained by and remain the property of Defendants.

1

3. Banco shall give notice of sale of each of the Turnover Assets to Defendants and to any secured creditor with an interest in such asset in conformance with the Uniform Commercial Code.

4. Sale of the Turnover Assets shall be by any method which is commercially reasonable, and in conformance with the Uniform Commercial Code.

5. Banco shall remit any excess, which is not subject to a third party interest, to Defendants and shall be entitled to any deficiency.

6. Within 30 days of the sale(s), Banco shall file with the Court an affidavit setting forth the date, place, manner, expenses and proceeds of the sale and reciting that a copy of the affidavit has been delivered to Defendants and to any third party entitled to receive notice of the sale.

7. Defendants or a secured third party may contest the accounting of the sale, including the manner in which it was conducted, by motion filed within 30 days of the mailing or delivery of affidavit of Banco. Any challenge shall not affect ownership of, or title to, the property sold, but shall be for money damages only. If the sale is challenged by Defendants and it is found that Banco failed to comply with the requirements of this Order, it shall be presumed that the proceeds of a properly conducted sale would have at least fully satisfied the judgment. Such a presumption against Banco may be overcome only by clear and convincing evidence.

**ENTER:**

_____
Rebecca R. Pallmeyer
**UNITED STATES DISTRICT JUDGE**