IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BANCO PANAMERICANO, INC., a South Dakota Corporation, ) ) ) | |
| Plaintiff-counterdefendant, ) ) | |
| v. ) ) | No. 07 C 15 |
| CONSORTIUM SERVICE MANAGEMENT GROUP, INC., also known as CONSORTIUM MANAGEMENT GROUP, INC., a Texas Corp and CSMG GASTECH, LLC, a Texas LLC, ) ) ) ) ) ) | Judge Rebecca R. Pallmeyer |
| Defendants-counterplaintiffs. ) | |

**NOTICE OF MOTION**

TO: Louis D. Bernstein, Esq.
Much Shelist Denenberg Ament & Rubenstein PC
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on Thursday, February 19, 2009 at 8:45 a.m., the undersigned will appear before the Honorable Rebecca R. Pallmeyer in Courtroom 2119 in the United States District Court, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the attached *Motion to Modify Minute Order*, a copy of which is herewith served upon you.

Dated: February 13, 2009

Respectfully submitted,

Consortium Service Management Group, Inc.
Defendant,

By _____
One of Its Attorneys

David K. Schmitt (ARDC #3128189)
Barbara L. Yong (ARDC #6184000)
Caren A. Lederer (ARDC #6244631)
GOLAN & CHRISTIE, LLP
70 W. Madison, Suite 1500
Chicago, IL 60602
312.263.2300
312.263.0939 fax

{00089415.DOC /}

## CERTIFICATE OF SERVICE

I, Christien R. Cain, a non-attorney, certify that I served a copy of the foregoing *Motion to Modify Minute Order,* upon the following by U.S. mail this 13th day of February, 2009 addressed as follows:

Louis D. Bernstein, Esq.
Much Shelist Denenberg Ament & Rubenstein PC
191 N. Wacker Drive
Suite 1800
Chicago, Illinois 60606

_____
Christien R. Cain

SUBSCRIBED and SWORN TO
before me this 13th day of February, 2009.

_____
NOTARY PUBLIC

OFFICIAL SEAL
KIMBERLEY D CAIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/01/12

{00089415.DOC /}