# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 15 | **DATE** | 2/19/2009 |
| **CASE TITLE** | Banco Panamericano, Inc vs. Consortium Service Management Group, Inc., et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendants' motion to modify minute order [151] entered and continued to 3/3/2009 at 9:00, at which time the the principal of Consortium Service Management Group is directed to appear with counsel in open court.

Notices mailed by Judicial staff.

00:13

| | Courtroom Deputy Initials: | ETV |
|---|---|---|