# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 15 | **DATE** | 3/6/2009 |
| **CASE TITLE** | Banco Panamericano, Inc vs. Consortium Service Management Group, Inc., et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion to modify minute order [151] entered and continued for briefing. Response to be filed by or on 3/13/2009; reply 3/20/2009.

Notices mailed by Judicial staff.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|