# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer  RRP | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 15 | **DATE** | 7/16/2009 |
| **CASE TITLE** | Banco Panamericano, Inc. vs. Consortium Service Management Group, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/16/09. Defendant promptly to turn over, to a third-party sales agent for liquidation in the ordinary course, title to Defendant's assets (stock shares, patent rights, and title to CO2 Scrubber). The court expects such third party to be identified by Plaintiff by close of business on 7/17/09, and title to be conveyed no later than close of business on 7/21/09.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LCW |
|---|---|---|