# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 15 | **DATE** | 8/27/2009 |
| **CASE TITLE** | Banco Panamericano, Inc vs. Consortium Service Management Group, Inc., et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion to modify and extend minute order [167] is denied. Plaintiff's motion for discovery [169] and rule to show cause also denied. Parties are directed promptly to comply with the court's previous orders – including, but not limited to, the court's direction that Defendant provide all information requested by Plaintiff's auction manager. Further delays in compliance will result in sanctions.

Notices mailed by Judicial staff.

00:08

| | Courtroom Deputy Initials: | ETV |
|---|---|---|