# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 15 | **DATE** | 9/18/2009 |
| **CASE TITLE** | Banco Panamericano, Inc vs. Consortium Service Management Group, Inc., et al | | |

**DOCKET ENTRY TEXT**

IT IS ORDERED: The Citation to Discover Assets issued by Banco Panamericano, Inc., and served upon Consortium Service Manage Group, Inc., is dismissed and the lien on any assets of Consortium Service Management Group is released. All citations to Third Parties issued by Banco Panamericano, Inc. and served upon any Respondents in this matter are dismissed and the liens represented thereby dismissed. All orders directing the turnover of CSMG assets are vacated. Enter Agreed Order. (For further detail see separate order)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|