## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BANCO PANAMERICANO, INC., a South )
Dakota Corporation, )
                             )
        Plaintiff-counterdefendant, )
        v. )           Case No. 07 C 15
                             )
CONSORTIUM SERVICE MANAGEMENT )     Judge Rebecca R. Pallmeyer
GROUP, INC., also known as CONSORTIUM )
MANAGEMENT GROUP, INC., a Texas Corp )
and CSMG GASTECH, LLC,  a Texas LLC, )
                             )
       Defendants-counterplaintiffs. )

## AGREED ORDER

This matter coming to be heard pursuant to the agreement of the parties, the Court being advised

of the Settlement and resolution of all disputes between them, and being otherwise advised in the

premises,  IT IS ORDERED

1.     The Citation to Discover Assets issued by Banco Panamericano, Inc. and served upon Consortium Service Management Group, Inc. is dismissed and the lien on any assets of Consortium Service Management Group, Inc. is released;

2.     All Citations to Third Parties issued by Banco Panamericano, Inc. and served upon any Respondents in this matter are dismissed and the liens represented thereby are released;

3.     All orders directing the turnover of CSMG assets are vacated; and

4.     All remaining matters in this case are dismissed and the case is closed.

Agreed:                           Agreed:

__/s/ Louis Bernstein_____            __/s/ Caren A. Lederer_____
For Plaintiff                          For Defendants

                                          JUDGE: _____
                                                  9-18-09

David K. Schmitt, Esq. – 3128189
Caren A. Lederer, Esq. – 6244631
Golan & Christie LLP
70 W. Madison Street, Suite 1500
Chicago, Illinois 60602
312.263.2300
312.263.0939 (fax)